UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE <br> c/o SAMUEL CLEMMONS <br> 2137 SOFT PINE LN <br> ACWORTH, GA 30132 <br> PH: 866-409-7758 <br><br> PLAINTIFF <br> vs. <br><br> STATE OF GEORGIA, et al <br> ➢ OFFICE OF SOLICITOR <br>   ATTORNEY RUPAL VAISHNAV <br> 120 N. Trinity Place, Decatur, Georgia 30032 <br> ➢ ATLANTA FULTON COUNTY <br>   SHERIFF DEPT. <br> 901 Rice Street, Atlanta, Georgia 30318 <br> ➢ DEKALB COUNTY SHERIFF <br>   DEPT. <br> 4425 Memorial Drive, Decatur, Georgia 30032 <br> ➢ ATLANTA POLICE DEPT. <br> Atlanta's Hartsfield International Airport at <br> 4341 International Parkway, Atlanta, GA 30354 <br> ➢ ATTORNEY VENICE R. DALEY <br> 41 Marietta Street, Suite 1005, Atlanta, GA 30303 <br> ➢ OFFICE OF THE GOVERNOR <br> Georgia State Capitol, Attn: Office of Pardons <br> Atlanta, GA 30334 <br> DEFENDANTS | CIVIL ACTION NO: <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **RECEIVED** <br><br> OCT 2 - 2006 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**PLAINTIFF FILE COMPLAINT AGAINST STATE OF GEORGIA FOR VIOLATIONS OF PERSON OR PERSONS RIGHTS UNDER THE STATE OF GEORGIA'S CONSTITUTION AND THE UNITED STATES OF AMERICA'S CONSTITUTION AGAINST CONTINIOUS CHARGES OF HARRASSMENT AND OTHERS CRIMES REPORTED, COMMITTED, AND FILED WRONGFUL AGAINST SUCH PERSON UNDER 111 ALR, FED.295 AND 18 U.S.C.A. § 1001. THE PLAINTIFF FILES THIS COMPLAINT FOR FULL CIVIL DAMAGES RECOVERY AGAINST SUCH STATE'S ACTIONS AS STATED IN COMPLAINT.**