AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

V.

STATE OF GEORGIA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01657

CA

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/26/2006

TO: (Name and address of Defendant)

Atlanta Fulton County Sheriff Department
served **Attn: Legal Department**
901 Rice Street
Atlanta, GA 30318

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
**C/O SAMUEL CLEMMONS**
2137 SOFT PINE LN
ACWORTH, GA 30132

**RECEIVED**

OCT 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 2 6 2006
CLERK                                DATE

/s/ Maureen Higgins
(BY) DEPUTY CLERK

(1)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: OCT 6TH, 2006 |
| NAME OF SERVER (PRINT): SAMUEL CLEMMONS | TITLE: PLAINTIFF |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ATLANTA.FULTON COUNTY SHERIFF DEPT. ATTN: LEGAL DEPARTMENT, 901 RICE STREET, ATLANTA, GA 30318

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCT 6TH 2006    [Signature]
              Date              Signature of Server

CLEMMONS' ESTATE
ATTN: C OWENS
c/SAMUEL CLEMMONS
2157 SOFT PINE LN
Address of Server
ACWORTH, GA 30132

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(12)

```
              Jackson GMF Window Unit
                  Jackson, Mississippi
                       392019820
                   2737860014 -0092
10/06/2006         (601)351-7097        11:45:31 AM
                    Sales Receipt
Product              Sale    Unit          Final
Description          Qty     Price         Price

DECATUR GA 30030 EM                        $14.40
  PO-Add Flat Rate
  1 lb.  5.00 oz.
   Label #:      EQ951328276US
   Next Day 3PM    / No
   Weekend Delivery
   Customer Postage                       -$14.40
    Subtotal:                               $0.00
DECATUR GA 30032 EM                        $14.40
  PO-Add Flat Rate
  1 lb.  5.00 oz.
   Label #:      EQ951328316US
   Next Day 3PM    / No
   Weekend Delivery
   Return Rcpt (Green Card)                 $1.85
   Customer Postage                       -$16.25
    Subtotal:                               $0.00
DECATUR GA 30030 EM                        $14.40
  PO-Add Flat Rate
  1 lb.  4.90 oz.
   Label #:      EQ951328276US
   Next Day 3PM    / No
   Weekend Delivery
   Return Rcpt (Green Card)                 $1.85
   Customer Postage                       -$16.25
    Subtotal:                               $0.00
ATLANTA GA 30303 EM                        $14.40
  PO-Add Flat Rate
  1 lb.  4.90 oz.
   Label #:      EQ951328280US
   Next Day Noon   / No
   Weekend Delivery
   Return Rcpt (Green Card)                 $1.85
   Customer Postage                       -$16.25
    Subtotal:                               $0.00
ATLANTA GA 30318 EM                        $14.40
  PO-Add Flat Rate
  1 lb.  4.90 oz.
   Label #:      EQ951328293US
   Next Day Noon   / No
   Weekend Delivery
   Return Rcpt (Green Card)                 $1.85
   Customer Postage                        -16.25
    Subtotal:                               $0.00
                                         ========
Total:                                      $0.00

Paid by:


Bill#: 1000801007120
Clerk: 03

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
               Customer Copy
```

[Express Mail label EQ 951328293 US, Customer Copy, Label 11-B, March 2004, attached to receipt]

(13)



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ95 1328 293U S**
Status: **Delivered**

Your item was delivered at 2:08 pm on October 07, 2006 in ATLANTA, GA 30318. The item was signed for by B WILLIS.

*Additional Details >*   *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   *Go >*

Proof of Delivery
Verify who signed for your item by email, fax, or mail.   *Go >*

POSTAL INSPECTORS         site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    10/25/2006





**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **EQ95 1328 293U S**
Detailed Results:

- Delivered, October 07, 2006, 2:08 pm, ATLANTA, GA 30318
- Notice Left, October 07, 2006, 10:11 am, ATLANTA, GA 30318
- Arrival at Unit, October 07, 2006, 9:31 am, ATLANTA, GA 30318
- Enroute, October 06, 2006, 7:19 pm, JACKSON, MS 39201
- Acceptance, October 06, 2006, 11:44 am, JACKSON, MS 39201

< Back                          Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

Proof of Delivery

Verify who signed for your item by email, fax, or mail.    Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS,<br><br>PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA, et al<br><br>DEFENDANTS | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | CIVIL ACTION NO: 1:06CV01657(RCL) |

### AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to **The Atlanta Fulton County Sheriff Department, Attn: Legal Department located at 901 Rice Street, Atlanta, GA 30318** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of **EQ 951 328 293 US**.

[Return Receipt card attached:]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Belinda C. Willis — Agent / Addressee
B. Received by (Printed Name): Belinda C. Willis
C. Date of Delivery: OCT 07 2006
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:
ATLANTA FULTON COUNTY
SHERIFF DEPARTMENT
ATTN: LEGAL DEPARTMENT
901 RICE STREET
ATLANTA, GA 30318

3. Service Type: ☐ Certified Mail  ☒ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): EQ 9513 2829 3US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

(16)