AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

**SUMMONS IN A CIVIL CASE**

V.

STATE OF GEORGIA, et al

CASE NUMBER   1:06CV01657

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/26/2006

TO: (Name and address of Defendant)

STATE OF GEORGIA, et al
OFFC. OF THE SOLICITOR GEN.
DEKALB COUNTY COURTHOUSE
ATTN: ATTY. RUPAL VAISHNAV
556 N. MCDONOUGH ST., # 500
DECATUR, GA 30030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ____ (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

OCT 2 7 2006

NANCY M. MAYER-WHITTINGTON

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK                                    DATE

(By) DEPUTY CLERK

(3)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | OCT 6TH, 2006 |
| NAME OF SERVER (PRINT) | TITLE |
| SAMUEL CLEMMONS | PLAINTIFF |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: STATE OF GEORGIA, OFC. OF THE SOLICITOR GEN. DEKALB COUNTY COURTHOUSE, ATTN: ATTY RUPAL VAISHNAV, 556 N. M°DONOUGH ST. #500 DECATUR, GA 30030

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCT 6TH, 2006      _Signature of Server_
               Date

CLEMMONS' ESTATE
ATTN: C. OWENS
C/O SAMUEL CLEMMONS,
2137 SOFT PINE LN
_Address of Server_
ACWORTH, GA 30132

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

④

```
              Jackson GMF Window Unit
              Jackson, Mississippi
                    392019820
              2737860014 -0092
10/06/2006        (601)351-7097        11:45:31 AM

              Sales Receipt
Product          Sale   Unit              Final
Description      Qty    Price             Price

DECATUR GA 30030 EM                       $14.40
PO-Add Flat Rate
1 lb.  5.00 oz.
  Label #:         EQ951328276US
  Next Day 3PM   / No
  Weekend Delivery
  Customer Postage                       -$14.40
    Subtotal:                              $0.00
DECATUR GA 30032 EM                       $14.40
PO-Add Flat Rate
1 lb.  5.00 oz.
  Label #:         EQ951328316US
  Next Day 3PM   / No
  Weekend Delivery
  Return Rcpt (Green Card)                 $1.85
  Customer Postage                       -$16.25
    Subtotal:                              $0.00
DECATUR GA 30030 EM                       $14.40
PO-Add Flat Rate
1 lb.  4.90 oz.
  Label #:         EQ951328276US
  Next Day 3PM   / No
  Weekend Delivery
  Return Rcpt (Green Card)                 $1.85
  Customer Postage                       -$16.25
    Subtotal:                              $0.00
ATLANTA GA 30303 EM                       $14.40
PO-Add Flat Rate
1 lb.  4.90 oz.
  Label #:         EQ951328280US
  Next Day Noon  / No
  Weekend Delivery
  Return Rcpt (Green Card)                 $1.85
  Customer Postage                       -$16.25
    Subtotal:                              $0.00
ATLANTA GA 30318 EM                       $14.40
PO-Add Flat Rate
1 lb.  4.90 oz.
  Label #:         EQ951328299US
  Next Day Noon  / No
  Weekend Delivery
  Return Rcpt (Green Card)                 $1.85
  Customer Postage                       -$16.25
    Subtotal:                              $0.00

Total:                                     $0.00

Paid by:


Bill#: 1000801007120
Clerk: 03

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
           Thank you for your business.
                   Customer Copy
```



Express Mail Post Office To Addressee Customer Copy label (EQ 951328276 US), handwritten, with USPS postmark.

(5)



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 276U S**
Status: **Delivered**

Your item was delivered at 6:19 am on October 10, 2006 in DECATUR, GA 30030. The item was signed for by L GRIFFIN.

*Additional Details >*     *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   *Go >*

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ95 1328 276U S**
Detailed Results:

- Delivered, October 10, 2006, 6:19 am, DECATUR, GA 30030
- Notice Left, October 07, 2006, 9:39 am, DECATUR, GA 30030
- Arrival at Unit, October 07, 2006, 9:32 am, DECATUR, GA 30030
- Enroute, October 06, 2006, 7:19 pm, JACKSON, MS 39201
- Acceptance, October 06, 2006, 11:41 am, JACKSON, MS 39201

< Back                                   Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS,<br><br>PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA , et al<br><br>DEFENDANTS | ) CIVIL ACTION NO: 1:06CV01657(RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, <u>CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS</u>, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>The State of Georgia, et al, Office of The Solicitor General Office, Dekalb County Courthouse, Attn: Attorney Rupal Vaishnav located at 556 N. McDonough Street, # 500, Decatur, GA 30030</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of EQ 951 328 276 US.

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE OF GEORGIA, et al
OFFC. OF THE SOLICITOR GEN.
DEKALB COUNTY COURTHOUSE
ATTN: ATTY. RUPAL VAISHNAV
556 N. MCDONOUGH ST., # 500
DECATUR, GA 30030

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 10/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
EQ 9513 2827 6US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(6)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS,<br><br>   PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA , et al<br><br>   DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO: 1:06CV01657(RCL) |

### AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>The State of Georgia, et al, Office of The Solicitor General Office, Dekalb County Courthouse, Attn: Attorney Rupal Vaishnav located at 556 N. McDonough Street, # 500, Decatur, GA 30030</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of EO 951 328 276 US.

[Attached USPS Domestic Return Receipt (PS Form 3811, February 2004):
- Article Addressed to: STATE OF GEORGIA, et al, OFFC. OF THE SOLICITOR GEN., DEKALB COUNTY COURTHOUSE, ATTN: ATTY. RUPAL VAISHNAV, 556 N. MCDONOUGH ST., # 500, DECATUR, GA 30030
- Signature present; Date of Delivery: 10/10/06
- Service Type: Express Mail
- Article Number: EQ951328276US]