AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

V.

STATE OF GEORGIA, et al

**SUMMONS IN A CIVIL CASE**

CAS

CASE NUMBER 1:06CV01657

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/26/2006

RECEIVED
OCT 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

SERVED

ATLANTA POLICE DEPT.
CITY OF ATLANTA LAW DEPT.
**ATTN: MARISSA KEY**
68 MITCHELL STREET,
SUITE 4100
ATLANTA, GA 30303

PROSE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
**C/O SAMUEL CLEMMONS**
2137 SOFT PINE LN
ACWORTH, GA 30132

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

SEP 26 2006
DATE

(By) DEPUTY CLERK

11

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE OCT 6TH, 2006 |
|---|---|
| NAME OF SERVER (PRINT) SAMUEL CLEMMONS | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ATLANTA POLICE DEPARTMENT, CITY OF ATLANTA LAW DEPT.; ATTN: MARISSA KEY; 68 MITCHELL STREET, SUITE 4100, ATLANTA, GA 30303

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCT 6TH, 2006
Date

[signature]
Signature of Server

CLEMMONS' ESTATE
ATTN: C. OWENS
c/o SAMUEL CLEMMONS
2137 SOFT PINE LN
Address of Server
ACWORTH, GA 30132

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

12

Jackson GMF Window Unit
Jackson, Mississippi
392019820
2737860014 -0092
10/06/2006 (601)351-7097 11:45:31 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| DECATUR GA 30030 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 1 lb. 5.00 oz. | | | |
| Label #: EQ951328276US | | | |
| Next Day 3PM / No | | | |
| Weekend Delivery | | | |
| Customer Postage | | | -$14.40 |
| Subtotal: | | | $0.00 |
| DECATUR GA 30032 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 1 lb. 5.00 oz. | | | |
| Label #: EQ951328316US | | | |
| Next Day 3PM / No | | | |
| Weekend Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Customer Postage | | | -$16.25 |
| Subtotal: | | | $0.00 |
| DECATUR GA 30030 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 1 lb. 4.90 oz. | | | |
| Label #: EQ951328276US | | | |
| Next Day 3PM / No | | | |
| Weekend Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Customer Postage | | | -$16.25 |
| Subtotal: | | | $0.00 |
| ATLANTA GA 30303 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 1 lb. 4.90 oz. | | | |
| Label #: EQ951328280US | | | |
| Next Day Noon / No | | | |
| Weekend Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Customer Postage | | | -$16.25 |
| Subtotal: | | | $0.00 |
| ATLANTA GA 30318 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 1 lb. 4.90 oz. | | | |
| Label #: EQ951[illegible]293US | | | |
| Next Day Noon / No | | | |
| Weekend Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Customer Postage | | | -[illegible]16.25 |
| Subtotal: | | | $0.00 |

Total: $0.00

Paid by:

Bill#: 1000801007120
Clerk: 03

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
Post Office To Addressee
Customer Copy
Label 11-B, March 2004

EQ 951328280 US

PICKUP OR TRACKING
www.usps.com
1-800-222-1811








# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 280U S**
Status: **Delivered**

Your item was delivered at 11:20 am on October 09, 2006 in ATLANTA, GA 30303 to RTE 339 . The item was signed for by B DUGGER.

***Additional Details >*** ***Return to USPS.com Home >***

Track & Confirm

Enter Label/Receipt Number.

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ***Go >***

Proof of Delivery

Verify who signed for your item by email, fax, or mail. ***Go >***





Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy







Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 280U S**
Detailed Results:

- **Delivered, October 09, 2006, 11:20 am, ATLANTA, GA 30303**
- **Notice Left, October 07, 2006, 10:56 am, ATLANTA, GA 30303**
- **Arrival at Unit, October 07, 2006, 10:23 am, ATLANTA, GA 30303**
- **Enroute, October 06, 2006, 7:19 pm, JACKSON, MS 39201**
- **Acceptance, October 06, 2006, 11:42 am, JACKSON, MS 39201**

**< Back** **Return to USPS.com Home >**

Track & Confirm

Enter Label/Receipt Number.

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. **Go >**

Proof of Delivery

Verify who signed for your item by email, fax, or mail. **Go >**

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy





**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS,<br><br>PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA , et al<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO: 1:06CV01657(RCL)** |

# AFFIDAVIT OF SERVICE

**I, CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to The Atlanta Police Department, City of Atlanta Law Department, Attn: Marissa Key located at 68 Mitchell Street, Suite 4100, Atlanta, GA 30303 (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of EQ 951 328 280 US.**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATLANTA POLICE DEPT.
CITY OF ATLANTA LAW DEPT.
**ATTN: MARISSA KEY**
68 MITCHELL STREET,
SUITE 4100
ATLANTA, GA 30303

ATLANTA GA 30335 7

2. Article Number
*(Transfer from service label)* EQ951328280US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (*Printed Name*) WRIGHT C. Date of Delivery 10-9-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☑ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

[signature]

