AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

V.

STATE OF GEORGIA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01657

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/26/2006

TO: (Name and address of Defendant)

SERVE: Dekalb County Sheriff Department
Attn: Legal Department
4425 Memorial Drive
Decatur, GA 30032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

**RECEIVED**
OCT 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

SEP 26 2006
DATE

(By) DEPUTY CLERK

(3)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | OCT 6TH, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAMUEL CLEMMONS | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: DEKALB COUNTY SHERIFF DEPT, ATTN: LEGAL DEPARTMENT, 4425 MEMORIAL DRIVE, DECATUR, GA 30032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. EXPRESS MAIL | U.S. POSTAL SERVICE | $16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  OCT 6TH, 2006        *[signature]*
                Date               Signature of Server

CLEMMONS' ESTATE
ATTN: C. OWENS
% SAMUEL CLEMMONS
Address of Server
2137 SOFT PINE LANE
ACWORTH, GA 30132

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(9)

```
              Jackson GMF Window Unit
                 Jackson, Mississippi
                      392019820
                  2737860014 -0092
10/06/2006      (601)351-7097       11:45:31 AM

                   Sales Receipt
Product            Sale    Unit         Final
Description        Qty     Price        Price

DECATUR GA 30030 EM                    $14.40
PO-Add Flat Rate
1 lb.  5.00 oz.
  Label #:         EQ951328276US
  Next Day 3PM   / No
  Weekend Delivery
  Customer Postage                    -$14.40
  Subtotal:                             $0.00
DECATUR GA 30032 EM                    $14.40
PO-Add Flat Rate
1 lb.  5.00 oz.
  Label #:         EQ951328316US
  Next Day 3PM   / No
  Weekend Delivery
  Return Rcpt (Green Card)             $1.85
  Customer Postage                    -$16.25
  Subtotal:                             $0.00
DECATUR GA 30030 EM                    $14.40
PO-Add Flat Rate
1 lb.  4.90 oz.
  Label #:         EQ951328276US
  Next Day 3PM   / No
  Weekend Delivery
  Return Rcpt (Green Card)             $1.85
  Customer Postage                    -$16.25
  Subtotal:                             $0.00
ATLANTA GA 30303 EM                    $14.40
PO-Add Flat Rate
1 lb.  4.90 oz.
  Label #:         EQ951328280US
  Next Day Noon  / No
  Weekend Delivery
  Return Rcpt (Green Card)             $1.85
  Customer Postage                    -$16.25
  Subtotal:                             $0.00
ATLANTA GA 30318 EM                    $14.40
PO-Add Flat Rate
1 lb.  4.90 oz.
  Label #:         EQ951328293US
  Next Day Noon  / No
  Weekend Delivery
  Return Rcpt (Green Card)             $1.85
  Customer Postage                    -$16.25
  Subtotal:                             $0.00

Total:                                  $0.00

Paid by:


Bill#: 1000801007120
Clerk: 03

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
                   Customer Copy
```

(5)



Home | Help | Sign In

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 316U S**
Status: **Delivered**

Your item was delivered at 10:32 am on October 07, 2006 in DECATUR, GA 30032. The item was signed for by M MCKINNEY.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do   10/8/2006



Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 316U S**
Detailed Results:

- **Delivered, October 07, 2006, 10:32 am, DECATUR, GA 30032**
- **Arrival at Unit, October 07, 2006, 9:15 am, DECATUR, GA 30032**
- **Enroute, October 06, 2006, 7:19 pm, JACKSON, MS 39201**
- **Acceptance, October 06, 2006, 11:39 am, JACKSON, MS 39201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

POSTAL INSPECTORS      site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS,<br><br>PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA , et al<br><br>DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO: 1:06CV01657(RCL) |

### AFFIDAVIT OF SERVICE

I, <u>CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS</u>, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>The Dekalb County Sheriff Department, Attn: Legal Department located at 4425 Memorial Drive, Decatur, GA 30032</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of <u>EQ 951 328 316 US</u>.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEKALB COUNTY SHERIFF DEPT
ATTN: LEGAL DEPARTMENT
4425 MEMORIAL DRIVE
DECATUR, GA 30032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] 2937   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): McKinney
C. Date of Delivery: 12-7-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): EQ 9513 2831 6US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[signature: Samuel Clemmons]

(8)