CO-538
Rev. 3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE** ) | CASE NUMBER: |
| Vs. ) | |
| ) | 1:06CV01657(RCL) |
| **ATLANTA FULTON COUNTY** ) | |
| **SHERIFF DEPT, et al** ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _27TH_ day of _OCTOBER_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE ATLANTA FULTON COUNTY SHERIFF DEPT. ATTN: LEGAL DEPARTMENT_
was [were]:   [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_OCTOBER 7TH, 2006_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ Samuel Clemmons_
Attorney for Plaintiff(s) [signature]
_CLEMMONS' ESTATE C/O SAMUEL CLEMMONS_
_2137 SOFT PINE LN, ACWORTH, GA 30132_
_PH# 866-409-7756_

Bar Id. Number                                  Address and Telephone Number

**RECEIVED**

OCT 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )
                Plaintiff            )
                                     )
        vs.                          )    Civil Action No. _____
                                     )
_____ )
                                     )
_____ )
                Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
        Deputy Clerk