UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) <br> c/o SAMUEL CLEMMONS ) <br> 2137 SOFT PINE LN ) <br> ACWORTH, GA 30132 ) <br> ) <br> PLAINTIFF ) <br> vs. ) <br> ) <br> STATE OF GEORGIA, et al ) <br> ➢ OFFICE OF SOLICITOR ) <br> ATTORNEY RUPAL VAISHNAV ) <br> 120 N. Trinity Place, Decatur, Georgia 30032 ) <br> ➢ ATLANTA FULTON COUNTY ) <br> SHERIFF DEPT. ) <br> 901 Rice Street, Atlanta, Georgia 30318 ) <br> ➢ DEKALB COUNTY SHERIFF ) <br> DEPT. ) <br> 4425 Memorial Drive, Decatur, Georgia 30032 ) <br> ➢ ATLANTA POLICE DEPT. ) <br> Atlanta's Hartsfield International Airport at ) <br> 4341 International Parkway, Atlanta, GA ) <br> 30354 ) <br> ➢ ATTORNEY VENICE R. DALEY ) <br> 41 Marietta Street, Suite 1005, Atlanta, GA ) <br> 30303 ) <br> ➢ OFFICE OF THE GOVERNOR ) <br> Georgia State Capitol, Attn: Office of Pardons ) <br> Atlanta, GA 30334 ) <br> ➢ OFFC OF THE ATTY GENERAL ) <br> Attn: Attorney Thurbert E. Baker ) <br> 40 Capitol Square, SW Atlanta, GA 30334 ) <br> DEFENDANTS ) | CIVIL ACTION NO: 1:06CV01657(RCL) |

**<u>PLAINTIFF FILES MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER CERTIFIED PROOF OF PROPER SERVICE SERVED UPON THE DEFENDANTS AND REQUEST THE CLERK TO PLACE SUCH DEFENDANTS IN DEFAULT DUE TO FAILURES TO HONOR AND OBEY COURT'S INSTRUCTIONS.</u>**

RECEIVED

OCT 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Come now the Plaintiff files this certified proof of proper service upon the Court that each Defendant expressed and as stated in the Plaintiff's initial complaint was served properly.

The Plaintiff enters these documents in good faith so that the Clerk will receive and take the necessary actions in filing the default actions against the Defendants.

The Defendants have failed to acknowledge such receipt by submitting a timely response or a request to this honorable court. The Defendants have failed to enter an appearance and failed to request for an enlargement of time if necessary. Therefore, the default entry is now justified.

The Plaintiff is requesting from the Court after entry is completed, the Plaintiff is requesting from the Clerk copies of each default entry informing the Plaintiff of such default. Once the Plaintiff has received such paperwork, the Plaintiff will then forward to the Court the Plaintiff's Motion Request to Enter Discovery on each but separate Defendant following a Motion Request to request such case to be closed with a Summary Judgment by Default.

In addition to the proper of service documentation, the Plaintiff also enters all but complete Affidavit of Service in support of default paperwork on each.

Respectfully Submitted,

*[signature]*

Clemmons' Estate
C/o of Samuel Clemmons
Plaintiff, *Pro Se*

**See Attachments:**

1. **Summons In A Civil Case**
2. **Return of Service**
3. **Affidavit of Service**
4. **U.S. Express Mail Notification / w receipt**
5. **Affidavit in Support of Default**
6. **Clerk's Default Form**

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE** ) <br> ) <br> **Vs.** ) <br> **STATE OF GEORGIA, et al** ) <br> **OFFICE OF SOLICITOR** ) <br> **ATTORNEY RUPAL VAISHNAV** ) <br> ) | CASE NUMBER: <br><br> 1:06CV01657(RCL) |

**RECEIVED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLE[RK]
U.S. DISTRICT COURT

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _30TH_ day of _OCTOBER_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _STATE OF GEORGIA, ET AL; OFFICE OF THE SOLICITOR GENERAL; ATTN: ATTY RUPAL VAISHNAV_
was [were]:   [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_OCTOBER 10TH, 2006_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]
_CLEMMONS' ESTATE_
_% SAMUEL CLEMMONS, 2137 SOFT PINE LN_
_ACWORTH, GA 30132; PH #866-409-7758_

_____                    _____
Bar Id. Number                          Address and Telephone Number

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
           Plaintiff            )
                                )
       vs.                      )    Civil Action No. _____
                                )
_____  )
                                )
                                )
_____  )
           Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
        Deputy Clerk