CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE**<br><br>Vs.<br><br>**ATLANTA POLICE DEPT, et al** | CASE NUMBER:<br><br>1:06CV01657(RCL) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _30TH_ day of _OCTOBER_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _THE STATE OF GEORGIA, ET AL ATTN: THE ATLANTA POLICE DEPT. ATTN: MARISSA KEY_
was [were]  [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_OCTOBER 9TH_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____],

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
CLEMMONS' ESTATE % SAMUEL CLEMMONS
2134 SOFT PINE LANE, ACWORTH, GA 30132
PH # 866-409-7756

Bar Id. Number                                    Address and Telephone Number

RECEIVED
OCT 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____  )
            Plaintiff            )
                                 )
        vs.                      )   Civil Action No. _____
                                 )
_____   )
                                 )
_____   )
            Defendant            )

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
        Deputy Clerk

