# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE )<br>c/o SAMUEL CLEMMONS )<br>2137 SOFT PINE LN )<br>ACWORTH, GA 30132 )<br> )<br>  PLAINTIFF )<br>vs. )<br> )<br>STATE OF GEORGIA, et al )<br>  ➢ **OFFICE OF SOLICITOR** )<br>    **ATTORNEY RUPAL VAISHNAV** )<br>  ➢ **ATLANTA FULTON COUNTY** )<br>    **SHERIFF DEPT.** )<br>  ➢ **DEKALB COUNTY SHERIFF** )<br>    **DEPT.** )<br>  ➢ **ATLANTA POLICE DEPT.** )<br>  ➢ **ATTORNEY VENICE R. DALEY** )<br>  ➢ **OFFICE OF THE GOVERNOR** )<br>  ➢ **OFFC OF THE ATTY GENERAL** )<br> )<br>  DEFENDANTS )<br> ) | **CIVIL ACTION NO: 1:06CV01657(RCL)** |

**RECEIVED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY TO MOVE FORTH FOR SUMMARY JUDGMENT AGAINST THE DEFENDANT'S (ATLANTA POLICE DEPARTMENT) MOTION TO DISMISS AND AFTER SUBMITTING AFFIDAVIT IN SUPPORT OF DEFAULT EVIDENCE BEFORE THE CLERK AGAINST THE OTHER DEFENDANTS.

Come now the Plaintiff files this Motion Request to deny dismissal per Defendant Counsel's request due to other negligence actions of default by the other Defendants.

The Plaintiff comes before this honorable court to explain and show good cause shown through the Plaintiff's Motion Request to Enter Discovery as to why such Defendant (Atlanta Police Department) should not be dismissed from this lawsuit.

On June 5, 2006 as the Plaintiff so expressed in the initial complaint the Plaintiff was illegally arrested and an illegal search and seizure was performed on the Plaintiff when coming into this county by way of Costa Rica.  This incident is within the Statue of Limitation against the Atlanta Police Department.

After the Plaintiff was place under arrest by arresting officer from the Atlanta Police Department by the name of McGrath S. showing APD ID Number 3381 such arresting officer was the witness to the showing of funds to the U.S. Customs' Agent in the amount of $80.00 / four twenty dollars bills at the time of the arrest. The same arresting officer is also responsible for performing an illegal search of the Plaintiff's carry on bag which was a black laptop brief case which the Plaintiff has provided details and a better description of such item in photos in the Plaintiff's Motion Request to Enter Discovery which is **Exhibit # 7**. In Exhibit # 7 the Court, Jury and Defendant's Counsel can clearly see in photo report # 029, 030 and 031. One can clearly see the plastic bag that was in questioned by the Officer McGrath saying "look what we have here" as if he discovered illegal drugs on the Plaintiff while in both the Atlanta Police Department and U.S. Customs' custody.

As stated by the Plaintiff stated in the initial complaint the Plaintiff did state to the officer "You wish that was drugs to jump start your career" The illegal search came up negative it was only a Delta Airline's plastic earphone bag as everyone can clearly see for the record denying the Defendant's Motion to Dismiss.  This evidence is now turned over to the Court, and the Defendant's Counsel and should be provided to a Jury in case the Defendant's Counsel agree to proceed for a jury trial to justify why this case should be dismissed and explain that their (the Defendants) course of actions were justified according to the law.

Therefore with the two issues addressed to the Court and the Defendant's Counsel during the Plaintiff's Opposition against Defendant's (Atlanta Police Department) Motion Request to Dismiss. The Plaintiff now step forward in this honorable court to submit the Plaintiff's Motion

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

1   Request to Enter Discovery to support the Plaintiff's claim not to dismiss but move forth with a

2   Summary Judgment against the Atlanta Police Department and a Summary Judgment by Default

3   against the other Defendants.

4        The Plaintiff enters the following 14 Exhibits as stated below:

5        The Plaintiff enters **Exhibit # 1** for the record: **Exhibit # 1** will show and reveal to the

6   court the inventory report of the Plaintiff intake of Property by the Clayton County Sheriff's

7   Department. Here the Court, Jury and the Defendant's Counsel can clearly see that no money is

8   listed in the record during these allegedly proper procedures by the Defendants.

9        The Plaintiff enters **Exhibit # 2** for the record: **Exhibit # 2** will show and reveal to the

10  Court, Jury and the Defendant's Counsel the Atlanta Police Department's incident report

11  justifying the involvement and interaction with such departments. At this time if both arresting

12  officer were competence officers and the information they received was truthful, accurate and

13  correct information for the record to justify their actions they (the officers) would have made the

14  correct call to transport the Plaintiff within that jurisdiction of arrest to a judge within that

15  jurisdiction within 24 hours after making such legitimate arrest.

16        This did not happen…making and causing the Atlanta Police Department to be liable for

17  the civil damages in this lawsuit before this honorable court.

18        **Exhibit # 1 and 2** justifies both issues as stated by the Plaintiff in the Plaintiff's

19  Opposition against the Defendant's Motion Request for dismissal.

20        The Plaintiff continues to enter more Exhibits for the record which is **Exhibit # 3**:

21  **Exhibit # 3** is continuous proof provided by the Dekalb County Sheriff Department releasing

22  their inventory report on the Plaintiff's intake property report. This report will show the Court,

23  Jury and the Defendant's Counsel all the items the Plaintiff came into such facility with at the

24  time of booking the Plaintiff on this illegal arrest and illegal holding the Plaintiff over these days

25  expressed by the Plaintiff in the Plaintiff's initial complaint. As the Court, Jury and the

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

1  Defendant's Counsel can see there are no funds on this book or report. Where are the missing

2  funds?

3      The Plaintiff enters **Exhibit # 4** for the record: The Plaintiff enter two pages of fact that

4  will show and reveal to the Court, Jury and The Defendant's Counsel communication of funds

5  been added onto the Plaintiff's book in order for the Plaintiff to be able to make purchases if

6  necessary during the Plaintiff illegal stay while being detained.  Anyone can see that prior to

7  depositing funds onto the books there was a zero balance. Once again the Plaintiff continues to

8  ask the Defendant's Counsel where the Plaintiff's funds are.

9      The Plaintiff enters **Exhibit # 5** for the record:  The Plaintiff enter one page of fact

10  showing a certified true copy of a check received upon the Plaintiff's departure to support

11  **Exhibit # 4** for the record. As of this date, this check was written the Plaintiff's funds are still

12  missing.

13      The Plaintiff enters **Exhibit # 6** for the record: The Plaintiff enter five pages in **Exhibit #**

14  **6** that will show and reveal to the Court, Jury and the Defendant's Counsel the certified true

15  record from the Atlanta Police Department's property release form. As the Court, Jury and the

16  Defendant's Counsel can see there are serious issues and illegal activities in this release. There

17  are more items that are missing and simply that is not proper but accurately reported.

18      The Plaintiff enters **Exhibit # 7** for the record: The Plaintiff enters a CD in **Exhibit # 7**

19  which will show and reveal an accurate true picture of the Plaintiff's personal carry-on bags that

20  were in the custody of the Atlanta Police Department. These photos were taken immediate after

21  retrieving such baggage from the Atlanta Police Department.

22      The Plaintiff enters **Exhibit # 8** for the record: **Exhibit # 8** will show and reveal to the

23  Court, Jury and the Defendant's Counsel a certified true copy of the check received by the

24  Plaintiff that was in dispute at the time of receipt. The issuing officer informed the Plaintiff to

25  take up any dispute or missing items with the arresting officer which the Plaintiff did do

according to the Plaintiff's initial complaint and the Plaintiff's Opposition against the

Defendant's Motion Request for dismissal. As the Court, Jury and the Defendant's Counsel can

see by the date of such check issued in the amount of $6.06 which is a big difference in the

amount of funds the Plaintiff came into the United States with. One can too witness that after

receiving such check the Plaintiff immediately went to the Atlanta Hartsfield Airport as reveal in

the showing of Exhibit #9 and in Exhibit # 7's Photos for the record. Photo # 003 in Exhibit # 7

is the envelope where the funds are missing.

The Plaintiff enters **Exhibit # 9** for the record. **Exhibit # 9** will show the Court, Jury and

the Defendant's Counsel the certified true date on two occurrences the Plaintiff made trips to the

Airport to obtain a copy of the federal police report from the U.S. Customs and Boarder

Protection Agency which should reveal to the Court, Jury, and the Defendant's Counsel the

dollar amount as logged into the report that both officer witness the Plaintiff having in the

Plaintiff's procession at the time of the arrest. The federal police report should justify that such

event did happen and did take place on June 5, 2006. As of this date, this Motion to Enter

Discovery for the record, the Plaintiff still has not been able to obtain a certified true copy of

such arrest report or police report for the missing items by theft.

The Plaintiff enters **Exhibit # 10** for the record. **Exhibit # 10** will show the Court, Jury

and the Defendant's Counsel the certified true copy of law under Rule 39 and Rule 40 (Federal

Rules of Criminal Procedures). Rule 40 clearly shows and reveal to the Court, Jury and the

Defendant's Counsel Negligence by the Atlanta Police Department and the U.S. Customs and

Boarder Protection. Rule 40 states any arrest for failing to appear in another district section (a) In

General states…If a person is arrested under a warrant issued in another district for failing to

appear- as required by the terms of that person's release under 18 U.S.C §§ 3141- 3156 or by a

subpoena- the person must be taken without unnecessary delay before a magistrate judge in the

district of the arrest. (b) Proceedings say the judge must proceed under Rule 5(c) (3) as

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

applicable. This did not happen and the Defendant's Counsel has no record contradicting that

such did happen according to the law. This makes the Defendants to be completely liable for all

the wrongdoing as so expressed in the Plaintiff's initial complaint.

In additional to the Plaintiff's submission of the law, the Plaintiff enters additional facts

to support this lawsuit from certified true but illegal records provided by the Defendants of

Dekalb County Sheriff Department. In these documents after the Federal Rule has been applied,

the Defendant's Counsel will see that such actions administrated does not fit the circumstances

as stated and expressed in any of these actions performed against the Plaintiff.

The Plaintiff enters **Exhibit # 11** for the record: **Exhibit # 11** will show the Court, Jury

and the Defendant's Counsel that no one attempted to make contact with Delta Airlines to proper

secure the Plaintiff's baggage nor to contact Delta Airlines to further advise the Airlines the

whereabouts of the Plaintiff since the Plaintiff was illegal removed off the Plaintiff's itinerary for

14 days. Delta Airlines had no idea what happen and could not notify the Plaintiff's immediate

family if needed to proper give information to a missing person.

The Plaintiff enters **Exhibit # 12** for the record: **Exhibit # 12** will show the Court, Jury

and the Defendant's Counsel that information provided by Dekalb County is illegal, not true nor

correct and it clearly shows a serious sign being in violation of the laws. As the court can see that

no person information is private and confidential when being under the custody of this law

enforcement agency.

