IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action:1:06-CV-01657-RCL |
| | * | |
| STATE OF GEORGIA, OFFICE | * | |
| OF SOLICITOR, ATLANTA FULTON | * | |
| COUNTY SHERIFF DEPARTMENT, | * | |
| DEKALB COUNTY SHERIFF | * | |
| DEPARTMENT, ATLANTA POLICE | * | |
| DEPARTMENT, VENICE R. DALEY, | * | |
| OFFICE OF THE GOVENOR, | * | |
| Defendants. | * | |

**MOTION FOR LEAVE
TO APPEAR PRO HAC VICE**

Janice Williams-Jones, Esq., hereby moves this Court for an Order permitting

Dennis M. Young Senior Assistant City Attorney, City of Atlanta Law Department

(hereinafter "Young"), and Sean L. Gill, Associate Attorney,  City of Atlanta Law

Department(hereinafter "Gill"), to appear *pro hac vice* for and on behalf of Defendant the

Atlanta Police Department and as grounds for her motion states:

1.      Young and Gill are both admitted to the State Bar of Georgia. Young is

also admitted to the State Bars of California and Texas.

2.      Young and Gill are both admitted to practice before the United State

District Court for the Northern District of Georgia and the Court of Appeals for the

Eleventh Circuit. Young is also admitted to practice before the Supreme Courts of

Georgia, California and Texas.

3.      Young and Gill are both employed by the City of Atlanta Law

Department, located at 68 Mitchell Street, S.W. Suite 4100, Atlanta, Georgia, 30303. The

1

City of Atlanta Law Department represents the City of Atlanta Police Department, one of

Defendants in this case.

4.      Young has been licensed to practice law for over thirty years. Gill has

been licensed for approximately one year.

5.      Neither Young nor Gill have ever been the subject of a disciplinary

proceeding, nor are there any such proceedings pending against them at this time

6.      The attached Affidavits of Dennis M. Young and Sean L. Gill are also

submitted in support of this Motion.

WHEREFORE, the undersigned counsel for and on behalf of Defendant the

Atlanta Police Department requests an order granting leave to Dennis M. Young and

Sean L. Gill, to appear *pro hac vice* in the above entitled action.

Respectfully submitted,
LAW OFFICE OF
JANICE WILLIAMS-JONES

By: _____
        Janice Williams-Jones
        Attorney for Defendant
        The Atlanta Police Department
        5405 Twin Knolls Road, Suite 4
        Columbia, MD 21045
        (410) 964-3385
        Fax (410) 064-4888

Dated:  December 14, 2006

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action: 1:06-CV-01657-RCL |
| | * | |
| STATE OF GEORGIA, OFFICE | * | |
| OF SOLICITOR, ATLANTA FULTON | * | |
| COUNTY SHERIFF DEPARTMENT, | * | |
| DEKALB COUNTY SHERIFF | * | |
| DEPARTMENT, ATLANTA POLICE | * | |
| DEPARTMENT, VENICE R. DALEY, | * | |
| OFFICE OF THE GOVENOR, | * | |
| Defendants. | * | |

## ORDER

This matter having come before the Court upon the Defendant the Atlanta Police Department's Motion requesting leave to permit Dennis M. Young and Sean L. Gill to appear p*ro hac vice* on behalf of Defendant the Atlanta Police Department and the Court being fully advised, determines that the Motion should be granted.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Dennis M. Young and Sean L. Gill be and hereby are granted leave to appear *pro hac vice* for and on behalf of the Defendant the Atlanta Police Department.

_____
ROYCE C. LAMBERTH
U.S. DISTRICT COURT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 14th day of December, 2006 a copy of the  Defendant's

Motion for Leave to Appear P*ro Hac Vice*, Affidavits of  Dennis M. Young and Sean L.

Gill and Certificate of Service was served, via first class mail, postage pre-paid as

follows:

        Clemmons' Estate
        c/o Samuel Clemmons
        2137 Soft Pine Lane
        Acworth, GA 30132

_____/s/_____
Janice Williams-Jones, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action: 1:06-cv-01657-RCL |
| | * | |
| STATE OF GEORGIA, ET AL. | * | |
| | * | |
| Defendants. | | |

## AFFIDAVIT OF DENNIS M. YOUNG

Dennis M. Young, being of lawful age and first duly sworn, states upon his actual knowledge as follows:

1.    My name is Dennis M. Young.

2.    My business address is 68 Mitchell Street, S.W., Suite 4100, Atlanta, Georgia 30303.

3.    I am employed as a Senior Assistant City Attorney with the City of Atlanta Law Department.

4.    I am an attorney in good standing admitted to practice before the State Bar of Georgia, California and Texas. I am also admitted to practice before the United States District Court for the Northern District of Georgia, the Court of Appeals for the Eleventh Circuit and the Supreme Court of Georgia, California and Texas.

277309-1

5.     I have been licensed to practice law in the State of Georgia since 2003, State of California since 1974, and in the State of Texas since 1994.  I have never been the subject of a disciplinary proceeding, nor are there any such proceedings pending against me at the present time.


_____
Dennis M. Young


State of Georgia
County of Fulton


Subscribed and sworn before me this
_____ day of December, 2006.


_____
Notary Public
MY COMMISSION EXPIRES MARCH 24, 2007

_____
My Commission Expires:


277309-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action: 1:06-cv-01657-RCL |
| | * | |
| STATE OF GEORGIA, ET AL. | * | |
| | * | |
| Defendants. | | |

## AFFIDAVIT OF SEAN L. GILL

Sean L. Gill, being of lawful age and first duly sworn, states upon his actual knowledge as follows:

1.      My name is Sean L. Gill.

2.      My business address is 68 Mitchell Street, S.W., Suite 4100, Atlanta, Georgia 30303.

3.      I am employed as an Associate City Attorney with the City of Atlanta Law Department.

4.      I am an attorney in good standing admitted to practice before the State Bar of Georgia. I am also admitted to practice before the United States District Court for the Northern District of Georgia and the Court of Appeals for the Eleventh Circuit.

5.      I have been licensed to practice law in the State of Georgia since 2005.

6.      I have never been the subject of a disciplinary proceeding, nor are there any such proceedings pending against me at the present time.

_____
Sean L. Gill

276559-1

State of Georgia
County of Fulton

Subscribed and sworn before me this
12ᵗʰ day of December, 2006.

*Gayla M. Jones*
Notary Public

MY COMMISSION EXPIRES MARCH 24, 2007
My Commission Expires:

276559-1