**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CLEMMONS' ESTATE | ) | **CIVIL ACTION NO: 1:06CV01657(RCL)** |
| c/o SAMUEL CLEMMONS | ) | |
| 2137 SOFT PINE LN | ) | |
| ACWORTH, GA 30132 | ) | |
| | ) | |
|    PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| STATE OF GEORGIA, et al | ) | |

  ➢ **OFFICE OF SOLICITOR**
     **ATTORNEY RUPAL VAISHNAV**
120 N. Trinity Place, Decatur, Georgia 30032

  ➢ **ATLANTA FULTON COUNTY**
     **SHERIFF DEPT.**
901 Rice Street, Atlanta, Georgia 30318

  ➢ **DEKALB COUNTY SHERIFF**
     **DEPT.**
4425 Memorial Drive, Decatur, Georgia 30032

  ➢ **ATLANTA POLICE DEPT.**
Atlanta's Hartsfield International Airport at
4341 International Parkway, Atlanta, GA
30354

  ➢ **ATTORNEY VENICE R. DALEY**
41 Marietta Street, Suite 1005, Atlanta, GA
30303

  ➢ **OFFICE OF THE GOVERNOR**
Georgia State Capitol, Attn: Office of Pardons
Atlanta, GA 30334

  ➢ **OFFC OF THE ATTY GENERAL**
Attn: Attorney Thurbert E. Baker
40 Capitol Square, SW Atlanta, GA 30334

  ➢ **DEKALB COUNTY PROBATION**
     **DEPT.**
    Georgine Erwin # 25, Myric Wade, Kevin
    Batye and Carl Plus
120 West Trinity Place, Room 308, Callaway
Bldg, Decatur, GA 30030

  DEFENDANTS

**RECEIVED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**PLAINTIFF'S MOTION REQUEST TO SERVE ATTORNEY VENICE DALEY THROUGH THE STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL IN NATURE TO SUMMONS AND COMPLAINT ATTACHED**</u>

2

Plaintiff file motion request to serve Attorney Venice Daley through the State Bar of Georgia, Office of the General Counsel, Attn: Grievance Counsel located at 104 Marietta Street, N.W., Suite 100, Atlanta, GA 30303.

The reason for this motion request is that the Defendant is refusing to accept receipt of service after serving the Defendant at the last known address of the Defendant. This has been a continuous occurrence or problem with the Defendant and the best method of service should be through the State Bar of Georgia so that they can sign receipt of complaint and forward complaint and copies of Affidavit of Service to the Defendant for the Defendant to response and defend such complaint served upon the Defendant in a timely manner according to the Court's instructions.

Respectfully submitted,

Clemmons' Estate
c/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132

**See Attachments:**
1. State Bar of Georgia's Communication
2. Copy of Lawyer Directory
3. Copy of Summons & Return of Service
4. Certified true copy of Postal Receipt
5. Certified true copy of Return to Sender saying "REFUSED" / Attempted not known
6. Affidavit of Service

CC: U.S. District Court for the District of Columbia
State of Georgia Governor's Office, Attn: Pardon Division
State of Georgia Attorney General Office

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

**SUMMONS IN A CIVIL CASE**

V.

STATE OF GEORGIA, et al

CASE NUMBER: $06-1657$ (RCL)

TO: (Name and address of Defendant)

**ATTORNEY VENICE R. DALEY**
41 Marietta Street, Suite 1005
Atlanta, GA 30303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
**C/O SAMUEL CLEMMONS**
2137 SOFT PINE LN
ACWORTH, GA 30132

*AMENDED*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

*AMENDED*

**NANCY M. MAYER-WHITTINGTON**                    10/5/06

CLERK                                                                    DATE

By, DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/15/2006 |

| NAME OF SERVER (PRINT) SAMUEL CLEMMONS | TITLE PLAINTIFF |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: ATTORNEY VENICO R. DALEY
137 PEACHTREE STREET, SW, ATLANTA, GA 30303-3621

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL U.S. EXPRESS MAIL | SERVICES U.S. POSTAL SERVICE | TOTAL $16.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/15/2006    _Signature of Server_

CLEMMONS' ESTATES
ATTN: C. OWENS
% SAMUEL CLEMMONS
2137 SOFT PINES LN ACWORTH, GA 30132
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FindLaw | For the Public | For Small Business | For Legal Professionals | Find a Lawyer

# FindLaw
Lawyer Directory

**Legal Issue:** (e.g., Divorce)
Sexual Harassment

**Location:** (e.g., Chicago, IL or 60611)
West Hills, CA

**My Lawyers**

[ Find Lawyers! ]

| Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & Tools |

FindLaw > Lawyer Directory > Lawyer Profile

📠 Save   ✉ Email   🖶 Print   ✔ Update   📇 Get Listed

## Venice R. Daley

**Firm:** Fulton County Public Defender

**Address:** 137 Peachtree St SW
Atlanta, GA 30303-3621
Map & Directions

**Phone:** (404) 730-5200
(404) 730-5190

**Fax:** (404) 730-5256

**E-mail:**

**Web site:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bar Admissions

**Bar Admissions:**

Georgia, 1993

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere, as well as our West Legal Directory disclaimers.

