UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS<br>2137 SOFT PINE LN<br>ACWORTH, GA 30132<br><br>    PLAINTIFF<br>vs.<br><br>STATE OF GEORGIA, et al<br>  ➢ **OFFICE OF SOLICITOR**<br>    **ATTORNEY RUPAL VAISHNAV**<br>120 N. Trinity Place, Decatur, Georgia 30032<br>  ➢ **ATLANTA FULTON COUNTY**<br>    **SHERIFF DEPT.**<br>901 Rice Street, Atlanta, Georgia 30318<br>  ➢ **DEKALB COUNTY SHERIFF**<br>    **DEPT.**<br>4425 Memorial Drive, Decatur, Georgia 30032<br>  ➢ **ATLANTA POLICE DEPT.**<br>Atlanta's Hartsfield International Airport at<br>4341 International Parkway, Atlanta, GA<br>30354<br>  ➢ **ATTORNEY VENICE R. DALEY**<br>41 Marietta Street, Suite 1005, Atlanta, GA<br>30303<br>  ➢ **OFFICE OF THE GOVERNOR**<br>Georgia State Capitol, Attn: Office of Pardons<br>Atlanta, GA 30334<br>  ➢ **OFFC OF THE ATTY GENERAL**<br>Attn: Attorney Thurbert E. Baker<br>40 Capitol Square, SW Atlanta, GA 30334<br>  ➢ **DEKALB COUNTY PROBATION**<br>    **DEPT.**<br>    Georgine Erwin # 25, Myric Wade, Kevin<br>    Batye and Attorney Carl Plus<br>120 West Trinity Place, Room 308, Callaway<br>Bldg, Decatur, GA 30030<br>    DEFENDANTS | CIVIL ACTION NO: 1:06CV01657(RCL)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**RECEIVED**<br><br>DEC 1 4 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>**PLAINTIFF FILE MOTION REQUEST TO ADD FOUR MORE DEFENDANTS**</u>

<u>**OR BUSINESS RESPONSIBLE FOR IDENTITY THEFT, IDENTITY FRAUD,**</u>

<u>**THEFT BY DECEPTION, DEFORMATION OF CHARACTER AND OTHER**</u>

<u>**ILLEGAL ACTIVITY AS STATED THEREIN AND WITHIN THE PLAINTIFF'S**</u>

<u>**INITIAL COMPLAINT AGAINST THE DEFENDANTS.**</u>

The Plaintiff come now to the Court to have four more additional Defendants name or business to be added to the Plaintiff's complaint after finding out through investigation discovery conducted by the private investigator assigned to the investigate and review the complete alleged legal record being obtain by the Defendants.

The Plaintiff has demonstrated through a thorough investigation performed on the record it now comes to find that <u>Georgine Erwin # 25, Myric Wade, Kevin Batye and Attorney Carl Puls located at 120 West Trinity Place, Room 308, Callaway Bldg, Decatur, GA 30030 to be responsible for alleged false claim and unethical activities involving the Plaintiff.</u> They are now the parties known and revealed to this Court who is responsible for obtaining illegal personal but confidential information on the Plaintiff without the Plaintiff's permission or ever being tried in any court of law as stated and expressed in the Plaintiff's initial complaint.

1. Upon proper service upon the Defendant(s), the Defendants should be allow to explain and give exact names, business names, date, times and methods of producing all documents who are responsible for obtaining and releasing such private information without any signed released forms provided or submitted by the Plaintiff to obtain the Plaintiff's personal but private information such as date of birth, social security number(s), place of birth, etc. as presented and reveal in documentation presented to the Plaintiff through discovery by investigators. The explanation and presentation should present itself as grounds for identity theft, theft by deception and identity fraud.

2. The Defendant(s) should be allowed to provide documentation or transcripts where the Plaintiff was tried in any court of law according to alleged records for the Plaintiff to have such a record or file in their office.

