AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

V.

STATE OF GEORGIA, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1657 (RCL)

TO: (Name and address of Defendant)

**ATTORNEY VENICE R. DALEY**
41 Marietta Street, Suite 1005
Atlanta, GA 30303

ATTY. VENICE R. DALEY
137 PEACHTREE ST. SW
ATLANTA, GA 30303-3621

ATTY. VENICE DALEY
C/O MS. REBECCA A. HALL
GRIEVANCE COUNSEL
STATE BAR OF GEORGIA
OFFICE OF THE GENERAL COUNSEL
104 MARIETTA STREET, NW, SUITE 100
ATLANTA, GA 30303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
**C/O SAMUEL CLEMMONS**
2137 SOFT PINE LN
ACWORTH, GA 30132

*(AMENDED)* an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.
*(AMENDED)*

NANCY M. MAYER-WHITTINGTON                           10/5/06

CLERK                                                              DATE

By, DEPUTY CLERK

AO 440 (Rev. 8.01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: 12/13/2006 |
| NAME OF SERVER (PRINT) CLEMMONS' ESTATE SAMUEL CLEMMONS | TITLE: PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ATTORNEY VENICE R. DALEY, STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN: REBECCA A. HALL, 104 MARIETTA STREET N.W. #100, ATLANTA, GA 30303

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ATTORNEY VENICE R. DALEY % STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN: REBECCA A. HALL, 104 MARIETTA STREET, N.W. #100 ATLANTA, GA 30303

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S.P.S. EXPRESS SERVICE | U.S. POSTAL SERVICE | $20.65 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/2006

Signature of Server

CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SAFT PARK DR
ACWORTH, GA 30132

Address of Server

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8.01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/13/2006 |
| NAME OF SERVER (PRINT) CLEMMONS' ESTATE SAMUEL CLEMMONS | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ATTORNEY VENICE R. DALEY STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN: REBECCA A. HALL, 104 MARIETTA STREET N.W. #100, ATLANTA, GA 30303

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ATTY VENICE R. DALEY % STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN: REBECCA A. HALL, 104 MARIETTA STREET N.W. #100, ATLANTA, GA 30303

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| USPS EXPRESS SERVICE | U.S. POSTAL SERVICE | $20.65 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/2006         _____
                Date              Signature of Server

CLEMMONS' ESTATE
% SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SAN [illegible] LN
ACWORTH, GA 30132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXPRESS MAIL — UNITED STATES POSTAL SERVICE**
Customer Copy — Label 11-B, March 2004
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

| Field | Value |
|---|---|
| PO ZIP Code | 30077 |
| Day of Delivery | (not marked) |
| Postage | $18.80 |
| Date Accepted | 12/13/06 |
| Scheduled Date of Delivery | Month 12 Day 14 |
| Return Receipt Fee | $1.85 |
| Time Accepted | 10:46 AM |
| Scheduled Time of Delivery | Noon |
| Total Postage & Fees | $20.65 |
| Flat Rate or Weight | 1 lb 1 oz |
| Acceptance Emp. Initials | (initials) |

EQ 235086815 US

**DELIVERY (POSTAL USE ONLY)** — (blank)

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT — Express Mail Corporate Acct. No. / Federal Agency Acct. No. or Postal Service Acct. No.
WAIVER OF SIGNATURE (Domestic Mail Only) — (not checked)
NO DELIVERY — Weekend / Holiday

**FROM:** (PLEASE PRINT) PHONE ( )
MRS. MARY L. LOU
c/o LEGAL FICIAL
P.O. BOX 28558
ATLANTA, GA 30358
"CONFIDENTIAL BUSINESS"

**TO:** (PLEASE PRINT) PHONE ( )
ATTORNEY VENTEE T. DALEY
c/o MS. REBECCA A. HALL
STATE BAR OF GEORGIA
OFFICE OF THE GENERAL COUNSEL
104 MARIETTA STREET N.W. #100
ATLANTA, GA 30303

ZIP + 4: 3 0 3 0 3 +

FOR PICKUP OR TRACKING Visit www.usps.com

---

**Sales Receipt**

ROSWELL POSTAL STORE
ROSWELL, Georgia
300761424
1204440316-0094
(800)275-8777
12/13/2006        10:48:52 AM

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20535 First-Class | | | $1.11 |
| 4.00 oz. | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70060100000165442044 | | | |
| Issue PVI: | | | $5.36 |
| ATLANTA GA 30303 Express Mail PO-Add | | | $18.80 |
| 1 lb. 4.00 oz. | | | |
| Label #: EQ235086815US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $20.65 |
| WASHINGTON DC 20001 EM PO-Add Flat Rate | | | $14.40 |
| 15.00 oz. | | | |
| Label #: EQ960360615US | | | |
| Next Day Noon / Normal Delivery | | | |
| Issue PVI: | | | $14.40 |
| 39c Snowflake PSA | 20 | $0.39 | $7.80 |
| **Total:** | | | **$48.21** |

Paid by:
AMEX
Account #: XXXXXXXXXXXX3000
Approval #: 590759
Transaction #: 779
$48.21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) <br> C/O SAMUEL CLEMMONS, ) <br> ) <br> PLAINTIFF ) <br> ) <br> vs. ) <br> ) <br> STATE OF GEORGIA , et al ) <br> ) <br> ➢ ATTORNEY VENICE DALEY ) <br> ) <br> DEFENDANTS | CIVIL ACTION NO: 1:06CV01657(RCL) |

## AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the <u>13th of December 2006</u>, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>Attorney Venice Daley @ c/o Ms. Rebecca A. Hall, State Bar of Georgia, Office of the General Counsel business address located at 104 Marietta Street, N.W., Suite 100, Atlanta, GA 30303</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service and the U.S. Postal Service's History Report (Track & Confirm) that such attempt was delivered and later refused with a tracking number of

[Domestic Return Receipt card attached:]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTORNEY VENICE DALEY
% MS. REBECCA A. HALL
STATE BAR OF GEORGIA
OFFICE OF THE GENERAL COUNSEL
104 MARIETTA STREET N.W.
SUITE 100
ATLANTA, GA 30303

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signed - "Received State Bar of Georgia"] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 12-14-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☑ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): EQ235086815US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 302U S**
Status: **Arrival at Pick-Up-Point**

Your item arrived at the ATLANTA, GA 30328 processing center at 10:07 AM on November 24, 2006 and is ready for pickup. No further information is available for this item.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 302U S**
Detailed Results:

- **Arrival at Pick-Up-Point, November 24, 2006, 10:07 am, ATLANTA, GA 30328**
- **Notice Left, November 23, 2006, 10:35 am, ATLANTA, GA 30303**
- **Addressee Unknown, November 22, 2006, 1:32 pm, ATLANTA, GA**
- **Refused, November 17, 2006, 9:39 am, ATLANTA, GA 30303**
- **Delivered, November 16, 2006, 11:42 am, ATLANTA, GA 30303**
- **Arrival at Unit, November 16, 2006, 9:53 am, ATLANTA, GA 30303**
- **Enroute, November 15, 2006, 4:27 pm, LOS ANGELES, CA 90009**
- **Acceptance, November 15, 2006, 2:43 pm, LOS ANGELES, CA 90047**

( < Back )      ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy