# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS<br>2137 SOFT PINE LN<br>ACWORTH, GA 30132<br><br>    PLAINTIFF<br>vs.<br><br>STATE OF GEORGIA, et al<br>    ➢ **OFFICE OF SOLICITOR**<br>        **ATTORNEY RUPAL VAISHNAV**<br>120 N. Trinity Place, Decatur, Georgia 30032<br>    ➢ **ATLANTA FULTON COUNTY**<br>        **SHERIFF DEPT.**<br>901 Rice Street, Atlanta, Georgia 30318<br>    ➢ **DEKALB COUNTY SHERIFF**<br>        **DEPT.**<br>4425 Memorial Drive, Decatur, Georgia 30032<br>    ➢ **ATLANTA POLICE DEPT.**<br>Atlanta's Hartsfield International Airport at<br>4341 International Parkway, Atlanta, GA<br>30354<br>    ➢ **ATTORNEY VENICE R. DALEY**<br>41 Marietta Street, Suite 1005, Atlanta, GA<br>30303<br>    ➢ **OFFICE OF THE GOVERNOR**<br>Georgia State Capitol, Attn: Office of Pardons<br>Atlanta, GA 30334<br>    ➢ **OFFC OF THE ATTY GENERAL**<br>Attn: Attorney Thurbert E. Baker<br>40 Capitol Square, SW Atlanta, GA 30334<br>    DEFENDANTS | **CIVIL ACTION NO: 1:06CV01657(RCL)**<br><br>RECEIVED<br><br>JAN 0 8 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## PLAINTIFF FILE MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER CERTIFIED PROOF OF PROPER SERVICE UPON THE DEFENDANT ATTORNEY VENICE DALEY BY MEANS OF AFFIDAVIT OF SERVICE AS SO STATED AND EXPRESSED IN THE INITIAL COMPLAINT AND THE SUMMONS IN A CIVIL CASE FILED BEFORE THIS HONORABLE COURT AND TO PLACE SUCH DEFENDANT IN DEFAULT FOR FAILURES IN HONORING THE COURT'S INSTRUCTIONS.

Come now the Plaintiff files his certified proof of proper service upon each Defendant (Venice Daley) expressed and as stated in the Plaintiff's initial complaint. In addition to the proper of service documentation, the Plaintiff also enters all but complete Affidavit of Service in support of default. The Plaintiff requests that these documents be file accordingly in case one or any of the Defendants has not responded to this honorable court according the days expressed in the Summons in a Civil Case.

The Plaintiff also places such request before the clerk to receive confirmation of Default if necessary. After receipt of Default paperwork the Plaintiff will later submit his Motion to Enter Discovery to support such Default entry upon each Defendant.

Respectfully Submitted,

Samuel Clemmons
C/o of Clemmons' Estate
Plaintiff, *Pro Se*

**See Attachments:**

1. **Summons In A Civil Case**
2. **Return of Service**
3. **Affidavit of Service**
4. **U.S. Express Mail Notification / w receipt**
5. **Affidavit in Support of Default**
6. **Clerk's Default Form**

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CLEMMONS' ESTATE** | ) | **CASE NUMBER:** |
| **Vs.** | ) | |
| | ) | **1:06CV01657(RCL)** |
| **STATE OF GEORGIA, et al** | ) | |
| **ATTORNEY VENICE DALEY** | ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _13TH_ day of _DECEMBER, 2006_, that I am the
attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
_ATTY VENICE DALEY TO UN: ROBECCA A HALL, 104 MARIETTA STREET N.W. SUITE 100 ATLANTA, GA 30303_
was [were]:     [personally served with process on _____ ].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court
of the District of Columbia on (date the return receipt was signed by addressee):
_____DECEMBER 14, 2006_____ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil
Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of
Columbia is:
_____THE STATE BAR OF GEORGIA, OFFC OF GENERAL COUNSEL___ ].
_104 MARIETTA STREET, N.W. SUITE 100, ATLANTA, GA 30303_

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this
case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given
and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the
defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
_CLEMMONS ESTATE_
_2157 SOFT POND LN_
_ACWORTH, GA 30152 / 866 407 7756_

_____
Bar Id. Number                                        Address and Telephone Number

GENERAL INFORMATION

- Affidavits, default and default/judgment forms must be typed and submitted to the Civil In-Take Desk (original and one), together with the case jacket.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case, must be cited along with the cite for the Long-Arm Statute.

- If service is made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/ judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contained enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's forms.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

**SUMMONS IN A CIVIL CASE**

V.

