Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CLEMMONS' ESTATE**

    Plaintiff(s)

v.

Civil Action No. 06-1657 (RCL)

**STATE OF GEORGIA, et al.**

    Defendant(s)

RE: VENICE R. DALEY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 12/14/2006, and an affidavit on behalf of the plaintiff having been filed, it is this 19TH day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
              Deputy Clerk