UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLEMMONS' ESTATE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA, OFFICE<br>OF SOLICITOR, *et al.*,<br><br>    Defendants. | Civil Action No. 1:06-01657 (RCL) |

### ORDER

This matter having come before the Court upon defendant the Atlanta Police Department's Motion requesting leave to permit Dennis M. Young and Sean L. Gill to appear *pro hac vice* on behalf of defendant the Atlanta Police Department, it is hereby

ORDERED that defendant's Motion is GRANTED; and it is further

ORDERED that Dennis M. Young and Sean L. Gill are granted leave to appear *pro hac vice* for and on behalf of defendant the Atlanta Police Department.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 19, 2007.