IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action:1:06-CV-01657-RCL |
| | ) |
| STATE OF GEORGIA, OFFICE | ) |
| OF SOLICITOR, ATLANTA FULTON | ) |
| COUNTY SHERIFF DEPARTMENT, | ) |
| DEKALB COUNTY SHERIFF | ) |
| DEPARTMENT, ATLANTA POLICE | ) |
| DEPARTMENT, VENICE R. DALEY, | ) |
| OFFICE OF THE GOVENOR, | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW
THE APPEARANCE JANICE WILLIAMS-JONES
AS ATTORNEY FOR DEFENDANT THE ATLANTA POLICE DEPARTMENT**

Janice Williams-Jones respectfully moves this Court for an order withdrawing her appearance as attorney for Defendant the Atlanta Police Department. Janice Williams-Jones has accepted a position with the federal government and plans to close down her private practice. Dennis M. Young, Senior Assistant City Attorney and Sean L. Gill, Associate Attorney, both of the City of Atlanta Law Department, have previously been granted leave to appear *pro hac vice* as attorneys of record for Defendant the Atlanta Police Department.

WHEREFORE, the Court is respectfully requested to permit the withdrawal of the appearance of Janice Williams-Jones as attorney for Defendant the Atlanta Police Department.

                    Respectfully submitted,
                    LAW OFFICE OF
                    JANICE WILLIAMS-JONES

By: _____/s/_____
           Janice Williams-Jones
           Attorney for Defendant
           The Atlanta Police Department
           5405 Twin Knolls Road, Suite 4
           Columbia, MD 21045
           (410) 964-3385
           Fax (410) 964-4888

Dated:  January 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action:1:06-CV-01657-RCL |
| ) | |
| STATE OF GEORGIA, OFFICE ) | |
| OF SOLICITOR, ATLANTA FULTON ) | |
| COUNTY SHERIFF DEPARTMENT, ) | |
| DEKALB COUNTY SHERIFF ) | |
| DEPARTMENT, ATLANTA POLICE ) | |
| DEPARTMENT, VENICE R. DALEY, ) | |
| OFFICE OF THE GOVENOR, ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion To Withdraw The Appearance Of Janice Williams-Jones As Attorney For Defendant the Atlanta Police Department, and for good cause shown, it is on this ____ day of January, 2007, ORDERED, that the Motion is GRANTED, and it is further ORDERED that the appearance of Janice Williams-Jones as attorney for Defendant be and hereby is withdrawn.

SO ORDERED.

_____          _____
Date                                                  Hon. Royce C. Lamberth
                                                          United States District Court Judge
                                                          Notice via ECF to all counsel of record.