UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CLEMMONS' ESTATE,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-01657 (RCL) |
| **STATE OF GEORGIA, OFFICE OF SOLICITOR,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of the Motion to Withdraw the Appearance of Janice Williams-Jones as Attorney for Defendant the Atlanta Police Department, and for good cause show, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the appearance of Janice Williams-Jones as attorney for Defendant is WITHDRAWN.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 23, 2007.