The Plaintiff enters **Exhibit # 13** for the record: **Exhibit # 13** will expose to the

Defendant (Atlanta Police Department) the illegal activities, detainment, violation of the

Plaintiff's constitution rights and etc. in connection with the Defendant's activity coming from

the Atlanta Police Department in connection with the other Defendants named in this lawsuit.

In result of all these Exhibits, the Defendant's Counsel has failed to provide to this

honorable court a certified true copy of the Federal Police Report. The Defendant's Counsel has

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

1  failed to provide any declaration statements from the arresting officers and custody officers, etc.

2  to justify any reasons to dismiss this lawsuit before this honorable court.

3      In concluding the Plaintiff's Motion Request to Enter Discovery and the Plaintiff's

4  Opposition against the Defendant's Counsel Request requesting to dismiss the Atlanta Police

5  Department from this lawsuit should be granted. As the Court, Jury and the Defendant's Counsel

6  can see that negligence has been revealed by the Plaintiff coming from the Atlanta Police

7  Department. Therefore, the Atlanta Police Department should not be exempted from this lawsuit.

8      The Plaintiff has now produced enough evidence according to  Lewis v. Faulkner, 689

9  F.2d 100, 102 (7th Cir.1982) to move forth for a summary judgment against the Atlanta Police

10 Department but not a summary judgment by default.

11      Now the judge must rule according to standard operation procedures when considering a

12 motion for summary judgment, it has always been known that the court must examine all

13 evidence in the light most favorable to the Plaintiff (nonmoving party). The Defendant's

14 Counsel should consider case laws _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476

15 (10th Cir.1933). When a moving party (the Defendant) bears the burden of proof at trial is

16 entitled to summary judgment only when the evidence indicates that no genuine issue of material

17 fact exists. See Fed.R.Civ.P.56(c) and see case law: _Anthony v. United States_, 987 F.2d 670,672

18 (10th Cir.1993). If the moving party (the Defendant) does not bear the burden of proof at trial, it

19 must show "that there is an absence of evidence to support the nonmoving party's (the Plaintiff)

20 case" In this case the nonmoving party (the Plaintiff) has revealed evidence to support the

21 Plaintiff's claim not to dismiss the Atlanta Police Department from this lawsuit; therefore, case

22 law to consider: _Celotex Corp. v. Catrett_, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d

23 265 (1986) holds no merit in this case matter. The Defendant (The Atlanta Police Department)

24 should have a Crime Insurance Policy just as well as all federal agencies to cover and protect

from wrongdoing by employees within their departments. Therefore the Defendants have

sustained no loss in this action, nor did the Plaintiff cause any hurt or harm to the Defendants, the

Defendants caused this action or judgment upon their own prospective agencies.

Respectfully Submitted,

Clemmons' Estate
C/o of Samuel Clemmons
Plaintiff, *Pro Se*

# EXHIBIT # 1

9



# Inmate Receipt

Print Date: 6/5/2006  11:46:55PM

Number:
Name:       CLEMMONS, SAMUEL

Tran Type:   Intake Property

Tran Date:   6/5/2006 11:45:11PM

Inmate ID:   43277

| Item Name | Quantity | Condition | Type | Color | Description |
|---|---|---|---|---|---|
| BELT | 1.00 | | | BROWN | |
| MISCELLANEOUS | 1.00 | | | | |
| MISCELLANEOUS | 1.00 | | | | PAPER |
| BRACELET | 1.00 | | | | PASSPORT |
| RING | 1.00 | | | BROWN | WOODEN |
| PEN/PENCIL | 1.00 | | | YELLOW | WITH RED STONE |
| NECKLACE | 1.00 | | | | |
| SHIRT | 1.00 | | | BROWN | WOODEN |
| PANTS | 1.00 | | | BLUE | |
| SHOES | 1.00 | | DRESS | GRAY | |
| UNDERGARMENTS | 1.00 | | DRESS | BLACK | |
| CELL PHONE | 1.00 | | BOXERS | PATTERNED | |
| IDENTIFICATION CARD | 1.00 | | | GRAY | WITH BATTERY |
| | | | GEORGIA | | 5981 |

*Hat*        *White*

The above property was taken from my person and is being kept by the Clayton County Sheriff's Department / ARAMARK

Inmate Signature: _____  Date: 6/5/06   Officer: *No Signature*

I processed the above listed property. (ARAMARK - Intake Station)

Processed By:   **HAMMONDS**   Date: _____

I have verified the contents of this bag. (ARAMARK - Property Room)

Verified By: _____  Date: _____

I have received all listed property from the Clayton County Sheriff's Department / ARAMARK

Inmate Signature: _____  Date: _____  Officer: _____

# EXHIBIT # 2

*ll*

**ATLANTA POLICE DEPARTMENT**    **INCIDENT REPORT (back)**

Incident / OCA No. 0 6 1 5 6 1 9 3 7

| | |
|---|---|
| 4. Name (L/F/M, Suffix) Clemmons, Samuel | |
| 5. D.O.B. 06-24-65  6. Sex M  7. Race B | 8. □ Alias □ Assoc. |
| 8. Age  To  10. Height 6-01  To  11. Weight 170  To  12. Build Average | 13. Address 5'8 |
| 14. Residence 577 Trillium ct. Marietta GA. | Telephone |
| 15. Who SS'd this person? U.S. Customs | 16. Occupation / Gang |
| 18. □ SSN 05739598 GA  19. State | 16. School |
| 20. Hair Blue  Gray Khaki  21. Pants □ Shorts □ Dress □ Skirt | 17. School |
| 21. Coat Black  22. Shoes casual | 23. Clothing Type* |
| 33. Hair Color BLK  34. Eyes Color Brown | 35. Eye Color |
| 36. Facial Hair  37. Amp/Deform* | |

NARRATIVE

US Customs Officer Palmejar gave me a
copy of his NCIC response and hit confirmation
showing that Mr. Samuel Clemmons was wanted
by Dekalb County SO on the above listed warrant.
Based upon the information in the listed
document he arrested Mr. Clemmons and
called for an Atlanta Police transport.
I officer McGrath upon confirming the
information via ACIC. Officer Ramsey transported
Mr. Clemmons for US Customs officer Palmejar to the Clayton County Jail

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT COMPLETE AND
LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

69. Reporting Officer's Signature _McGrath_    70. APD ID No. 3587

71. SWORN TO AND SUBSCRIBED BEFORE ME
THIS 5 DAY OF June 2006

73. Supervisor's Signature _Sgt SM_    74. APD ID No. 056

12

# INCIDENT REPORT — ATLANTA POLICE DEPARTMENT

Page 1 of 2

**INCIDENT DATA**

| 1. Incident / OCA No. | 2. Date of Report: Mo., Day, Year, Time |
|---|---|
| 061561937 | 06 03 06 1245 |

| 5. Beat | 6. Location of Incident (Street #, Street name, Apt. #) | CSS#060506-163 | 9. | 10. Location Type* |
|---|---|---|---|---|
| 50 | 12700 Spine Rd | | | 01 |

| 11. Date/Time Incident | 12. Reporting Officer: (LFM, Suffix) | 13. Sex | 14. APD ID No. | 15. Assignment |
|---|---|---|---|---|
| 06 V5 06 1200 06 V5 06 1240 | McGrath S. | M | 3381 | 3758 |

16. Court Code: ☑ Reported Case ☐ Witnessed Case    Off Days: S M T W T F    Regular Court Time: 1500

17. Describe how crime was committed / how incident occurred:

Suspect transported for U.S. Customs

18. Attack Gun? ☐ Yes ☑ No    19. Weapon or Tool: N/A

| 20. Temperature / Weather: | | 21. Forced Entry? ☐ Yes ☑ No | 24. Gang Related? ☐ Yes ☑ No | 27. Special Event? ☐ Yes ☑ No (List) |
| ☐ Hot ☐ Cold | 1 Clear  5 Snow | 22. Alcohol Related? ☐ Yes ☑ No | 25. Family Violence? ☐ Yes ☑ No | |
| ☐ Warm ☐ Cool | 2 Cloudy  6 Sleet | 23. Bias Incident? ☐ Yes ☑ No | 26. Security Devices? ☐ Yes ☑ No | |
| | 3 Rain  6 Fog | | | |

28. Incident appear  ☐ Yes  drug related?  ☐ No    If Yes, indicate type of drug(s): ☐ 01 Amphetamine ☐ 02 Marijuana ☐ 05 Barbiturate ☐ 06 Methamphetamine ☐ 03 Cocaine ☐ 07 Opium ☐ 04 Hallucinogen ☐ 08 Synthetic Narcotic ☐ 08 Heroin ☐ U Unknown

**VICTIM / WITNESS DATA**

| 1. Code* | 2. Name: (LFM, Suffix) ☐ ASLT ☐ JUV ☐ BUS ☐ GOV ☐ FGL | 3. Race* | 4. Sex | 5. Date of Birth |
|---|---|---|---|---|

| 6. Address: (Street #, street name, Apt. #, City, St., Zip) | 8. Work Phone ( ) | 10. Sobriety: ☐ 1 Sober ☐ 4 U/ Alcohol ☐ 6 U/ Both ☐ 2 Unk ☐ 5 U/ Drugs  Alcohol / Drugs |
|---|---|---|

| 11. Temporary Address | Unit: | 12. Home Phone ( ) | 13. Prosecute/Testify: ☐ Yes ☐ No | 14. Victim Notified of ☐ Yes ☐ No  Rights: |
|---|---|---|---|---|

| 16. Relation to Offender* | 16. Med. Treat. – Hospital / Treat. Center: ☐ Yes ☐ No | 17. Extent of Injury ☐ None ☐ Minor ☐ Serious ☐ Fatal | 18. Location of Injury on body: | 19. Type of Injury* |
|---|---|---|---|---|

| 20. If no injury, describe threat / exit: | 21 Victim's School: (Name, Address) |
|---|---|

| 1. Code* | 2. Name: (LFM, Suffix) ☐ ASLT ☐ JUV ☐ BUS ☐ GOV ☐ FGL | 3. Race* | 4. Sex | 5. Date of Birth |
|---|---|---|---|---|

| 6. Address: (Street #, street name, Apt. #, City, St., Zip) | 8. Work Phone ( ) | 10. Sobriety: ☐ 1 Sober ☐ 4 U/ Alcohol ☐ 6 U/ Both ☐ 2 Unk ☐ 5 U/ Drugs  Alcohol / Drugs |
|---|---|---|

| 11. Temporary Address | Unit: | 12. Home Phone ( ) | 13. Prosecute/Testify: ☐ Yes ☐ No | 14. Victim Notified of ☐ Yes ☐ No  Rights: |
|---|---|---|---|---|

| 16. Relation to Offender* | 16. Med. Treat. – Hospital / Treat. Center: ☐ Yes ☐ No | 17. Extent of Injury ☐ None ☐ Minor ☐ Serious ☐ Fatal | 18. Location of Injury on body: | 19. Type of Injury* |
|---|---|---|---|---|

| 20. If no injury, describe threat / exit: | 21 Victim's School: (Name, Address) |
|---|---|