**Legal Issue:** (e.g., Divorce)
Sexual Harassment

**Location:** (e.g., Palo Alto, CA or 94306)
West Hills, CA

[ Find Lawyers! ]

**Search by Name**
**Advanced Search**

---

**FindLaw Lawyer Directory**   Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & Tools

Copyright © 2005 FindLaw. ALL RIGHTS RESERVED   Privacy Policy   Disclaimer      About FindLaw   Advertise on FindLaw

## EXPRESS MAIL

Label 11-B, March 200

UNITED STATES POSTAL SERVICE®

### Post Office To Addressee

EQ 951328302 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Date Accepted

Mo. Day Year

Time Accepted ☐ AM ☐ PM

Flat Rate ☐ or Weight

lbs. ozs.

**Day of Delivery** ☐ Next ☐ 2nd ☐ 2nd Del. Day

**Scheduled Date of Delivery**
Month Day

**Scheduled Time of Delivery** ☐ Noon ☐ 3 PM

**Military** ☐ 2nd Day ☐ 3rd Day

Int'l Alpha Country Code

**Postage** $

**Return Receipt Fee** $

**COD Fee** $

**Insurance Fee** $

**Total Postage & Fees** $

**Acceptance Emp. Initials**

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day Time ☐ AM ☐ PM Employee Signature

Delivery Attempt Mo. Day Time ☐ AM ☐ PM Employee Signature

Delivery Date Mo. Day Time ☐ AM ☐ PM Employee Signature

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)

**NO DELIVERY** ☐ Weekend ☐ Holiday

FROM: (PLEASE PRINT) PHONE ( )

TO: (PLEASE PRINT) PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

---

WAGNER BRANCH

```
                WAGNER BRANCH
  LOS ANGELES POST OFFICE, California
                900479998
              0545300047 -0095
11/15/2006      (800)275-8777    02:46:10 PM

                Sales Receipt
Product              Sale  Unit        Final
Description          Qty  Price        Price

AUSTELL GA 30168                        $0.63
First-Class
  1.30 oz.
  Customer Postage                     -$0.78
  Subtotal:                             $0.00
                                      =========
  Issue PVI:                            $0.00

ATLANTA GA 30303 EM                    $14.40
PO-Add Flat Rate
15.40 oz.
  Label #:      EQ951328302US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)              $1.85
                                      =========
  Issue PVI:                           $16.25


Total:                                 $16.25

Paid by:
Amex                                   $16.25
  Account #:       XXXXXXXXXXXX3000
  Approval #:         519035
  Transaction #:      220
  23 903200012 5044445765


Bill#: 1000502644049
Clerk: 07

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.
              Customer Copy
```



**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 302U S**
Status: **Arrival at Pick-Up-Point**

Your item arrived at the ATLANTA, GA 30328 processing center at 10:07 AM on November 24, 2006 and is ready for pickup. No further information is available for this item.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

#### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

#### Proof of Delivery

Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES
POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 302U S**
Detailed Results:

- **Arrival at Pick-Up-Point, November 24, 2006, 10:07 am, ATLANTA, GA 30328**
- **Notice Left, November 23, 2006, 10:35 am, ATLANTA, GA 30303**
- **Addressee Unknown, November 22, 2006, 1:32 pm, ATLANTA, GA**
- **Refused, November 17, 2006, 9:39 am, ATLANTA, GA 30303**
- **Delivered, November 16, 2006, 11:42 am, ATLANTA, GA 30303**
- **Arrival at Unit, November 16, 2006, 9:53 am, ATLANTA, GA 30303**
- **Enroute, November 15, 2006, 4:27 pm, LOS ANGELES, CA 90009**
- **Acceptance, November 15, 2006, 2:43 pm, LOS ANGELES, CA 90047**

( < Back )

( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

### Proof of Delivery

Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**URGENT** Please Rush To Addressee

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

TRENG VENICE R. DALEY
1 PEACHTREE STREET, SN
ATLANTA, GA 303 03 - 3621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☑ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
Transfer from service label)

Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1035

EQ951328302US

U.S. POSTAGE
PAID
LOS ANGELES POS.CA
NOV 15, 06
AMOUNT
$16.25
00096759-07

UNITED STATES
POSTAL SERVICE

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Mailing Label
Label 11-B, Marzo 2004

Post Office To Addressee

Addressee Co

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

FROM: (PLEASE PRINT)

MRS. M. L. LEE
P.O. BOX 28058
ATLANTA, GA 30358

1. 