3. The Defendant(s) should be allowed this time to provide to this honorable court with copies of retainer contracts to support any legal documents signed by anyone who allegedly claim to have represented the Plaintiff to justify the Defendant(s) creating a file on the Plaintiff to perform the illegal activities they have performed as stated and revealed therein.

This first of set of Interrogation attached with this submission request will be delivered to the Defendant(s) to response to the Plaintiff's initial complaint upon being properly served upon the Defendants(s) via certified expressed mail expressing extremely urgent delivery confirming receipt to response to the Court's Summons, complaint and this amendment to the complaint including the attached interrogation.

The Defendant(s) should have <u>20 days</u> in responding just as the other Defendants in this case have had to appear or response by turning over all proof documentation to support their actions and conduct in obtaining illegal information and performing illegal actions without the proper due process of law according to the constitution of the United States of America.

The Defendant's response will be provided to the Office of the Governor's Office and the State Attorney General Office up receipt of response since this does appears to be State of Georgia's official way of doing and conducting business in the State of Georgia.

If the Defendants failed to response and submit such evidence requested in this amended complaint and interrogation then they too should be held liable for this portion of the lawsuit according to the Court's instructions stated therein and it should once again reveal that such Defendants are in violation of <u>§ 111 ALR, Fed. 295 which states, giving false information to Federal Departments, Agency or court placing them to be in Violation of 18 U.S.C.A § 1001.</u>

Respectfully submitted

*/s/ Clemmons' Estate*
c/o Samuel Clemmons
Plaintiff, *Pro Se*

AO 88 (Rev. 1 94) Subpoena in a Civil Case



## Issued by the
## United States District Court
### DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS

**SUBPOENA IN A CIVIL CASE**

V.

STATE OF GEORGIA, ET AL

CASE NUMBER: 1:06CV01657 (RCL)

To: GEORGINE ERWIN, OES; MYRIC WADE, KEVIN BATYE AND CARL PLUS

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA, ATTN: OFFICE OF THE CLERK, 333 CONSTITUTION AVE, N.W., WASHINGTON, D.C. 20001 · OFFICE OF GOVERNOR'S OFFICE FOR THE STATE OF GEORGIA, GEORGIA STATE CAPITOL, ATTN: OFFICE OF PARDONS ATLANTA, GA 30334 | DATE AND TIME 1/ /2007 (EST) |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) /s/ Samuel Clemmons | DATE 12/13/2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER CLEMMONS' ESTATE, c/o SAMUEL CLEMMONS 2137 SOFT PINE LN, ACWORTH, GA 30132 PH# 404-444-1406

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

→ OFFICE OF ATTORNEY GENERAL
ATTN: ATTORNEY THURBERT E BAKER
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

OFFICE OF THE GOVERNOR
GEORGIA STATE CAPITOL
ATTN: OFFICE OF PARDONS
ATLANTA, GA 30334

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

SERVED: STATE OF GEORGIA, ET AL

DATE (PENDING)

PLACE: 120 WEST TRINITY PL RM #308, CALLAWAY BLDG, DECATUR, GA 30030

SERVED ON (PRINT NAME): GEORGINE ERWIN #25, MYRTE WADE, KEVIN BATYE AND CARL PLUS

MANNER OF SERVICE: EXPRESS MAIL RETURN RECEIPT

SERVED BY (PRINT NAME): CLEMMONS' ESTATE C/O SAMUEL CLEMMONS

TITLE: PLAINTIFF

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on UPON RECEIPT OF SUMMONS 12/ /2006 (PENDING)

Signature of Server: CLEMMONS' ESTATE

Address of Server: 2137 SOFT PINES LN ACWORTH, GA 30132 (404) 444-1406

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies. or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT

## DEFINITIONS

Plaintiff, Clemmons' Estate c/o Samuel Clemmons, *Pro Se* status is now attempting to collect and recovery all information from the last set of Defendants now served during this process of perfection of service upon <u>Georgine Erwin # 25, Myric Wade, Kevin Batye and Carl Puls 120 West Trinity Place, Room 308, Callaway Bldg, Decatur, GA 30030</u> and any of such information will be use for further court purpose.