STATE OF GEORGIA, et al

CASE NUMBER: *06 -1657 (RCL)*

TO: (Name and address of Defendant)

**ATTORNEY VENICE R. DALEY**
41 Marietta Street, Suite 1005
Atlanta, GA 30303

ATTY. VENICE R. DALEY
137 PEACHTREE ST. SW
ATLANTA, GA 30303-3621

*ATTY. VENICE DALEY*
*C/O MS. REBECCA A. HALL*
*GRIEVANCE COUNSEL*
*STATE BAR OF GEORGIA*
*OFFICE OF THE GENERAL COUNSEL*
*104 MARIETTA STREET, NW, SUITE 100*
*ATLANTA, GA 31303*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
**C/O SAMUEL CLEMMONS**
2137 SOFT PINE LN
ACWORTH, GA 30132

*AMENDED*

an answer to the/complaint which is served on you with this summons, within _____*20*_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*AMENDED*

**NANCY M. MAYER-WHITTINGTON**                    *10/5/06*

CLERK                                                                      DATE

By, DEPUTY CLERK

AO 440 (Rev. 8 01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12 / 13 / 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* CLEMMONS' ESTATE SAMUEL CLEMMONS | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ATTORNEY VENICE R. DALEY STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN REBECCA A. HALL, 104 MARIETTA STREET N.W. # 100, ATLANTA, GA 30303

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ATTORNEY VENICE R. DALEY % STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN: REBECCA A. HALL, 104 MARIETTA STREET, N.W. # 100 ATLANTA, GA 30303

## STATEMENT OF SERVICE FEES

| TRAVEL U.S.P.S. EXPRESS SERVICE | SERVICES U.S. POSTAL SERVICE | TOTAL $20.65 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 / 13 / 2006   _Samuel Clemmons_
          Date          Signature of Server

CLEMMONS' ESTATE
% SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SVR PINE LN
ACWORTH, GA 30132
Address of Server

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8.01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/13/2006 | |
| NAME OF SERVER (PRINT) CLEMMONS ESTATE SAMUEL CLEMMONS | TITLE PLAINTIFF | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: ATTORNEY VENICE R. DALEY STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATT REBECCA A. HALL, 104 MARIETTA STREET N.W. # 100, ATLANTA, GA. 30503

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ATTY VENICE R. DALEY % STATE BAR OF GEORGIA, OFFICE OF THE GENERAL COUNSEL, ATTN: REBECCA A. HALL, 104 MARIETTA STREET N.W. # 100, ATLANTA, GA 30503

### STATEMENT OF SERVICE FEES

| TRAVEL U.S.PS EXPRESS SERVICE | SERVICES U.S. POSTAL SERVICE | TOTAL $20.65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/13/2006___    _____
                    Date              Signature of Server

CLEMMONS' ESTATE
% SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SUG PLUE LN
ACWORTH, GA 30132
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXPRESS MAIL**   **Customer Copy**
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®   **Post Office To Addressee**

EQ 235086815 US

## ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 3000 7 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 18.80 |
| Date Accepted 12/13/06 | Scheduled Date of Delivery Month 12 Day 14 | Return Receipt Fee $ 1.85 |
| Time Accepted 10:46 ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $    Insurance Fee $ |
| Flat Rate ☐ or Weight ___ lbs. ___ ozs. | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 20.65 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials RW |

FROM: (PLEASE PRINT) PHONE (   )

MRS. MARY L. LEE
℅ LEGAL FILING
P.O. BOX 28556
ATLANTA, GA 30358
"CONFIDENTIAL BUSINESS"

### FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

## DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Mo.   Day | | |
| Delivery Attempt Mo.   Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo.   Day | Time ☐ AM ☐ PM | Employee Signature |

## CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday   Mailer Signature

TO: (PLEASE PRINT) PHONE (   )

ATTORNEY VENTUC P. DALLY
℅ MS. REBECCA A. HALL
STATE BAR OF GEORGIA
OFFICE OF THE GENERAL COUNSEL
104 MARIETTA STREET N.W. #100
ATLANTA, GA 30303

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 3 | 0 | 3 | 0 | 3 | + | | | |