**REPORTING PERSON**

| 2. Reporting Person's Name: (LFM, Suffix) | 3. Race* | 4. Sex | 5. Date of Birth: | 6. Testify: ☐ Yes ☐ No | 7. Relation to Victim / Offender* |
|---|---|---|---|---|---|

3. Sobriety: ☐ 1 Sober ☐ 2 Unknown ☐ 4 U/Alcohol ☐ 5 U/Drugs ☐ 6 U/Combination of Alcohol / Drugs

| 8. Address: (Street #, street name, Apt. #, City, St., Zip) | 10. Work Phone ( ) . | 11. Home Phone ( ) . |
|---|---|---|

**VEHICLE DATA**

| 1. Also see # Impound Report(s) | 2. Owner's Name: (LFM, Suffix) | Address: (Street #, street name, Apt.#, City, St., Zip) | 5. Work Phone ( ) |
|---|---|---|---|

| 3. Driver Name: (LFM, Suffix) | 4. Is Driver Owner? ☐ Yes ☐ No  Driver Arrested? ☐ Yes ☐ No | 6. Record Type: ☐ S Stolen ☐ Other ☐ T Theft from Vehicle ☐ R Recovered ☐ V Suspect Vehicle ☐ D Damaged | 7. Home Phone ( ) |
|---|---|---|---|

| 8. Vehicle Type* | 9. Year | 10. Make* | 11. Model | 12. VIN |
|---|---|---|---|---|

| 13. Vehicle Style* | 14. Color | 15. Tag Number | 16. State | 17. Year | 18. Tag Type* | 19. Doors Locked? ☐ Yes ☐ No  Ignition Locked? ☐ Yes ☐ No  Keys in Ignition? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|

| 20. Date Last Stolen | 21. Stolen Veh. Value $ | 22. Recovered Veh. Value $ | 23. Vehicle Reported Stolen  ☐ In Atlanta ☐ Outside  If out, jurisdiction: |
|---|---|---|---|

**PROPERTY DATA**

| 1. Also see # Prop./Evidence Inventory # ___ | 2. Conf. on back of suppl. cont. ☐ Yes ☐ No | RECORD TYPE: D – Damaged  L – Lost  R – Recovered  S – Stolen | PROPERTY TYPE: B – Currency  C – Jewelry  E – Clothing  F – Office Equipment  G – Electronics  M – Household Goods  I – Firearms  J – Consumables  L – Other | PROPERTY STATUS: F – Found  R – Returned  N/A – Not in Possession of APD |
|---|---|---|---|---|

| 3. Record Type* | 4. | 5 QUANTITY / DESCRIPTION  Make - Model - Identifying Feature | 5. Property Type* | 6. Serial No. or Identifying No. | 7. Estimated Value - $ Amount | 8. Property Status* |
|---|---|---|---|---|---|---|
| | 5 | | | | | |
| | 5 | | | | | |
| | 5 | | | | | |
| | 5 | | | | | |

13

**Incident / CICA No.** 061561937

# ATLANTA POLICE DEPARTMENT

**SUPPLEMENT (back)**

## FAMILY VIOLENCE

| 1. Source Name: (L/F.M. Suffix) ☐ Victim ☐ Primary Agg. | 2. Were children involved? ☐ Yes ☐ No | 3. Act committed w/ children present? ☐ Yes ☐ No | 4. Previous Complaints: ☐ Zero ☐ 6-10 ☐ U Unknown ☐ 1-5 ☐ More than 10 |

| 5. Existence of prior court orders indicated? ☐ Yes ☐ No ☐ Unknown | 6. Victim advised of available remedies and services? ☐ Yes ☐ No |

| 7. Type of Alleged Abuse: | ☐ 01 Fatal Injury ☐ 02 Perm Disability ☐ 03 Temp Disability | ☐ 04 Broken bones ☐ 05 Gun/Knife Wound ☐ 06 Superficial Injury | ☐ 07 Property Damage/Theft ☐ 08 Threats ☐ 09 Abusive Language | ☐ 10 Sexual Abuse ☐ 11 Other | 8. Police Action Taken: ☐ 1 Arrest ☐ 3 Separation ☐ 5 Other ☐ 2 Citation ☐ 4 Mediate ☐ 6 None |

| 9. Reason No Arrest Made: ☐ 2 Primary Aggressor not at scene ☐ 3 Insufficient Probable Cause | ☐ 1 Juvenile ☐ 4 Other (List) _____ | 10. Primary Agg. identified by: ☐ 1 Physical Evidence ☐ 2 Testimonial Evidence | ☐ 3 Other (List) |

| 11. Substance abuse involved? ☐ Yes ☐ No   Indicate substances used: Primary Agg.: ☐ 1 Drugs ☐ 2 Alcohol ☐ 3 Combination of drugs & alcohol Victim: ☐ 1 Drugs ☐ 2 Alcohol ☐ 3 Combination of drugs & alcohol | 12. Relationship of the parties: ☐ 1 Present Spouse ☐ 5 Stepparent ☐ 3 Parent ☐ 4 Child ☐ 2 Former Spouse ☐ 6 Stepchild ☐ 7 Foster Parent ☐ 8 Foster Child ☐ 9 None of the above, but lives in same household. |

## VEHICLE DATA

| 2. Owner Name: (L/F.M. Suffix) | Address: (Street #, street name, Apt. #, City St., Zip) | 3. Work Phone ( ) - |

| 4. Driver Name: (L/F.M. Suffix) | 5. Is Driver Owner? ☐ Yes ☐ No   Driver Arrested? ☐ Yes ☐ No | 6. Record Type: ☐ T Theft from Vehicle ☐ V Suspect Vehicle ☐ S Stolen ☐ Other ☐ R Recovered ☐ D Damaged | 7. Home Phone ( ) - |

| 8. Vehicle Type* | 9. Year | 10. Make: | 11. Model | 12. VIN |

| 13. Vehicle Style* | 14. Color | 15. Tag Number: | 16. State | 17. Year | 18. Tag Type* | 19. Doors Locked? ☐ Yes ☐ No   Ignition Locked? ☐ Yes ☐ No   Keys in Ignition? ☐ Yes ☐ No |

| 20. Date Lost/ Stolen / / | 21. Stolen Veh. Value $ | 22. Recovered Veh. Value $ | 23. Vehicle Reported Stolen ☐ In Atlanta ☐ Outside | If out, jurisdiction: |

| 2. Owner Name: (L/F.M. Suffix) | Address: (Street #, street name, Apt. #, City St., Zip) | 3. Work Phone ( ) - |

| 4. Driver Name: (L/F.M. Suffix) | 5. Is Driver Owner? ☐ Yes ☐ No   Driver Arrested? ☐ Yes ☐ No | 6. Record Type: ☐ T Theft from Vehicle ☐ V Suspect Vehicle ☐ S Stolen ☐ Other ☐ R Recovered ☐ D Damaged | 7. Home Phone ( ) - |

| 8. Vehicle Type* | 9. Year | 10. Make: | 11. Model | 12. VIN |

| 13. Vehicle Style* | 14. Color | 15. Tag Number: | 16. State | 17. Year | 18. Tag Type* | 19. Doors Locked? ☐ Yes ☐ No   Ignition Locked? ☐ Yes ☐ No   Keys in Ignition? ☐ Yes ☐ No |

| 20. Date Lost/ Stolen / / | 21. Stolen Veh. Value $ | 22. Recovered Veh. Value $ | 23. Vehicle Reported Stolen ☐ In Atlanta ☐ Outside | If out, jurisdiction: |

## PROPERTY DATA

**Check appropriate block:** ☐ INCIDENT PROPERTY DATA   ☐ ADDITIONAL LOSS / RECOVERY REPORT

**RECORD TYPE:** D - Damaged   L - Lost   A - Additional Loss   R - Recovered   S - Stolen

**PROPERTY TYPE:** B - Currency   C - Jewelry   E - Clothing   F - Office Equipment   G - Electronics   H - Household Goods   I - Firearms   J - Consumables   L - Other

**PROPERTY STATUS:** F - Found   R - Returned   N/A - Not in Possession of Atlanta Police

| 1. Record Type* | 2. # QUANTITY / DESCRIPTION Make - Model - Identifying Feature | 3. Property Type* | 4. Serial No. or Identifying No. | 5. Estimated Value - $ Amount | 6. Property Status* |
|---|---|---|---|---|---|
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |
| | # | | | | |

**NOTE:** If Additional Loss / Recovery Report, Complete Items 7 through 12 below:

| 7. Owner Name: (L/F.M. Suffix) | Address: (Street #, street name, Apt. #, City St., Zip) | 8. Work Phone ( ) - |

| 9. Location Items Found / Recovered: | Address: (Street #, street name, Apt. #, City St., Zip) | 10. Home Phone ( ) - |

| 11. Recovered By: (Name) | 12. Custody: (If different than owner) |

ATLANTA POLICE DEPARTMENT Form APD002, FEBRUARY 8, 1996

**SUPPLEMENTARY INCIDENT REPORT**   **ATLANTA POLICE DEPARTMENT**   Page 2 of 2

| 1. Incident / CICA No. | 2. Complainant Name: (L.F.M, Suffix / Business) | 3. Date of Report: | 4. Reserved: |
|---|---|---|---|
| 06156193 7 | Officer Palmejar | 06/05/06 | |

5. U.S. Customs ran Mr. Clemmons fingerprints on the FBI database, and the warrant was also confirmed.

**NARRATIVE**

**AFFIDAVIT**

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| 5. Referred to: | 7. Reporting Officer's Signature | 8. APD ID No. |
|---|---|---|
| ☐ SID ☐ LAB ☐ Vice/... ☐ Narc ☐ Burg ☐ Youth ☐ Fraud ☐ PV ☐ Robb ☐ SO ☐ Auto ☐ Larc ☐ Fire ☐ Arson ☐ CR ☐ Hom ☐ Ass ☐ Rob ☐ CV ☐ SP Invest | Stephen McGrath | 3381 |
| | 9. SWORN TO AND SUBSCRIBED BEFORE ME THIS 5 DAY OF June 2006 | |
| 10. Reviewer's Signature | 11. APD ID No. | 12. Supervisor's Signature | 13. APD ID No. |
| Ken | 201 | | 056 |

ATLANTA POLICE DEPARTMENT  Form APD002, FEBRUARY 9, 1998

15

# APD PROPERTY / EVIDENCE / INVENTORY
(ADDITIONAL LOSS / RECOVERY REPORT)

| 1. PAGE | 2. OF | 3. DATE (mm/dd/yy) | 4. INCIDENT NUMBER |
|---|---|---|---|
| 2 | 2 | 06/05/06 | 0 6 1 5 6 1 9 3 7 |