2. PAYMEN

3. ATTACH

4. DROP OF

FOR PICKUP OR TRACKING
Visit WWW.USPS.COM
Call 1-800-222-1811

The efficient FLAT RATE ENVELOPE. You p...

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE            )    **CIVIL ACTION NO: 1:06CV01657(RCL)**
C/O SAMUEL CLEMMONS,     )
                                )
     PLAINTIFF             )
                                )
vs.                               )
                                )
STATE OF GEORGIA , et al     )
                                )
    ➢ ATTORNEY VENICE DALEY    )
                                )
DEFENDANTS

## AFFIDAVIT OF SERVICE

     I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the **15th of November 2006**, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to **Attorney Venice Daley @ business address of 137 Peachtree Street, SW, Atlanta, GA 30303-3621** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service and the U.S. Postal Service's History Report (Track & Confirm) that such attempt was delivered and later refused with a tracking number of **EQ 951 328 302 US** another attempt will be administrated through the **State Bar of Georgia, Office of the General Counsel located @ 104 Marietta Street, N.W., Suite 100,**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*ATTORNEY VENICE R. DALEY*
*137 PEACHTREE STREET, SN*
*ATLANTA, GA 30303-3621*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X               ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

**EQ951328302US**

PS Form 3811, August 2001     Domestic Return Receipt

# STATE BAR OF GEORGIA

## OFFICE OF THE GENERAL COUNSEL

*WILLIAM P. SMITH, III*
*General Counsel*

*Bar Counsel*
*ROBERT E. McCORMACK*
*Deputy General Counsel*
*JOHN J. SHIPTENKO*
*Assistant General Counsel*



*Disciplinary Counsel*
*PAULA J. FREDERICK*
*Deputy General Counsel*
*JENNY K. MITTELMAN*
*JONATHAN HEWETT*
*Sr. Assistant General Counsel*

*GENE CHAPMAN*
*ELIZABETH M. WILLIAMSON*
*KELLYN O. McGEE*
*Assistant General Counsel*
*REBECCA A. HALL*
*Grievance Counsel*

January 16, 2004

CONFIDENTIAL      Bar #: 203330
Ms Venice Rebecca Daley
41 Marietta Street, Suite 1005
Atlanta, GA  30303

Re:   Grievance filed by Samuel Clemmons, Atlanta, GA

Dear Ms Daley:

Enclosed is a grievance which has been filed with the Office of the General Counsel. I am forwarding this information to you for two reasons. First, it is important for you to know that a member of the public has complained. Second, I would like to offer you the opportunity to provide this office with additional information about the matters described in the grievance.

Pursuant to Bar Rule 4-202, the Office of the General Counsel is charged with screening the grievance. I need your written response to the grievance to assist me in properly evaluating the grievance.

**You should send your written response to the grievance by February 2, 2004. Please enclose two copies of the response along with your original. Do not fax your response to this office. Responses that are faxed will not be considered timely.**

I will forward a copy of the response to the complainant in the course of completing the screening process. If you do not file a written response by the due date given above, I will assume the accuracy of the information contained in the grievance and I will make a decision soon after the due date.

Thank you for your cooperation with the State Bar of Georgia.

Sincerely,

*Rebecca a. Hall*

Rebecca A. Hall
Grievance Counsel

RAH/chp
Enclosure
c: Samuel Clemmons



# STATE BAR OF GEORGIA

## Office of the General Counsel

104 Marietta Street, N.W. • Suite 100 • Atlanta, Georgia 30303
(404) 527-8720 • (800) 334-6865

## PLEASE READ CAREFULLY BEFORE SENDING A GRIEVANCE

Enclosed is a grievance form. If you wish to report a grievance, you should complete the form, make a copy for yourself and return the original to this office. **Please read the enclosed pamphlet** which outlines the authority of the State Bar of Georgia and the grievance process.

The State Disciplinary Board may only discipline lawyers who violate any of the Georgia Rules of Professional Conduct. When we receive a grievance, we begin an informal investigation. First, we will read your grievance and decide whether the lawyer's conduct appears to be a violation of one of our ethics rules. Then, we may send a copy of the grievance to the lawyer for a response. This informal investigation may take from two to four months, or longer. Do not expect an immediate response from us after the attorney's response is due. You will receive correspondence from us when we complete our informal investigation.