As used herein, the terms listed below are defined as follow:

A. The terms, "you" and "your," mean Dekalb County Government and the Defendant's Counsel and any and all persons, employees, agents and others acting or purporting to act on behalf of Dekalb County Probation Department.

B. The term "I,", "me," "my," means Clemmons' Estate c/o Samuel Clemmons and all persons, employees, officer, owners, agents and others acting on behalf of Samuel Clemmons' Estate.

C. The term "Plaintiff," means Clemmons' Estate c/o Samuel Clemmons and all persons, employees, officers, owners, agents and others acting on behalf of Samuel Clemmons' Estate.

D. The term "Client," means State of Georgia, State of Georgia's witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities.

E. The term, "communication," includes oral and written communication of any type and an interrogatory requesting that a communication be stated is

requesting that, in addition to any information specifically requested, the following be given:

1. The exact time and date the communication was given and received.

2. The manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

3. The amount of time the Plaintiff appeared at such business or establishment.

4. All person present if the communication was oral.

5. Person(s) making the communication or part thereof, whether written or oral.

6. Person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

7. Place each person was when he or she gave or received the communication.

8. A detail statement of the contents of the communication.

9. The response(s) to the communication.

10. Address of each answering person name above who made a statement that such communication was unconstitutional and who agree that such communication was constitutional and in accordance with the laws of the United States' Constitution Due Process of Law.

11. The duties, job title and term of time said position held as these apply to each person name above.

12. The results of the communication.

F. The term, "identify," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order produce such new Defendant new location.

G. The term, "identify," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents. police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved in such testing of paternity and all lists of other individuals tested before and after the Plaintiff.

H. The term, "identity," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

I. The term, "documents," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books,

7

prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks, loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, attorney retainer contracts, copies of return mail, chain of custody showing date and time of all parties involved in such testing of paternity and all lists of other individuals tested before and after the Plaintiff that you should know that the State of Georgia should have to justify their actions of Abandonment.

J. The term "all documents" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## **ADMISSIONS**

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within 20 days from the date of service thereof:

1. The State of Georgia issued you fraudulent instruction in which you allegedly carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment.

2. By accepting this ORDER that was not in compliance with the normal operation and procedures when such person is arrested you became bound by the terms of a higher court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by the Plaintiff for punitive damages recovery.

3. You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime to appropriate authorities.

4. Said such funds for your service were received by you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout for your service concerning this activity, i.e. payroll vouchers or income tax returns.

5. You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct.

6. Disclose the total amount of cases similar and total dollars amount you received from the State of Georgia each year.

7. Disclose the proper chain of custody inventory form showing the exact date and time when such illegal testing was performed.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Clemmons' Estate c/o Samuel Clemmons, *Pro Se* and request that the Defendants and Laboratory Corporation of America Holdings, produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

## ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial of this matter.

3. Produce all retainer contracts by the Plaintiff at such time the Defendant from the Defendant's attorney.

4. Produce all documents which you have received from the State of Georgia, Dekalb County Sheriff Department or the Plaintiff.

5. Produce copies of all documents which you have sent to the State of Georgia, Dekalb County Sheriff Department or the Plaintiff.

6. Produce all copies of the Plaintiff's arrest records.

7. Produce all copies of court's calendars showing the Plaintiff names to appear in court on such days to justify your actions or charges upon the Plaintiff who once was the Defendant at such times.

8. Produce all documents, name of person, address of such person, business titled of such person, organization, methods of receipts of the Plaintiff's personal but confidential information you claim to have discovered and knows that such information is or belong to the Plaintiff without the Plaintiff's consent or submission. Items such as name, addresses, social security number(s), date of birth, place of birth, documents showing and verifying the Plaintiff ever living in Dekalb County Georgia or 3725 George Busbee Parkway, Apt # 508, Kennesaw, GA as documentation revealed through investigation that you have in your records or procession.

9. Produce all copies of the Plaintiff's jail housing report showing all dates incarcerated in Dekalb County Sheriff Department.