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

12/13/2006                                    10:48:52 AM

ROSWELL POSTAL STORE
ROSWELL,Georgia
30076
1204440316-0094
(800)275-8777

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20535 First-Class 4.00 oz. | | | $1.11 |
| Label #: | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70060100000165442044 | | | |
| Issue PVI: | | | $5.36 |
| | | | ======= |
| ATLANTA GA 30303 Express Mail PO-ADD 1 lb. 4.00 oz. | | | $18.80 |
| Label #: EQ235086815US | | | |
| Next Day Noon / Normal | | | |
| Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $20.65 |
| | | | ======= |
| WASHINGTON DC 20001 EM PO-Add Flat Rate 15.00 oz. | | | $14.40 |
| Label #: E09603606015US | | | |
| Next Day Noon / Normal | | | |
| Delivery | | | |
| Issue PVI: | | | $14.40 |
| | | | ======= |
| 39c Snowflake PSA | 20 | $0.39 | $7.80 |
| Issue PVI: | | | $7.80 |
| | | | ======= |
| Total: | | | $48.21 |

Paid by:
AMEX                                        $48.21
Account #: XXXXXXXXXXXX3000
Approval #: 590759
Transaction #: 779

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS, | ) | **CIVIL ACTION NO: 1:06CV01657(RCL)** |
| PLAINTIFF | ) | |
| vs. | ) | |
| STATE OF GEORGIA , et al | ) | |
| ➢ ATTORNEY VENICE DALEY | ) | |
| DEFENDANTS | | |

## AFFIDAVIT OF SERVICE

I, <u>CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS</u>, hereby declare that on the <u>13th of December 2006</u>, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>Attorney Venice Daley @ c/o Ms. Rebecca A. Hall, State Bar of Georgia, Office of the General Counsel business address located at 104 Marietta Street, N.W., Suite 100, Atlanta, GA 30303</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service and the U.S. Postal Service's History Report (Track & Confirm) that such attempt was delivered and later refused with a tracking number of

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY VENICE DALEY
C/O MS. REBECCA A. HALL
STATE BAR OF GEORGIA
OFFICE OF THE GENERAL COUNSEL
104 MARIETTA STREET N.W.
SUITE 100
ATLANTA, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)     C. Date of Delivery 12-14-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☑ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
*(Transfer from service label)*
EQ 2350 8681 5US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



**UNITED STATES
POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ95 1328 302U S**
Status: **Arrival at Pick-Up-Point**

Your item arrived at the ATLANTA, GA 30328 processing center at 10:07 AM on November 24, 2006 and is ready for pickup. No further information is available for this item.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( **Go >** )

**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES POSTAL SERVICE**₀

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: EQ95 1328 302U S
Detailed Results:

- **Arrival at Pick-Up-Point, November 24, 2006, 10:07 am, ATLANTA, GA 30328**
- **Notice Left, November 23, 2006, 10:35 am, ATLANTA, GA 30303**
- **Addressee Unknown, November 22, 2006, 1:32 pm, ATLANTA, GA**
- **Refused, November 17, 2006, 9:39 am, ATLANTA, GA 30303**
- **Delivered, November 16, 2006, 11:42 am, ATLANTA, GA 30303**
- **Arrival at Unit, November 16, 2006, 9:53 am, ATLANTA, GA 30303**
- **Enroute, November 15, 2006, 4:27 pm, LOS ANGELES, CA 90009**
- **Acceptance, November 15, 2006, 2:43 pm, LOS ANGELES, CA 90047**

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )                    ( Return to USPS.com Home > )

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Proof of Delivery

Verify who signed for your item by email, fax, or mail.  ( Go > )



POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January 2007, a true copy of the **PLAINTIFF FILE MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER CERTIFIED PROOF OF PROPER SERVICE UPON THE DEFENDANT ATTORNEY VENICE DALEY BY MEANS OF AFFIDAVIT OF SERVICE AS SO STATED AND EXPRESSED IN THE INITIAL COMPLAINT AND THE SUMMONS IN A CIVIL CASE FILED BEFORE THIS HONORABLE COURT AND AFTER ENTERING AFFIDAVIT OF SERVICE SHOWING PROOF OF SERVICE TO PLACE SUCH DEFENDANT IN DEFAULT FOR FAILURES IN HONORING THE COURT'S INSTRUCTIONS** was served by means of United State Postal Service Urgent Express Mail Service with tracking number **EQ 235 086 815 US** concerning case # 1:06CV01657(RCL):

To: Defendant or Defendant's Counsel

Attorney Venice Daley
c/o Ms. Rebecca A. Hall
        Grievance Counsel
State Bar of Georgia
Office of the General Counsel
104 Marietta Street, N.W.
        Suite 100
Atlanta, GA 30303

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Clemmons' Estate
c/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132