**5. Owner's Name (L/F/M, Suffix)** ☐ Arrested Person ☐ Suspect ☐ Victim ☐ Other
Clemmons Samuel

| 6. Sex | 7. Date of Birth: | a. Control No. |
|---|---|---|
| | 06/04/65 | |

**9. Address: (Street No., Apt. #, City, St., Zip)** 30008
577 Trillum ct manetta ga.

**10. Work Phone:** (404) (770) (678)
( ) -

**11. If Arrest, Primary Charge: (Code# / Title)**

**12. Home Phone:** (404) (770) (678)
( ) -

| Record Type: N | D - Damaged | Property Type: | G - Electronics,TV,Radio | | Property Status: | |
|---|---|---|---|---|---|---|
| A - Added Loss | L - Lost | F - Office Equip. | B - Currency | C - Jewelry | E - Evidence | P - Property |
| R - Recovered | S - Stolen | J - Consumables | E - Clothing | L - Other | F - Found | R - Returned |
| N - Narcotics | Z - Seized | I - Firearms | H - Household Goods | | NA - Not in possession of APD | |

| 13. Rec. Type | 14. # QUANTITY / DESCRIPTION Make - Model - Identifying Features | 15. Prop. Type | 16. Serial No. or Other Identifying No. | 17. Estimated Value-$ Amt. | 18. Prop. Status |
|---|---|---|---|---|---|
| R | # Cannon prime Fcp2 | | Fcp J84954 | $ .00 | P |
| R | #1 - Hewlett packard | | Cnf 5352 5cJ | $ .00 | P |
| R | # Radio shack charger | | model 23-032 | $ .00 | P |
| R | #case w/ classes | | | $ .00 | P. |
| R | # Bag (Black in color) | | | $ .00 | P |
| R | #Six dollars & Thirtynine cents (change) | | | $ 6. .00 | P |
| R | # 1 - shaving kit | | | $ .00 | P |
| | #1 Blk case (suit) 1- pair bwn shoes, 3- pants | | | $ .00 | |
| | #5 T-shirts, 1-cap, shaving Gel, 1- pair shorts, 1 Olympics | | | $ .00 | |
| | #Camera | | camera 76528282 | $ .00 | |

**19. Recovered By:** MC Grath S

**20. Released To: (if different than owner)**

**21. Location items found or recovered:**
Address (Street No., City, St., Zip): 6000 North Terminal Pkwy

THE REPORTING OFFICER IS RESPONSIBLE FOR GIVING THE OWNER A COPY OF THE INVENTORY REPORT, AS A RECEIPT, AND FOR INSTRUCTIONS ON HOW THE PROPERTY CAN BE RETURNED.

**22. Reporting Officer (L,F,M, Suffix)**
MC Grath S.

| 23. APD ID Number | 24. Assignment # |
|---|---|
| 3381 | 3752 |

**26. Transporting Officer (L,F,M, Suffix)**
Ramsey R. C.

| 26. APD ID Number | 27. Assignment # |
|---|---|
| 1011 | 1761 |

**28. Owner / Defendant Signature (Copy acknowledgement)**

**29. Date:**

**30. Property Clerk / Officer**

| 31. APD ID No. | 32. Storage Location: |
|---|---|
| 1570 | |

ATLANTA POLICE DEPARTMENT Form APD 008, Revised March 2, 2006
Original - Central Records / Copy 2 - Property Control / Copy 3 - Owner
Copy 4 - Officer's Copy

1

# EXHIBIT # 3

DeKalb County Jail

All Property in Inmate File

Date:    06/22/2006 08:40

Booking#: 0317370

PCP#:   X0333963

Name: CLEMMONS, SAMUEL

Section:

Block:

Cell:

Bed:

| Qty Description | Color | Prop ID | Disp | Confis Date | Released How | Release Date | Released To |
|---|---|---|---|---|---|---|---|
| Facility: MAIN | | | | | | | |
| Warehouse:  PERSONAL PROPERTY | | | | | | | |
| Location:  2096 | | | | | | | |
| 1 SHIRT | BLUE | | S | 06/06/2006 | | 06/19/2006 | |
| 1 PANTS | GRAY | | S | 06/06/2006 | | 06/19/2006 | |
| 1 SHOES | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 SOCKS | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 BELT | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 HAT | CREAM | | S | 06/06/2006 | | 06/19/2006 | |
| 1 PASSPORT | | | S | 06/06/2006 | | 06/19/2006 | |
| 1 GA DL | | | S | 06/06/2006 | | 06/19/2006 | |
| 1 RING | YELLOW | | S | 06/06/2006 | | 06/19/2006 | |
| 1 CELL PHONE HOLDER | BLACK | | S | 06/06/2006 | | 06/19/2006 | |
| 1 CELL PHONE | GRAY | | S | 06/06/2006 | | 06/19/2006 | |

Inmate Signature

Witness Signature                Page 1 of 1

18

# EXHIBIT # 4

MONEY ORDER RECEIPT - NON-NEGOTIABLE

ACT 321927 LOC 000712 DT 061006 $10.00 ##10DOLLARS AND NO ####
CENTS####

★ 0853652 0805 ★

Total All Transactions: 10.00

Beginning Balance: .00

Fund Balance: 10.00

x Danny D Bond

Inmate Signature Line

Hanuel (CRTS)

808

Officer Signature Line

Total Daily County Jail

Date 06/10/2006

Time 11:26

Receipt# 192007

Teller Printing Receipt 192

FEMALE COURT

Section# 031778

DORM: YACCOURT

Location: 4

Block: CU

Cell: 202

Bank #

Tran Type    Date    Amount

DeKalb County Jail
Date: 06/12/2006
Time: 19:46
Receipt#: 1064337
Officer Printing Receipt: 1472
Name: CLEMMONS, SAMUEL
Booking#: 0317370
    PCP#: X0333763

303

Section: 4
  Block: SW
    Cell: 303
    Bed: 1

| Date/Time | Code | Amount |
|---|---|---|
| Description | Type | Check |
| 06/12/2006 19:45 Deposit | | 30.00 |
| TAMMY BOND | | |
| DLN#: 08+5365209941 | | |
| Total All Transactions | | 30.00 |

Beginning Balance: .16
Ending Balance: 30.16

*Tammy D Bond*

Inmate Signature Line

========================================

Officer Signature Line



# EXHIBIT # 5

22



**DeKalb County Sheriff Inmate Property Fund**
4425 Memorial Drive
Decatur, GA 30032
(404) 298-8500

Wachovia Bank

64-22 / 610

No. **020173**

| DATE | CHECK NO. | CHECK AMOUNT |
|------|-----------|--------------|
| 07/10/2006 | 20173 | 30.16 |

**VOID AFTER 90 DAYS**

PAY
TO
THE
ORDER
OF

Thirty  Dollars and 16/100ths

SAMUEL CLEMMONS

_Thomas E. Brown_

⑈020173⑈ ⑆061000227⑇ 2000737022935⑈

**DeKalb County Sheriff Inmate Property Fund** • Decatur, GA 30032
VENDOR NO.

VENDOR NAME    **020173**

| TRANSACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|------------------|-----------|--------------|-----------|------------|
| 07/10/2006 | CLEMMONS, SAMUEL : 0317370 CID/Agency# X4756 | | | 30.16 |
| 07/10/2006 | 20173 | | | 30.16 |

| CHECK DATE | CHECK NO. | TOTAL GROSS | TOTAL DEDUCTION | CHECK AMOUNT |
|------------|-----------|-------------|-----------------|--------------|
| | | | | |

23

# EXHIBIT # 6

24

# ATLANTA POLICE DEPARTMENT

## Property Release Form

| | | | | |
|---|---|---|---|---|
| **CASENUMBER** | 061561927 | | | |
| **TYPE** | Information | **OFF_DATE** | 06/05/2006 | |
| **LOCATED_AT** | 6200 NORTH TERMINAL PKWY | **LOCATED_BY** | MCGRATH S | |
| **LAST_NAME** | CLEMMONS | **FIRST_NAME** | SAMUEL | **MI** |
| **ADDRESS** | 577 TRILLUM CT | **CITY** | MARIETTA | **ST** GA |
| **ZIP** | 30008 | **PHONE** | | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF |
|---|---|---|---|---|---|---|
| 0004 | OLYMPUS | CAMERA | 76528582 | 2 | APD000237264 | BIPR022 |

BLK SUITCASE W/ PR BRN SHOES, 3 PR PANTS, 5 T-SHIRTS, CAP, SHAVING GEL, SHORTS, OLYMPUS CAMERA

CURRENCY AMT:    $0.00

| Received By | Reason | Date | Time |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

# ATLANTA POLICE DEPARTMENT



## Property Release Form

| | | | | | |
|---|---|---|---|---|---|
| **CASENUMBER** | 061561927 | | | | |
| **TYPE** | Information | **OFF_DATE** | 06/05/2006 | | |
| **LOCATED_AT** | 6200 NORTH TERMINAL PKWY | **LOCATED_BY** | MCGRATH S | | |
| **LAST_NAME** | CLEMMONS | **FIRST_NAME** | SAMUEL | **MI** | |
| **ADDRESS** | 577 TRILLUM CT | **CITY** | MARIETTA | **ST** | GA |
| **ZIP** | 30008 | **PHONE** | | | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF |
|---|---|---|---|---|---|---|
| 0003 | SHAVING KIT | | NSNA | 2 | APD000237263 | BIPR021 |
| | SHAVING KIT | | | | | CURRENCY AMT: $0.00 |

| Received By | Reason | Date | Time | |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |

1

# ATLANTA POLICE DEPARTMENT

## Property Release Form

| | | | |
|---|---|---|---|
| **CASENUMBER** | 061561927 | | |
| **TYPE** | Information | **OFF_DATE** | 06/05/2006 |
| **LOCATED_AT** | 6200 NORTH TERMINAL PKWY | **LOCATED_BY** | MCGRATH S |
| **LAST_NAME** | CLEMMONS | **FIRST_NAME** | SAMUEL | **MI** |
| **ADDRESS** | 577 TRILLUM CT | **CITY** | MARIETTA | **ST** GA |
| **ZIP** | 30008 | **PHONE** | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF |
|---|---|---|---|---|---|---|
| 0002 | CASH | | NSNA | 2 | APD000237262 | BIVPL2 |
| | CASH $6.06 | | | | CURRENCY AMT: | $6.06 |

| Received By | Reason | Date | Time | |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |

# ATLANTA POLICE DEPARTMENT

## Property Release Form

| | | | | |
|---|---|---|---|---|
| **CASENUMBER** | 061561927 | | | |
| **TYPE** | Information | **OFF_DATE** | 06/05/2006 | |
| **LOCATED_AT** | 6200 NORTH TERMINAL PKWY | **LOCATED_BY** | MCGRATH S | |
| **LAST_NAME** | CLEMMONS | **FIRST_NAME** | SAMUEL | **MI** |
| **ADDRESS** | 577 TRILLUM CT | **CITY** | MARIETTA | **ST**   GA |
| **ZIP** | 30008 | **PHONE** | | |

| ITEM# | MAKE | MODEL | SERIAL# | CATEGORY | BARCODE | BIN_SHELF |
|---|---|---|---|---|---|---|
| 0001 | CANON | PIXMA | FCPJ84954 | 2 | APD000237261 | BIPR020 |

BLK BAG W/ CANONPIXMA, HP LAPTOP COMPUTER (CAT53525LJ),RADIO SHACK    CURRENCY AMT:    $0.00
CHARGER, EYEGLASSESIN CASE,

| Received By | Reason | Date | Time |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**ATLANTA POLICE DEPARTMENT — PROPERTY**