If the lawyer's conduct appears to violate our rules, we may send the grievance file to a member of the Investigative Panel of the State Disciplinary Board. The Panel member will formally investigate the matter and report to the full Panel for a decision.

The purpose of the disciplinary process is to protect the public by disciplining lawyers who violate the ethics rules. Please understand that the State Bar of Georgia **cannot** represent you, give you any legal advice, change the outcome of a court decision, or recover money for you. If your problem with the lawyer is a fee dispute, you may call the Fee Arbitration Division of the State Bar at (404) 527-8750. Also, the State Bar of Georgia **does not** have jurisdiction over claims of ineffective assistance of counsel. Therefore, if you think that the lawyer did not represent you correctly, you should consult a private attorney about your rights. You should not wait for the outcome of a State Bar investigation to do so.

If you feel that your grievance may be the result of poor communication or a misunderstanding between you and the attorney, you should have an open talk with the attorney before you file a grievance. Tell the lawyer of your concern, and ask for a full explanation of the matter. Many times this will solve the problem. If you are having difficulty reaching your attorney, you may wish to call our **Consumer Assistance Program** at (404) 527-8759.

> *Please DO NOT staple any pages of the grievance.*
> *Please DO NOT write on the back of any pages of the grievance.*
> *Use ONLY standard 8 1/2" by 11" paper.*
> *Please notify us of any change in your address or telephone number.*

**PLEASE DO NOT SEND US ORIGINAL DOCUMENTS; WE CANNOT BE RESPONSIBLE FOR THEIR SAFE-KEEPING OR RETURN TO YOU.**

If your grievance regards an attorney who represented you, please convey the below information:

- Is your case a criminal or civil matter?
- If your case is filed with a court, what is the name of the court and what is the case number?
- When did the attorney begin to represent you? Does the attorney continue to represent you?
- Does the attorney represent you regarding the trial or appellate phase of your case?
- Did you ask the attorney to supply you with your client file? Has the attorney failed to do so?
- When was the last time this attorney met or communicated with you?

IF YOU HAVE A DISABILITY AND REQUIRE ASSISTANCE IN THE GRIEVANCE PROCESS, PLEASE CONTACT THE ADA COORDINATOR AT (404) 527-8720 OR (800) 334-6865.

# STATE BAR OF GEORGIA
## OFFICE OF THE GENERAL COUNSEL

*WILLIAM P. SMITH, III*
*General Counsel*

*Bar Counsel*
*ROBERT E. McCORMACK*
*Deputy General Counsel*
*JOHN J. SHIPTENKO*
*Assistant General Counsel*



*Disciplinary Counsel*
*PAULA J. FREDERICK*
*Deputy General Counsel*
*JENNY K. MITTELMAN*
*JONATHAN HEWETT*
*Sr. Assistant General Counsel*

*GENE CHAPMAN*
*ELIZABETH M. WILLIAMSON*
*KELLYN O. McGEE*
*Assistant General Counsel*
*REBECCA A. HALL*
*Grievance Counsel*

February 3, 2004

CONFIDENTIAL
Mr. Samuel Clemmons
P.O. Box 28558
Atlanta, GA  30358

Re:  Grievance filed against Ms Venice Rebecca Daley, Bar# 203330
     41 Marietta Street, Suite 1005,  Atlanta, GA  30303

Dear Mr. Clemmons:

Enclosed is a copy of Ms Daley's response to your grievance.  At this time I invite you to rebut the response and add any additional facts to the file that you believe may be relevant.

Please send your response no later than February 21, 2004.

Thank you for your cooperation during the informal investigation of this grievance.

Sincerely,

*Rebecca a. Hall*

Rebecca A. Hall
Grievance Counsel

RAH:chp
cc:  Venice Rebecca Daley

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of December 2006, a true copy of the **PLAINTIFF'S MOTION REQUEST TO SERVE ATTORNEY VENICE DALEY THROUGH THE STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL IN NATURE TO SUMMONS AND COMPLAINT ATTACHED** was served by Urgent Express Mail Service concerning case # **1:06CV01657(RCL)**:

To: Defendant or Defendant's Counsel

Attorney Venice Daley
c/o Ms. Rebecca A. Hall
        Grievance Counsel
State Bar of Georgia
Office of the General Counsel
104 Marietta Street, N.W.
        Suite 100
Atlanta, GA 30303

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


Clemmons' Estate
c/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132