10. Produce all documents which are in any way concerned with your dealing with the State of Georgia and the Dekalb County Sheriff Department

11

11. Produce all documents which are in any way concerned with your dealing with the State of Georgia, Dekalb County Sheriff Department or the Plaintiff.

12. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed without prejudice.

13. Produce all documents showing all sign-in activity from you log sheet through discovery on August 25th, 2002, October 28, 2002 and March 26th, 2003 at 9:00 a.m. from the Laboratory Corporation of America Holding Company.

14. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

15. Produce all documents showing your testimony on the validity and the accuracy of your testifying in a court of law produce all transcripts and chain of custody of evidence you use to justify your performance or action performed against the Plaintiff. Your cross examination, etc. This document should show the month, date and time when such trial too place in Dekalb County State Court.

16. Produce all documents showing and revealing the approximately or exact month, date and time when such alleged child was conceived if this is pertaining to paternity issues as so claimed and stated in your response to the Court.

17. Produce all documents revealing case laws where it state to arrest any person first ask question later pertaining to issues of paternity or Abandonment to justify that your procedures were accurate and correct and accordance with the laws of the United States of America Constitution.

18. Produce all documents where it states to capture and prevent any man from working in order to determine paternity or Abandonment and to label such person as a <u>State Criminal</u> without the proper due process of law.

19. Produce all documents where it clearly states that no probable cause does not have to exist for an arrest to be made according to the United States Constitution for example you can use case laws to establish your defense.

20. Produce all documents where it states or express that any man can be arrested at anytime prior and after for the same crime even without going through the proper channels of the Due Process of Law for example you can use case laws to establish your defense.

21. Provide all statistical data information from the State of Georgia that shows the numbers of men and their nationality, age that are being arrested each month and each year concerning the alleged crime of Abandonment and are being reported to Federal Government under the Federal Data Crime Statistical Report.

22. Produce all documents where it states or express that no police reports, incident reports, U.S. Marshall service showing proper service to notify any man of pending actions against him any in court of law is not needed

13

to make an arrest concerning illegal charges such as you have expressed before this Court.

23. Produce all documents entitled **ORDERS** attached with search warrants from the Dekalb County State Court ordering you to obtain any and all confidential information on the Plaintiff.

24. Produce all documents entitled **ORDERS** from the Dekalb County State Court ordering you to deny the Plaintiff all rights under the Due Process of Law to justify your action or illegal activities performed.

25. Produce all documents entitled **ORDERS** giving you the rights to strip the Plaintiff of all his rights to pursuit of happiest while living and working in the United States of America or within the State of Georgia.

26. Produce all documents that you have that will show the court your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional.

27. Produce all documents which are or which have anything to do with your federal or state income tax returns which you have prepared or filed for the past five years displaying your true name, social security number and date of birth.

If the Defendant or the Defendant's Counsel cannot produce one/half of the documents requested in the Plaintiff's First Request for Admission, Set of Interrogation,

and Request for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act and serious violation of the Plaintiff's constitution rights under the Due Process of Law.

Your failure to produce and provide this honorable court, the Plaintiff, the Governor's Office and Attorney General Office the documents requested, it will clearly show before the Court that the Plaintiff's Rights to Privacy has been violation and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice resulting in a miscarriage of justice.

The Plaintiff had every right to file such lawsuit against those who have violated the Plaintiff's rights under the United States Constitution of America.

Due to the Defendants and the Defendant's Counsel continue harassment and comments being expressed before this court. The Plaintiff express now to the Defendant's Counsel to prove the Plaintiff's complaint is or was wrong by the abundance of evidence that the Defendants should be able to easily obtain as stated and listed in this submission before the Court. Your submission should justify your continue harassment is or was valid as conducted by the State of Georgia upon the Plaintiff.

Respectfully submitted,

Clemmons' Estate
c/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132

CC: U.S. District Court for the District of Columbia
    State of Georgia Governor's Office, Attn: Pardon Division
    State of Georgia Attorney General Office