**Form 1:**

| Field | Value |
|---|---|
| PROPERTY INV.# | |
| STORAGE LOCATION | |
| DATE | 06/05/06 |
| COMPLAINT # | 061561937 |
| LOCATION FOUND OR RECOVERED | 6000 North Terminal pkwy |
| ARTICLE | one Bag w/Clothes |
| SERIAL# | |
| OWNERS NAME | Clemmons, Samuel |
| DEFENDANT NAME | " " |
| CHARGES | ▓▓▓▓ |
| ARRESTING OFF. | Pamejar |
| S.S.# | |
| TRANSPORTING OFF. | B.C. Ramsey |
| ASSIG. # | 1261 |
| PROPERTY CLK. NAME | |

___ CHECK IF STOLEN/COMPLETE OTHER SIDE

**Form 2:**

| Field | Value |
|---|---|
| PROPERTY INV.# | |
| STORAGE LOCATION | |
| DATE | 06/05/06 |
| COMPLAINT # | 061561937 |
| LOCATION FOUND OR RECOVERED | 6000 North Terminal pkwy |
| ARTICLE | one sm bag w/ personal Item tooth Brush |
| SERIAL# | |
| OWNERS NAME | Clemmons, Samuel |
| DEFENDANT NAME | " " |
| CHARGES | ▓▓▓▓ |
| ARRESTING OFF. | Pamejar |
| S.S.# | |
| TRANSPORTING OFF. | B.C. Ramsey |
| ASSIG. # | 1261 |
| PROPERTY CLK. NAME | |

___ CHECK IF STOLEN/COMPLETE OTHER SIDE

**Form 3:**

| Field | Value |
|---|---|
| PROPERTY INV.# | |
| STORAGE LOCATION | |
| DATE | 6-5-06 |
| COMPLAINT # | C061561937 |
| LOCATION FOUND OR RECOVERED | 6000 North Terminal pkwy |
| ARTICLE | Shaving Kit |
| SERIAL# | |
| OWNERS NAME | Samuel Clemmons |
| DEFENDANT NAME | |
| CHARGES | |
| ARRESTING OFF. | McGnath, S |
| S.S.# | |
| ASSIG. # | |
| TRANSPORTING OFF. | |
| ASSIG. # | |
| PROPERTY CLK. NAME | |

___ CHECK IF STOLEN/COMPLETE OTHER SIDE

29

# EXHIBIT # 7

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CLEMMONS' ESTATE**

Plaintiff(s),

vs.

**Civil Action No.  06-1657 (RCL)**

**STATE OF GEORGIA, et al.**

Defendant(s).

## NOTICE REGARDING EXHIBIT

Exhibit number 7 has been filed in the form of a CD in this case.  The exhibit is available at the

Clerk's Office for public viewing  and copying between the  hours of 9:00 a.m. and  4:00 p.m.,

Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

# EXHIBIT # 8

**CITY OF ATLANTA**
**BUREAU OF POLICE SERVICES**
PRISONER FUND, PH. 404-853-4323
675 PONCE DE LEON AVE., NE
ATLANTA, GA 30308

5012

64-25/610
BRANCH 12-4195

PAY
TO THE
ORDER OF _Samuel Clemmons_

DATE _6-20-06_    $ _6 00/100_

_Six 00/100_ DOLLARS

SouthTrust
Bank
Atlanta, GA.

FOR _APD OO 237-262_

⑆005012⑆ ⑆061000256⑆ OO 306 017⑈

33

# EXHIBIT # 9

34

HARTSFIELD ATLANTA
INT'L AIRPORT
*** thank you ***

Entrance: 09:28 06/28/06 Lane 14
Exit      11:07 06/28/06 Lane 41
    CASHIER 135 SEG# 6213
    AMOUNT PAID   $002.00

HARTSFIELD ATLANTA
INT'L AIRPORT
*** thank you ***

Entrance: 12:02 06/22/06 Lane 14
Exit      13:06 06/22/06 Lane 45
    CASHIER 135 SEG# 1535
    AMOUNT PAID   $001.00

35

# EXHIBIT # 10

**Rule 39**     FEDERAL RULES OF CRIMINAL PROCEDURE          46

Oct. 12, 1984, eff. Nov. 1, 1987; Mar. 9, 1987, eff. Aug. 1, 1987; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 29, 2002, eff. Dec. 1, 2002.)

**Rule 39. [Reserved]**

## TITLE VIII. SUPPLEMENTARY AND SPECIAL PROCEEDINGS

### Rule 40. Arrest for Failing to Appear in Another District

**(a) In General.** If a person is arrested under a warrant issued in another district for failing to appear—as required by the terms of that person's release under 18 U.S.C. §§ 3141–3156 or by a subpoena—the person must be taken without unnecessary delay before a magistrate judge in the district of the arrest.

**(b) Proceedings.** The judge must proceed under Rule 5(c)(3) as applicable.

**(c) Release or Detention Order.** The judge may modify any previous release or detention order issued in another district, but must state in writing the reasons for doing so.

(As amended Feb. 28, 1966, eff. July 1, 1966; Apr. 24, 1972, eff. Oct. 1, 1972; Apr. 30, 1979, eff. Aug. 1, 1979; Apr. 28, 1982, eff. Aug. 1, 1982; Oct. 12, 1984, eff. Oct. 12, 1984, and Nov. 1, 1987; Mar. 9, 1987, eff. Aug. 1, 1987; Apr. 25, 1989, eff. Dec. 1, 1989; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 29, 1994, eff. Dec. 1, 1994; Apr. 27, 1995, eff. Dec. 1, 1995; Apr. 29, 2002, eff. Dec. 1, 2002.)

### Rule 41. Search and Seizure

**(a) Scope and Definitions.**

(1) *Scope.* This rule does not modify any statute regulating search or seizure, or the issuance and execution of a search warrant in special circumstances.

(2) *Definitions.* The following definitions apply under this rule:

(A) "Property" includes documents, books, papers, any other tangible objects, and information.

(B) "Daytime" means the hours between 6:00 a.m. and 10:00 p.m. according to local time.

(C) "Federal law enforcement officer" means a government agent (other than an attorney for the government) who is engaged in enforcing the criminal laws and is within any category of officers authorized by the Attorney General to request a search warrant.

**(b) Authority to Issue a Warrant.** At the request of a federal law enforcement officer or an attorney for the government:

(1) a magistrate judge with authority in the district—or if none is reasonably available, a judge of a state court of record in the district—has authority to issue a warrant to search for and seize a person or property located within the district;

(2) a magistrate judge with authority in the district has authority to issue a warrant for a person or property outside the district if the person or property is located within the district when the warrant is issued but might move or be moved outside the district before the warrant is executed; and

(3) a magistrate judge—in an investigation of domestic terrorism or international terrorism (as defined in 18 U.S.C. § 2331)—having authority in any district in which activities re-

# OJTS DeKalb County
## Online Jail Tracking System

July 27, 2006    ( Information last refreshed 27-JUL-2006 12:13:22 PM EST )

Jail / Inmate Reports

**Note to Users:** The Jail/Inmate Reports can be run by selecting the desired report from the drop down list below.

Please be patient while the reports are loading as they are intended to retrieve large amounts of data. When choosing

the Printer Friendly option below, it is recommended that the page orientation on the printer be set to landscape to produce the best possible results.

**Desired Format:**   **Web Based**      **Printer Friendly**

⚫ -- Please Select a Report --                                        🔳  Run Report

DeKalb County Sheriff's Office Arrest Log

| Last Name, First Name / MI | SPN# | Booking Date/Time | Booking# | Released | Charge Type and Description |
|---|---|---|---|---|---|
| | | | | | **LOG OF INMATES ARRESTED ON 06/06/2006** |
| AILARA, JOYA QUIANNE | X0333967 | 06-JUN-06 12:29 PM | 0317374 | Yes | M - FAILURE TO APPEAR -/LIST ORIGINAL |
| BABB, LARRY ONEAL | X0170859 | 06-JUN-06 03:44 AM | 0317324 | No | F - FAILURE TO APPEAR -/LIST ORIGINAL |
| | | | | | F - PROBATION VIOLATION |
| | | | | | M - GIVING FALSE NAME/FALSE INFO TO P |
| BARNES, L C | X0306781 | 06-JUN-06 02:33 PM | 0317389 | Yes | M - PROBATION VIOLATION |
| BARNETT, EDWARD | X0102238 | 06-JUN-06 07:14 PM | 0317423 | Yes | F - AGGRAVATED CHILD MOLESTATION FE |
| BEASLEY, DERRICK DEMARCO | X0153227 | 06-JUN-06 06:54 PM | 0317418 | No | F - FIREARM POSSESSION BY CONVICTED |
| | | | | | F - PROBATION VIOLATION |
| | | | | | M - CARRYING A CONCEALED WEAPON -/F |
| | | | | | M - Driving while license suspended or revoke |
| BEASLEY, WILLIAM GLENN | X0333986 | 06-JUN-06 07:36 PM | 0317426 | Yes | F - Interference with government property. |
| BERNARD, JERALD | X0323356 | 06-JUN-06 06:09 PM | 0317410 | Yes | F - OBSTRUCTION OF OFFICERS |
| | | | | | F - THEFT BY RECEIVING STOLEN PROPEI |
| BERRY, WARREN PATRICK | X0326191 | 06-JUN-06 06:00 PM | 0317408 | No | M - BATTERY/SIMPLE BATTERY-FAMILY VI |
| BEST, DONALD | X0333960 | 06-JUN-06 11:33 AM | 0317364 | Yes | M - Probation violation |
| BINGHAM, QUANTRELL | X0333980 | 06-JUN-06 06:26 PM | 0317412 | Yes | M - SIMPLE BATTERY -/MISD/- |
| BIZUNEH, JEMBER HAGOS | X0329317 | 06-JUN-06 10:33 AM | 0317355 | Yes | M - OBSTRUCTION OF OFFICERS |
| BLACKMAN, RODRICK YHANDS | X0259002 | 06-JUN-06 06:23 PM | 0317411 | Yes | M - Unlawful alteration, sale or exchange of to |
| BROOME, HAROLD JACKSON | X0125849 | 06-JUN-06 10:01 AM | 0317351 | Yes | M - PROBATION VIOLATION |
| BROWN, OTIS | X0333971 | 06-JUN-06 01:32 PM | 0317380 | Yes | F - Interference with government property. |
| BURTON, DAMION KENTA | X0333982 | 06-JUN-06 06:49 PM | 0317416 | Yes | M - Driving while license suspended or revoke |
| | | | | | M - Proof of insurance required. |
| | | | | | M - Unregistered vehicle; No Tag, Revalidatio |
| CALLAWAY, RICKY LAMAR | X0103995 | 06-JUN-06 01:44 PM | 0317383 | Yes | M - PROBATION VIOLATION |
| CAMPOS, BENITO MORENO | X0333968 | 06-JUN-06 12:35 PM | 0317376 | Yes | F - DRUG TRAFFIC IN COCAINE/MARIJUAN |
| CARRUTH, RASHAAD D'ANDRE | X0331325 | 06-JUN-06 05:16 PM | 0317404 | Yes | M - CRUELTY TO CHILDREN - -/FEL-1ST DE |
| | | | | | M - Loitering for drug related purposes |
| CARTER, TAMMY RENEE | X0333977 | 06-JUN-06 03:24 PM | 0317392 | Yes | F - Driving under the influence - alcohol. |
| | | | | | F - Homicide by vehicle. |
| CLEMMONS, SAMUEL | X0333963 | 06-JUN-06 12:14 PM | 0317370 | Yes | M - FAILURE TO APPEAR -/LIST ORIGINAL |
| COLLINS, JOHN | X0245738 | 06-JUN-06 10:55 PM | 0317452 | Yes | M - BATTERY-MISD. |
| | | | | | M - OBSTRUCTION OF OFFICERS |
| COOK, LAVARENNOR SADTRAVISH | X0207259 | 06-JUN-06 02:34 AM | 0317317 | Yes | M - PROBATION VIOLATION |
| COOK, MARVIN DOUGLAS | X0285610 | 06-JUN-06 04:57 PM | 0317401 | Yes | F - PROBATION VIOLATION |
| COOPER, HERBERT WILLIAM | X0308492 | 06-JUN-06 05:50 PM | 0317407 | Yes | M - PRODUCTION ORDER |
| COVINGTON, TABITHA D | X0331921 | 06-JUN-06 03:56 AM | 0317325 | Yes | M - SIMPLE BATTERY -/MISD/- |
| ELLIOTT, REGINALD RASHEED | X0274221 | 06-JUN-06 12:47 PM | 0317379 | No | F - AGGRAVATED ASSAULT-/FEL/- |
| EVANS, JOSEPH ROBBINS | 00155215 | 06-JUN-06 07:43 PM | 0317428 | Yes | M - FAILURE TO APPEAR -/LIST ORIGINAL |
| FONTAINE, CHANTEL DIONE | X0333975 | 06-JUN-06 02:13 PM | 0317387 | Yes | F - FORGERY-1ST DEGREE -/FEL/- |
| FOSTER, ALBERT | X0281526 | 06-JUN-06 04:58 PM | 0317402 | No | F - PROBATION VIOLATION |
| FRAZIER, HERMAN BERNARD | X0043749 | 06-JUN-06 05:19 AM | 0317333 | Yes | F - PROBATION VIOLATION |
| GAMBLE, RUEBEN LAMAR | X0333974 | 06-JUN-06 02:12 PM | 0317386 | Yes | M - Unlawful alteration, sale or exchange of to |
| GILL, ANTWIN CARDILLO | X0333940 | 06-JUN-06 03:18 AM | 0317321 | Yes | M - THEFT BY RECEIVING STOLEN PROPE |
| GLASS, CARLOS WUSHANG | 00115219 | 06-JUN-06 08:51 PM | 0317436 | No | F - BURGLARY -/FEL/- |
| | | | | | F - COCAINE-POSSESS/SELL/PURCHASE/N |
| | | | | | F - THEFT BY RECEIVING STOLEN PROPEI |
| | | | | | M - OBSTRUCTION OF OFFICERS |

# OJTS

**Online Jail Tracking System**

# DeKalb County

July 27, 2006    ( Information last refreshed 27-JUL-2006 12:13:22 PM EST )

Charges from Court System

| Warrant Seq Maint. Charge Level / Code | | | Offense Disposition | | Disposition | Sentence | Sentence Start |
|---|---|---|---|---|---|---|---|
| No. | No. Code | and Description | Date | Desc | Date | Description Length | Date |
| *No Charges found in Court System for Booking No 0317370* | | | | | | | |

Charges from Jail System

| Warrant Seq Maint. Charge Level / Code | | | Offense | Disposition |
|---|---|---|---|---|
| No. | No. Code | and Description | Date | Desc |
| — | — | MS17-6-12--FAILURE TO APPEAR -/LIST ORIGINAL CHARGE AND DOA -/FEL/MISD/ | 11-JUL-05 | RELEASED TIM |

Disclaimer
Copyright 2006. All rights Reserved.
Service provided by DeKalb County, GA

**OJS** Online Judicial System
DeKalb County, GA

# CLEMMONS' CASE LOG SHEET OF EVENTS FOR COURTS REVIEW

| Date | Called/Response | RESPONSE RECEIVED |
|---|---|---|
| 6/6/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/7/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/8/2006 | Dekalb City Jail - Mrs. Anderson | Requested Inmate Info; Failure to appear (NO Bond) / Misdemeanor don't understand why they are holding him. Informed me to contact another office to get information from file |
| 6/9/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/10/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/11/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/12/2006 | Dekalb City Jail | Requested Inmate Info; Failure to appear (NO Bond) |
| 6/13/2006 | Dekalb City Jail / Judge Lamberth office | Requested Inmate Info; Failure to appear (NO Bond) / Spoke to Leila Thompson (District Courts) about Clemmons' cases in DC and info on arrest |
| 6/14/2006 | Dekalb City Jail / Probation Office | Was told to contact solicitors office and then forward to probation dept because I was told it was a probation violation |
| 6/15/2006 | Probation Office | Mrs. Wade's Office - left a message for Mrs. Wade told he was due in court on 6/19 - by clerk. |
| 6/16/2006 | Probation Office / Judge Carrie's Office | Spoke to Mrs. Wade - informed of probation violation; and also informed Mrs. Erwin (former officer) was no longer there. (see below) |
| 6/17/2006 | | Information on judge(404) 687.7130 - Clerk said I need to call solicitors office / Governor's office (404) 656.1776 |
| 6/18/2006 | | |
| 6/19/2006 | Public Defenders Office | Regina Matthews - Rec'd several calls from Anna (404) 371.2222 regarding Clemmons' release and etc. |
| 6/20/2006 | Investigative Services | Clemmons was officially released due to unknown reasons pending investigation |
| 6/21/2006 | Investigative Services | Clemmons was officially released due to unknown reasons pending investigation |
| 6/22/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/23/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/24/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/25/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/26/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/27/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/28/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/29/2006 | Investigative Services | Investigation reveal that arrest for failure to appear was unconstitutional and without just cause or merit (harassment by the State); Trial was denied on July 25, 2002 & May 21, 2002 |
| 6/30/2006 | Investigative Services | Request to have fax one page of many pages of fact to Mrs. Wade to show proof of actions were unconstitutional and without just cause or merit; Trial was denied to cause probation violations |
| FRAUD | Investigative Services | CASE OR CRIMINAL ACTION NO: 02C26767 IS FRAUD |
| FRAUD | Investigative Services | CASE OR CRIMINAL ACTION NO: 06C99102 IS FRAUD |



# EXHBIT # 11

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

To: _____ Sergeant _____     Date: 6/14/06

_____ Commissary

_____ Inmate Services

✓ Other U.S. CUSTOM AGENCY:     Cell Location: 4SW 303
     TAMMY BOND

From: CLEMMONS, SAM
REQUESTOR ARRESTED AT THE ATLANTA INTERNATIONAL AIRPORT BY THE
U.S. CUSTOM AGENCY.

## TYPE OF REQUEST

_____ Request Property Disposition          _____ To See Chaplain

_____ G.E.D. Program                         _____ Mail Room

_____ Social Worker                          ✓ Law Library

_____ Maintenance                            _____ Reading Library

                                             ✓ Other (see remarks)

## REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, AS OF THIS DATE JUNE 14TH, 2006. I'M PLACING THIS
FEDERAL REQUEST THROUGH THIS RELEASE FORM FOR THE U.S. CUSTOM AGENCY TO
RELEASE ALL PROPERTY REQUESTED IN THIS REQUEST AND THROUGH MY SIGNED
POWER OF ATTORNEY ACCORDING TO THE FREEDOM OF INFORMATION ACT AND PRIVACY
ACT. THE ITEMS LISTED IN THIS REQUEST ARE:
  ① FEDERAL CITATION REPORT AND FEDERAL POLICE REPORT ( DESIGNAL FELONY CHARGES)
  ② RELEASE A CERTIFIED CUSTOM ENTRY FORM
  ③ RELEASE TWO SET OF LUGGAGE BEING HELD BY DELTA AIRLINES

                                   Sam Clemmons  6/14/2006

| ACTION TAKEN | DO NOT WRITE BELOW THIS LINE | DEPARTMENT USE ONLY |
|---|---|---|

42

**Attention:**     Delta Airlines Baggage Claim / Personal Property Dept.

**From:**     Samuel L. Clemmons c/o Tammy D. Bond

**Subject:**     **Samuel L. Clemmons (Baggage)**

**Date:**     June 9, 2006

To Whom It May Concern:

I, Samuel L. Clemmons, authorized Tammy D. Bond to pickup and claim my personal belongings from Delta Airlines baggage claim and/or customs authorities.  My baggage claim #_____ and ticket/reservation # *4006DL279933* and flight # *306* _____ .

I, Samuel L. Clemmons, was en-route from Costa Rica on Monday, June 5, 2005, when I an incident occurred that resulted in me being taken into custody by customs.

So please accept this letter as authorization for Tammy D. Bond to pick up and claim my personal belongings.

Thank you in advance.

_____ 6/14/2006
**Signature/Date:** Samuel L. Clemmons          **Signature/ Date:** Tammy D. Bond


_____          _____
Notary          Date:

*43*

**Attention:**    Atlanta Police (Property Dept)

**From:**    Samuel L. Clemmons c/o Tammy D. Bond

**Date:**    June 9, 2006

## Subject: Samuel L. Clemmons (6/4/05) / Personal Property

List of all personal property in custody:

| | |
|---|---|
| 1. | FEDERAL CITATION REPORT : FEDERAL POLICE REPORT |
| 2. | RELEASE A CERTIFIED CUSTOM ENTRY FORM |
| 3 | RELEASE A SET OF LUGGAGE LOCK HELD BY DELTA AIRLINES |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |

I, Samuel L. Clemmons, authorize, **Tammy D. Bond**, to pick up all my personal property from the Property Department of the Atlanta Police Department located on Ponce De Leon.

_Samuel Clemmons 6/14, 2006_
Samuel L. Clemmons / Date:

_____
Tammy D. Bond / Date:

_____
Notary

44

NAMES FOUND:                                          «
01CLEMMONS    SAMUEL                        «
                                    *«
REC LOCATR:   HDQ1POL9MXB/1050359/FLL1        «
HA FACTS:     OSI DL CTCP 800 221 6666 DELTA VACATIONS    «
HA FACTS:     OSI DL FF2515976906-CLEMMONS/SAMUEL    «
REMARKS:     MR.                       «
REMARKS:     -07APR06/0006Z/ KG/GS/MIA -CMS        «
                                    *«
¥>>MD<
NO ACTIVE ITINERARY                      «
                                    *«
HISTORY:                           «
AS DL  01146 U  25MAY06 JAN ATL DK/DK 01  755A 1008A      «
AS SEAT RS/DK 35D  CLEMMONS/SAMUEL    DL 1146  25MAY06 JANATL«
AS DL  00295 U  25MAY06 ATL LIR DK/DK 01 1103A 1257P      «
AS SEAT RS/DK 31D  CLEMMONS/SAMUEL    DL 295  25MAY06 ATLLIR«
AS DL  00306 U  05JUN06 LIR ATL DK/DK 01  217P  810P      «
AS SEAT RS/DK 45D  CLEMMONS/SAMUEL    DL 306  05JUN06 LIRATL«
AS DL  04499 U  05JUN06 ATL JAN DK/DK 01 1052P 1107P      «
¥>>MD<
AS SEAT RS/DK 18B  CLEMMONS/SAMUEL    DL 4499  05JUN06 ATLJAN«
PS FLL 1P T10503590WDK GS PM FLLUSFLL1P      «
HDQ 1P RM  03APR06 23:28 9ED816         «
AF OSI DL FF2515976906-CLEMMONS/SAMUEL         «
MIA GS KG 977077    08APR06 00:06 062412       «
XS DL  01146 U  25MAY06 JAN ATL DK/HK 01  755A 1008A      «
XS SEAT XR/RS 35D  CLEMMONS/SAMUEL    DL 1146  25MAY06 JANATL«
XS DL  00295 U  25MAY06 ATL LIR DK/HK 01 1103A 1257P      «
XS SEAT XR/RS 31D  CLEMMONS/SAMUEL    DL 295  25MAY06 ATLLIR«
XS DL  00306 U  05JUN06 LIR ATL DK/HK 01  217P  810P      «
¥>>MD<
XS DL  00295 U  25MAY06 ATL LIR DK/HK 01 1103A 1257P      «
XS SEAT XR/RS 31D  CLEMMONS/SAMUEL    DL 295  25MAY06 ATLLIR«
XS DL  00306 U  05JUN06 LIR ATL DK/HK 01  217P  810P      «
XS SEAT XR/RS 45D  CLEMMONS/SAMUEL    DL 306  05JUN06 LIRATL«
XS DL  04499 U  05JUN06 ATL JAN DK/HK 01 1052P 1107P      «
XS SEAT XR/RS 18B  CLEMMONS/SAMUEL    DL 4499  05JUN06 ATLJAN«
PS FLL 1P T10503590WDK GS PM FLLUSFLL1P      «
HDQ 1P RM  08APR06 04:41           «
                                    *«
***END OF DISPLAY***                     «
>

# EXHIBIT # 12



June 19, 2006    ( Information last refreshed 19-JUN-2006 12:18:06 PM EST )

## Jail ID / Name Search

| | | | |
|---|---|---|---|
| SPN#: | X0333963 | Race: | All Races |
| Last Name: | CLEMMONS | Inmate Status: | ● Jailed ○ All |
| First Name: | SAMUEL | Sex: | All |
| ✔ Exact Last Name Search | ○ Phonetic Search | DOB From: | MM/DD/YYYY |
| **search**   **reset** | | DOB To: | MM/DD/YYYY |

### Inmate's Booking Details

| Last Name | First Name / MI | SPN # | Birth Date | Age At Booking | Released |
|---|---|---|---|---|---|
| CLEMMONS | SAMUEL | X0333963 | 14-MAR-65 | 41 | No |

Arrested: 06-JUN-06    Released: No    Arresting Officer: JONES./ROBBINS    Badge: 1993-2450    Agency: DEKALB SHERIFF    Arrest I
Current Housing Assignment: Section-4, Block-SW, Cell-303, Bed-1
*Booking No: 0317370    Booked-In: 06-JUN-06 12:14 PM    Booked-Out:    Booking Photo

*Click on Booking Number to compare charges between the Jail system and Court System.*

### Inmate's Personal Information at Time of Booking

| | |
|---|---|
| CLEMMONS, SAMUEL | Height: 71    Race: Black |
| 577 TRILL COURT | Weight: 180 LBS    Sex: Male |
| ATLANTA, GA 30008 | Hair Color: Black    Complex:— |
| | Eye Color: Brown |

### Inmate's Related Cases

| Case IDDescription | Filing DateStatus |
|---|---|
| *No Court Cases Found.* | |

### Inmate's Bond Information

| Bond IDDate SetAmountDescription | Date Posted | Posted By | Special ConditionsCash Alt.? |
|---|---|---|---|
| *No Bond Information found.* | | | |

### Inmate's Detainer Information

| Complaint #Detainer Charges | Complaint DateIssuing AgencyComplaint Released? | Release Date/Time |
|---|---|---|
| SOID | 06-JUN-06                                    Yes | 06-JUN-06 08:13:20 PM |

Disclaimer
Copyright 2001. All rights Reserved.
Service provided by DeKalb County, GA

OJS Online Judicial System DeKalb County, GA

47

# EXHIBIT # 13

48

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

*1ST REQUEST*

To: ✓ Sergeant *IN CHARGE : SHERIFF*        Date: *06 08-06*

_____ Commissary

_____ Inmate Services

_____ Other_____        Cell Location: *4SW 303*

From: *CLEMMONS, SAM*

---

## TYPE OF REQUEST

_____ Request Property Disposition          _____ To See Chaplain

_____ G.E.D. Program                        _____ Mail Room

_____ Social Worker                         ✓ Law Library

_____ Maintenance                           _____ Reading Library

                                            ✓ Other (see remarks)

---

## REMARKS - MUST BE LEGIBLY PRINTED

① INMATE REQUEST FOR GRIEVANCE PROCEDURE ACCORDING TO ARTICLE 6.3

② INMATE RIGHTS TO BE INFORMED OF THE RULES, PROCEDURES, AND SCHEDULE CONCERNING
MY INCARCERATION. I HAVE THE RIGHTS TO REVIEW THE DETAILS RECORDS AGAINST
ME-

③ I THE INMATE HAVE THE RIGHTS TO BE GIVEN TRUTHFUL INFORMATED IN REFERENCE
TO MY ALL MY CIVIL RIGHTS, CONSTITUTIONAL RIGHTS, AND HUMAN RIGHTS HAVE BEEN
VEILATED. WHY HAVEN'T I BEEN BEFORE A JUDGE WITHIN 24 TO 48 HOURS AFTER
MY ARREST TO ANSWER TO THE CHARGES ARE BEEN APPLIED AGAINST ME AND TO
ACCEPT BOND AND TO RETURN TO DEFEND MYSELF. MANY REQUESTS HAVE BEEN
SUBMITTED AND MANY MISLEADING INFORMATED IN RELATED TO MY REQUESTS HAVE

---

**ACTION TAKEN**       DO NOT WRITE BELOW THIS LINE       **DEPARTMENT USE ONLY**

_____

_____

_____

_____

49

BEEN GIVEN. WHICH IS A VIOLATION OF THE LAW FOR ANY FEDERAL, STATE OR LOCAL ORGANIZATION THAT RUNS OFF FEDERAL AND STATES FUNDS TO SEND OUT UNTRUTHFULL INFORMATION AND TO BE IN VIOLATION OF SOMEONE CIVIL RIGHTS, CONSTITUTIONAL RIGHTS AND HUMAN RIGHTS.

SEE AND HAVE A FULL UNDERSTANDING OF U.S.C. # 1800 AND THE STEPS AND PROCEDURES IN THE DUE PROCESS OF LAW.

CC: RECORDS
      U.S. COURTS

COMPLAINT / DEFENDANT

50

*3RD REQUEST*

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

To:     ✓ Sergeant *IN CHARGE : SHERIFF*        Date: *06-10-06*

_____ Commissary

_____ Inmate Services

✓ Other *MRS. DROZIER : PUBLIC RECORD*     Cell Location: *4SW 303*
*ATTN: RECORDS : RETENTION*

From: *CLEMMONS*

---

### TYPE OF REQUEST

_____ Request Property Disposition          _____ To See Chaplain

_____ G.E.D. Program                        _____ Mail Room

_____ Social Worker                         ✓ Law Library

_____ Maintenance                           _____ Reading Library

                                            ✓ Other (see remarks)

---

### REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, THIS IS THE INMATE THIRD REQUEST IN 3 DAYS REQUESTING COMPLETE GRIEVANCE PROCEDURES ACCORDED TO THE U.S. CONSTITUTIONAL LAW UNDER ANY DUE PROCESS OF LAW. ACCORDING TO THE CONSTITUTIONAL LAW UPON ARRESTED AND BOOKING A PERSON ALL LAW ENFORCEMENT AGENCIES HAVE UP TO 24 TO 48 HOURS TO GET SUCH PERSON WHOM WAS ARRESTED TO THEIR PRE TRIAL HEARING TO ENTER A PLEA OF GUILTY OR NOT GUILTY. IF SUCH LAW ENFORCEMENT AGENCY IS NOT SUCCESSFUL IN ADMINISTRATING THE PROPER DUE PROCESS OF LAW WITHIN 72 HOURS, IT CONSTRUE AN AUTOMATIC RELEASE OF SUCH PERSON REGARDLESS OF WHAT WARRANT OR ACTIONS ONE WISHES TO INCO AGAINST SUCH PERSON. THE LAW IS THE LAW AND (OVER)

---

ACTION TAKEN          DO NOT WRITE BELOW THIS LINE          DEPARTMENT USE ONLY

NO MAN OR WOMAN IS ABOVE SUCH LAW.

SINCE I HAVE BEEN CONFINED UNCONSTITUTIONAL IN THIS FACILITY I HAVE BEEN GIVEN YOUR DEKALB COUNTY JAIL INMATE HANDBOOK WHICH YOU DESIRE ALL YOUR INMATES IN THIS PLACE TO ABIDE BY. IT ASHAME AFTER READING PAGE 3 IN YOUR INTRODUCTION, SECTION I WHERE IT STATES "WE IN THE SHERIFF'S OFFICE HOLD OURSELVES AND OTHERS ACCOUNTABLE TO MAINTAIN THE HIGHEST DEGREE OF INTEGRITY, TO PRESENT A PROFESSIONAL DEMEANOR, TO OBEY ALL LAWS AND ORDINANCE AND TO SERVE AS ROLE MODELS IN OUR COMMUNITY, WE VALUE RESPECT, HONORING THE RIGHTS AND DIGNITY OF EACH PERSON WE ARE CALLED UPON TO SERVE."

IF SUCH STATEMENTS STATED ABOVE IS TRUTHFUL, LEGAL AND CORRECT, THEN WHY AM I STILL SITTING HERE IN YOUR JAIL FACILITY CREATING THIS OR THOSE RECORDS REQUEST FOR CONSTITUTIONAL JUSTICE ACCORDING TO THE LAW?

WHY AM I NOT FREE FROM YOUR DISCRIMINATION PRACTICES ACCORDING TO THE LAW?

I SAY, "GIVE ME JUSTICE ACCORDING TO THE LAW OR YOU MUST LET ME GO DUE TO YOUR VIOLATION OF MY HUMAN RIGHTS AND THE LAW."

I REST AND PLACE THIS STATEMENT IN THE HANDS OF OTHERS WHO CAN WITNESS MY STATEMENTS REQUEST FOR JUSTICE AND RELIEF FROM YOUR AGENCY AND COURT'S WRONGFUL ACTIONS.

FOR IMMEDIATE CONTACT IN RELATION TO MY RELEASE REQUEST SEND YOUR MAIL TO MY LOCATION WHICH IS:

S. CLEMMONS, 4 SW 303
4425 MEMORIAL DRIVE
DECATUR, GA 30032

AT THE TIME OF THIS REQUEST IT HAS BEEN WELL OVER 96 HOURS OF YOU HAVING ME HERE ILLEGALLY.

CC: STAFF
    MS. DROZIER
    U. S. COURTS
    RECORDS

COMPLAINANT

*5TH REQUEST*

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

To:    ✓ Sergeant _IN CHARGE : SHERIFF_          Date: _6/12/2006_

_____ Commissary

_____ Inmate Services

✓ Other _MRS. DRAZEER : PUBLIC RECORDS_       Cell Location: _4SW 303_
        _ATTN: RECORDS : RETENTION_

From:    _CLEMMONS_

---

## TYPE OF REQUEST

_____ Request Property Disposition          _____ To See Chaplain

_____ G.E.D. Program                        _____ Mail Room

_____ Social Worker                         ✓ Law Library

_____ Maintenance                           _____ Reading Library

                                            ✓ Other (see remarks)

---

## REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, THIS IS MY 5TH REQUEST FOR INFORMATION CONCERNING
THE FULL DETAILS OF MY RECORDS REQUEST AS TO WHY ARE YOU HOLDING ME
AGAINST MY CONSTITUTIONAL RIGHTS? AS OF THIS DATE, I'M FEELING THIS
REQUEST YOU HAVE FAILED TO HONOR ANY OF MY REQUESTS AND HAVE FAILED
TO PROVIDE TRUTHFUL INFORMATION TO MYSELF FROM THE INSIDE AND TRUTHFUL
INFORMATION TO THOSE WHO ARE WORKING FOR ME ON THE OUTSIDE CONCERNING
GETTING ME RELEASED ACCORDING TO THE LAW. ACCORDING TO THE FREEDOM OF
INFORMATION ACT AND THE RIGHTS TO PRIVACY ACT ONE IS ENTITLED TO RECEIVE
COMPLETE REQUESTED INFORMATION ASSOCIATED WITH ONE NAME OR CHARACTER.

---

**ACTION TAKEN**          **DO NOT WRITE BELOW THIS LINE**          **DEPARTMENT USE ONLY**

53

IN ASSOCIATE WITH THIS REQUEST, I'M REQUESTING IMMEDIATE RELEASAL OF THE JUDGE NAME WHOM ADMENISTRATED THIS WRONGFUL BENCH WARRANT TO PLACE ME HOME TODAY TO CAUSE THE PAYERS MANY WAISTED DOLLARS FOR YOUR AGENCY UNETHICAL BEHAVIOR IN RELATED TO MANY MORE WRONGFUL CONDUCT.

I'M ONLY REQUESTING THE FULL NAME AND PHONE NUMBER OF SUCH JUDGE TO HAVE THIS MATTER RESOLVED AS SOON AS POSSIBLE THROUGH BEING RELEASED ON AN SOR OR BOND.

THIS IS A PUBLIC RECORD REQUEST THAT SHOULD BE HONORED AT THE TIME YOU READ THIS REQUEST

54

*Cummins v. State*

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

To:     _____ Sergeant _____          Date: 6 / 12 / 2006

        _____ Commissary

        _____ Inmate Services

        ✓ Other  GOVERNOR'S OFFICE
                 U.S. COURTS                              Cell Location: 4SW 303

From:   Cummins, Sam

---

## TYPE OF REQUEST

_____ Request Property Disposition          _____ To See Chaplain

_____ G.E.D. Program                        _____ Mail Room

_____ Social Worker                         ✓ Law Library

_____ Maintenance                           _____ Reading Library

                                            ✓ Other (see remarks)

---

## REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, ON JUNE 12, 2006 I THE INMATE LISTED IN THE FROM SECTION OF THIS REQUEST FORM STATE ON THE RECORD THAT ON SUCH DATE I INQUIRED AN INQUIRY INTO THE WATCH TOWER CONCERNING REGARDING ME AND WHY I'M BEING INTENTIONALLY BE HELD AGAINST MY CONSTITUTIONAL RIGHTS. I CLEARLY EXPLAIN TO THE CORRECTED OFFICER WHO WAS WORKER THE TOWER WITH OFFICER STOCKMAN THAT I HAD BEEN IN THE CUSTODY OF DEKALB COUNTY JAIL WELL OVER THE 48 TO 72 HOURS REQUIRED BY LAW TO BE BROUGHT A JUDGE FOR MY INITIAL APPEARANCE WITCH SHOULD HAVE BEEN MY DUE THERE. AFTER EXPLAINING SUCH TO THE OFFICER THE OFFICER (co

---

**ACTION TAKEN**          DO NOT WRITE BELOW THIS LINE          **DEPARTMENT USE ONLY**

55

Look me up in the jail database and publicly identified me over the interlink system that the alleged charge against me has be increase from a ~~felony~~ (60) misdemeanor to a felony charge and that it appear that I will not be release or go before a court within the time frame of 30 to 45 days.

I disagreed with the officer before the other inmates and the officer refused to continue to discuss the matter on issue as well as refused to give or grant his name for the record as well as give out a grievance form requested after placing such request according to Dekalb County jail inmate handbook section 6:3, page 25. (end)

Respectfully submitted

Samuel Clemmons

Pro Se

I the inmate listed below seal this statement in conjunction with the inmate that wrote this request and have submitted this request form for change, punishment into the wrongfully treaties of the Dekalb County jail facility. This statement is true and correct that on such date such ~~treat~~ commenced did happen. I seal my name as facts to it:

① Carolin Denison SPN# X0275780
② Sean Hayes Miles# X0333887
③ Michael Richardson X0286906
④ Carl Hilton 00118024
⑤ Johnny B. Davis
⑥ Petrick Jordan X0222054
⑦ Elliot Lenerert X0068166
⑧ Rayfield Dotson X0319807
⑨ Juan Romerde X0383182
⑩ Llanas Mauricio X0330501

⑪ Victor Manuel X0329513
⑫ Carlos Gallegos X0334 23
⑬ Terrell Pye X0333528
⑭
⑮
⑯
⑰
⑱
⑲

56

*6TH REQUEST*

# DEKALB COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## REQUEST FROM INMATE
### DO NOT USE FOR A MEDICAL REQUEST

To:  ✓ Sergeant _____          Date: *06-13-2006*

_____ Commissary

_____ Inmate Services

✓ Other _____          Cell Location: *45 N 303*

From: *CLEMONS*

---

## TYPE OF REQUEST

_____ Request Property Disposition

_____ G.E.D. Program

_____ Social Worker

_____ Maintenance

_____ To See Chaplain

_____ Mail Room

✓ Law Library

_____ Reading Library

✓ Other (see remarks)

---

## REMARKS - MUST BE LEGIBLY PRINTED

FOR THE RECORD, ON THIS DATE I ADDRESSED MY CONCERNS GETTER RELEASE WITH CORRECTIONAL OFFICER DEAL SPECKMAN OR SPECKMAN. I CLEARLY ADVISED OFFICER SPECKMAN THAT THIS FACILITY IS IN VIOLATED OF MY CONSTITUTIONAL RIGHTS AND THE PROPER DUE PROCESS OF LAW. OFR SPECKMAN WAS VERY RUDE AND SHOWED NO CONCERN FOR THESE VIOLATES AND ENDED THE CONVERSATION BY STATING RETURN TO SEE HIM LATER WHEN HE WAS NOT DOING ANYTHING UPON MY INITIAL REQUEST.

NOW I RETURNED TO GET ANSWERS, THE RESULTS WERE I WAS TOLD BY ANOTHER OFFICER WHO WORKED THE TOWER WITH OFR SPECKMAN THE OTHER OFFICER CLEARLY STARTING NO WHILE IN THE PRESENT OF OTHER INMATES THAT I'M BEING CHARGED WITH A FELONY CRIME

---

**ACTION TAKEN**          **DO NOT WRITE BELOW THIS LINE**          **DEPARTMENT USE ONLY**

57

INSTEAD OF A MISDEMEANOR CRIME WITHOUT BEING READ MY RIGHTS AT THE TIME OF ARREST AND WITHOUT ANY NOTICE BEING GIVEN BY THE COURTS SINCE I HAVE BEEN IN THE CUSTODY OF THE DEKALB COUNTY CORRECTIONAL FACILITY.

IF SUCH IS TRUE AT THE TIME IF SUCH CHARGE IN THE SYSTEM THE JUDGE OR THE JUDGE CHAMBER COULD HAVE SET BOND IN THE SYSTEM INSTEAD OF CONTINUES TO JAIL ME BEYOND THE TIME THE LAW REQUIRED TO BE IN VIOLATED OF MY CONSTITUTIONAL RIGHTS.

THE NAME THE CORRECTIONAL OFFICER BY THE NAME OF SPEAKMAN GAVE ME TO INFORM AND TO ADVISE WHO IS FULLY RESPONSIBLE FOR THIS WRONGDOING IS JUDGE CARLSERE IN STATE COURT THIS CHARGE ABANDONMENT.

I PLACE THIS RECORD INTO THE MOTION TO ENTER DISCOVERY AS PROOF THAT SUCH INCOMING DID HAPPEN ON THE DATE INDICATE ON THIS REQUEST DOCUMENT.

THIS LOG REQUEST ALSO SHOULD SHOW THAT THE JUDGE WHO ADMINISTRATED SUCH WARRANT IS UNETHICAL, BIASED, NOT FAIR, AND IS PREJUDICE ALLOWING TO THE LAW. THEREFORE THE DEFENDANT IS REQUEST FOR CHANGE OF VENUE. THE CHARGE SHOULD BE MOVED TO A FEDERAL COURT WITHIN ANOTHER JURISDICTION OUTSIDE THE STATE OF GEORGIA.

CC: RECORD
    U.S. COURTS
    DEKALB COUNTY JAIL
    GOVERNOR'S OFFICE

COMPLAINTANT / DETAINEE

50

# EXHIBIT # 14

59

**THIS PAGE / EXHIBIT WAS INTENTIONALLY LEFT
BLANK
BY THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th date of November 2006. A true copy of the <u>PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY TO MOVE FORTH FOR SUMMARY JUDGMENT AGAINST THE DEFENDANT'S (ATLANTA POLICE DEPARTMENT) MOTION TO DISMISS AND AFTER SUBMITTING AFFIDAVIT IN SUPPORT OF DEFAULT EVIDENCE BEFORE THE CLERK AGAINST THE OTHER DEFENDANTS.</u> This was served by regular mail concerning case # 1:06CV01657(RCL):

To:  Defendant's Counsel

Janice Williams-Jones
Law Office of Janice Williams-Jones
5405 Twin Knolls Road, Suite 4
Columbia, MD 21045

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Clemmons' Estate
C/o Samuel Clemmons
2137 Soft Pine Lane
Acworth, GA 30132