## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE )  **CIVIL ACTION NO: 1:06CV01657(RCL)**
c/o SAMUEL CLEMMONS )
2137 SOFT PINE LN )
ACWORTH, GA 30132 )
)
    PLAINTIFF )
vs. )
)
STATE OF GEORGIA, et al )
    ➤ **OFFICE OF SOLICITOR** )
       **ATTORNEY RUPAL VAISHNAV** )
120 N. Trinity Place, Decatur, Georgia 30032 )
    ➤ **ATLANTA FULTON COUNTY** )
       **SHERIFF DEPT.** )
901 Rice Street, Atlanta, Georgia 30318 )
    ➤ **DEKALB COUNTY SHERIFF** )
       **DEPT.** )
4425 Memorial Drive, Decatur, Georgia 30032)
    ➤ **ATLANTA POLICE DEPT.** )
Atlanta's Hartsfield International Airport at )
4341 International Parkway, Atlanta, GA )
30354 )
    ➤ **ATTORNEY VENICE R. DALEY** )
41 Marietta Street, Suite 1005, Atlanta, GA )
30303 )
    ➤ **OFFICE OF THE GOVERNOR** )
Georgia State Capitol, Attn: Office of Pardons )
Atlanta, GA 30334 )
    ➤ **OFFC OF THE ATTY GENERAL** )
Attn: Attorney Thurbert E. Baker )
40 Capitol Square, SW Atlanta, GA 30334 )
    DEFENDANTS )

**RECEIVED**

FEB 8 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER NOTICE OF SERVICE UPON THE DEFENDANT (OFFICE OF THE ATTORNEY GENERAL OFFICE, OFFICE OF THURBERT E. BAKER) TO ADVISE THIS COURT OF SERVICE UPON THE DEFENDANT AS REQUESTED IN THE COMPLAINT ON ACCORDINGLY T RULE 8 UPON WHICH RELIEF TO BE GRANTED DUE TO THE DEFENDANTS BEING IN DEFAULT.

Come now the Plaintiff files this notice of service upon the Court that the Defendant is now served accordingly to the Plaintiff complaint requesting the State of Georgia Governor Office to grant such pardon after all Defendants are now in default for failing to honor, response or defend the complaint that was properly served properly upon them now placing the State of Georgia in Default with the Plaintiff's pardon is now pending according to the Plaintiff claims for relief under the Federal Civil Procedures Rule number 8 and the Attorney General Office now being served to honor this court with the debt due in the Court.

The Plaintiff enters these documents in good faith so that the Clerk will receive and take the necessary actions in filing the default actions against the Defendants and upon the State of Georgia Office granting the Plaintiff his pardon from the State of Georgia in additional to the debt that is now due.

All the Defendants except for the Atlanta Police Department have failed to acknowledge such receipt by submitting a timely response or a request to this honorable court. The Defendants have failed to enter an appearance and failed to request for an enlargement of time if necessary. Therefore, the default entry is now justified and now the State of Georgia should honor the Plaintiff's pardon request according to page 27 of the complaint and the award under which the Plaintiff requested in the lawsuit.

The Plaintiff is requesting from the Court after such entry is completed, the Plaintiff is requesting from the Clerk copies of each default entry informing the Plaintiff of such default. Once the Plaintiff has received such paperwork, the Plaintiff will then forward to the Court the Plaintiff's Motion Request to Enter Discovery on each but separate Defendant following a Motion Request to request such case to be closed with a Summary Judgment by Default in accordance with the Federal Rules of Civil Procedures, Rule 54 (a) (b) (c).

In addition to the proper of service documentation, the Plaintiff will enters all but complete Affidavit of Service in support of default paperwork on each which will be provide to

1 | the Office of the Governor Office's Pardon Office and the State Attorney General Office upon

2 | the Plaintiff's motion request to enter discovery if necessary.

3 |       The Plaintiff has sent the debit card as agreed and stated in the Plaintiff's complaint to the

4 | Office of the Governor, Pardon Division. The debit card number for the record is 5519 6400

5 | 1049 0650 showing an expiration number of 12/31/2008.

6 |                      Respectfully Submitted,

7

8 |                      Clemmons' Estate
                     C/o of Samuel Clemmons
                     Plaintiff, *Pro Se*

9 | **See Attachments:**

10 |     **1. Certificate of Service**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CLEMMONS' ESTATE | ) | **CIVIL ACTION NO:** |
| c/o SAMUEL  CLEMMONS | ) | |
| PLAINTIFF | ) | **1:06CV01657(RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| STATE OF GEORGIA, et al | ) | |
| DEFENDANT | ) | |
| | ) | |

---

## PLAINTIFF'S MOTION REQUEST TO ENTER AFFIDAVIT OF SERICE SHOWING PROPER PROOF OF DELIVERY OF COMPLAINT AND SUMMONS

Plaintiff files this motion request to file and enter Affidavit of Service showing proper proof of service to the Defendant in nature to complaint and summons per Court's orders and instructions by certified Express Mail showing a tracking number of **EQ 951 328 316 US.**

Respectfully Submitted,

SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

**SUMMONS IN A CIVIL CASE**

V.

STATE OF GEORGIA, et al

CASE NUMBER: $06 - 1657 (RCL)$

TO: (Name and address of Defendant)

**OFFICE OF THE GOVERNOR**
Georgia State Capitol
Attn: Office of Pardons
Atlanta, GA 30334

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
**C/O SAMUEL CLEMMONS**
2137 SOFT PINE LN
ACWORTH, GA 30132

/AMENDED

an answer to the/complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/AMENDED

**NANCY M. MAYER-WHITTINGTON**                    10/1/2006

CLERK                                                              DATE

By: DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE )    **CIVIL ACTION NO: 1:06CV01657(RCL)**
c/o SAMUEL CLEMMONS )
2137 SOFT PINE LN )
ACWORTH, GA 30132 )
)
   PLAINTIFF )
vs. )
)
STATE OF GEORGIA, et al )
   ➢ **OFFICE OF SOLICITOR** )
      **ATTORNEY RUPAL VAISHNAV** )
120 N. Trinity Place, Decatur, Georgia 30032 )
   ➢ **ATLANTA FULTON COUNTY** )
      **SHERIFF DEPT.** )
901 Rice Street, Atlanta, Georgia 30318 )
   ➢ **DEKALB COUNTY SHERIFF** )
      **DEPT.** )
4425 Memorial Drive, Decatur, Georgia 30032 )
   ➢ **ATLANTA POLICE DEPT.** )
Atlanta's Hartsfield International Airport at )
4341 International Parkway, Atlanta, GA )
30354 )
   ➢ **ATTORNEY VENICE R. DALEY** )
41 Marietta Street, Suite 1005, Atlanta, GA )
30303 )
   ➢ **OFFICE OF THE GOVERNOR** )
Georgia State Capitol, Attn: Office of Pardons )
Atlanta, GA 30334 )
   ➢ **OFFC OF THE ATTY GENERAL** )
Attn: Attorney Thurbert E. Baker )
40 Capitol Square, SW Atlanta, GA 30334 )
   DEFENDANTS )

## PLAINTIFF'S MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER CERTIFIED PROOF OF PROPER SERVICE SERVED UPON THE DEFENDANT (OFFICE OF THE GOVERNOR, OFFICE OF PARDONS) TO ADVISE THIS COURT OF SERVICE UPON THE DEFENDANT AS REQUESTED IN THE COMPLAINT ON PAGE # 27

Come now the Plaintiff files this certified proof of proper service upon the Court that the Defendant is now served accordingly to the Plaintiff complaint requesting the State of Georgia Governor Office to grant such pardon after all Defendants are now in default for failing to honor, response or defend the complaint that was properly served properly upon them now placing the State of Georgia in Default with the Plaintiff's pardon is now pending according to the Plaintiff claims for relief under the Federal Civil Procedures Rule number 8.

The Plaintiff enters these documents in good faith so that the Clerk will receive and take the necessary actions in filing the default actions against the Defendants and upon the State of Georgia Office granting the Plaintiff his pardon from the State of Georgia.

The Defendants have failed to acknowledge such receipt by submitting a timely response or a request to this honorable court. The Defendants have failed to enter an appearance and failed to request for an enlargement of time if necessary. Therefore, the default entry is now justified and now the State of Georgia should honor the Plaintiff's pardon request according to page 27 of the complaint.

The Plaintiff is requesting from the Court after entry is completed, the Plaintiff is requesting from the Clerk copies of each default entry informing the Plaintiff of such default. Once the Plaintiff has received such paperwork, the Plaintiff will then forward to the Court the Plaintiff's Motion Request to Enter Discovery on each but separate Defendant following a Motion Request to request such case to be closed with a Summary Judgment by Default in accordance with the Federal Rules of Civil Procedures, Rule 54 (a) (b) (c).

In addition to the proper of service documentation, the Plaintiff will enters all but complete Affidavit of Service in support of default paperwork on each which will be provide to the Office of the Governor Office's Pardon Office and the State Attorney General Office upon the Plaintiff's motion request to enter discovery if necessary.

The Plaintiff attach debit card as agreed and stated in the Plaintiff's complaint. The debit card number for the record is 5519 6400 1049 0650 showing an expiration number of 12/31/2008.

Respectfully Submitted,

Clemmons' Estate
C/o 6f Samuel Clemmons
Plaintiff, *Pro Se*

**See Attachments:**

1. **Certificate of Service**

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2007, a true copy of the **PLAINTIFF FILE COMPLAINT AGAINST STATE OF GEORGIA FOR VIOLATIONS OF PERSON OR PERSONS RIGHTS UNDER THE STATE OF GEORGIA'S CONSTITUTION AND THE UNITED STATES OF AMERICA'S CONSTITUTION AGAINST CONTINIOUS CHARGES OF HARRASSMENT AND OTHERS CRIMES REPORTED, COMMITTED, AND FILED WRONGFUL AGAINST SUCH PERSON UNDER 111 ALR, FED.295 AND 18 U.S.C.A. § 1001. THE PLAINTIFF FILES THIS COMPLAINT FOR FULL CIVIL DAMAGES RECOVERY AGAINST SUCH STATE'S ACTIONS AS STATED IN COMPLAINT**

**And**

**PLAINTIFF'S MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER CERTIFIED PROOF OF PROPER SERVICE SERVED UPON THE DEFENDANT (OFFICE OF THE GOVERNOR, OFFICE OF PARDONS) TO ADVISE THIS COURT OF SERVICE UPON THE DEFENDANT AS REQUESTED IN THE COMPLAINT ON PAGE # 27** was served by means of United State Postal Service Urgent Express Mail Service with tracking number **EQ 236 240 635 US** concerning case # 1:06CV01657(RCL):

To: Defendant or Defendant's Counsel

**OFFICE OF THE GOVERNOR**
Georgia State Capitol, Attn: Office of Pardons
Atlanta, GA 30334

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Clemmons' Estate
c/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/10/2007 | |
| NAME OF SERVER (PRINT) SAMMOR CLEMMONS | TITLE PLAINTIFF, PRO SE | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: GEORGIA STATE CAPITOL, ATTN: OFFICE OF PARDONS, ATLANTA, GA 30334

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): STATE COURT OF DEKALB COUNTY, OFFICE OF JUDGE EDWARD CARRIE, SR. 120 N. TRADY PLACE, DECATUR, GA 30032

## STATEMENT OF SERVICE FEES

| TRAVEL U.S. POSTAL SERVICE | SERVICES U.S. POSTAL SERVICE EXPRESS MAIL | TOTAL $19.72 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/2007 _____
       Date      Signature of Server

         CLEMMONS' ESTATE
         % SAMMOR CLEMMONS
         2187 SOFT PINE LN
         ACWORTH, GA 30132
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



```
                  ATLANTA MAIN PO
                  ATLANTA, Georgia
                     303049998
                  1204440076 -0098
01/11/2007   (404)765-7637      01:40:52 PM

                Sales Receipt
Product            Sale   Unit         Final
Description         Qty   Price        Price

ATLANTA GA 30334 EM                    $14.40
PO-Add Flat Rate
1 lb.  6.70 oz.
 Label #:        EQ236240635US
Next Day Noon  / Normal
Delivery
Return Rcpt (Green Card)               $1.85
                                     --------
 Issue PVI:                            $16.25

DECATUR GA 30032                       $4.05
Priority - Flat Rate
Env
1 lb.  1.00 oz.
 Return Rcpt (Green Card)              $1.85
 Certified                             $2.40
 Label #:      70060100000320666933
Customer Postage                      -$4.83
 Subtotal:                             $3.47
                                     --------
 Issue PVI:                            $3.47
                                   ===========

Total:                                 $19.72

Paid by:
Personal Check                         $19.72

Bill#: 1000203028567
Clerk: 01

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
           Customer Copy
```

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE     )  **CIVIL ACTION NO: 1:06CV01657(RCL)**
C/O SAMUEL CLEMMONS,    )
            )
  PLAINTIFF       )
            )
vs.            )
            )
STATE OF GEORGIA , et al    )
            )
  DEFENDANTS     )

## AFFIDAVIT OF SERVICE

   I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS,** hereby declare that on
the **11th of January 2007,** I mailed a copy of the summons and complaint, Express Urgency
Certified Mail with a return receipt requested, to **The Office of the Governor, Attn:**
**Pardon's Requests Division &Legal Department located at The Georgia State Capitol,**
**Atlanta, GA 30334 (the defendant & defendant's attorney). Attached hereto is the green**
card acknowledging service with a tracking number of **EQ 236 240 635 US.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS, | ) ) ) | CIVIL ACTION NO: 1:06CV01657(RCL) |
|     PLAINTIFF | ) ) | |
| vs. | ) ) | |
| STATE OF GEORGIA , et al | ) ) | |
|     DEFENDANTS | ) | |

## AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to **The Dekalb County Sheriff Department, Attn: Legal Department located at 4425 Memorial Drive, Decatur, GA 30032** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of **EQ 951 328 316 US**.

" *GREEN CARD SUBMITTED TO THE COURT* "

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

**CLEMMONS' ESTATE**
**c/o SAMUEL CLEMMONS**
**2137 SOFT PINE LN**
**ACWORTH, GA 30132**

**PHONE: 866-409-7758**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE | ) | **CIVIL ACTION NO: 1:06CV01657(RCL)** |
| C/O SAMUEL CLEMMONS, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF GEORGIA , et al | ) | |
| | ) | |
| DEFENDANTS | ) | |

## AFFIDAVIT OF SERVICE

I, <u>CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS</u>, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>The State of Georgia, et al, Office of The Solicitor General Office, Dekalb County Courthouse, Attn: Attorney Rupal Vaishnav located at 556 N. McDonough Street, # 500, Decatur, GA 30030</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of <u>EQ 951 328 276 US</u>.

*"GREEN CARD SUBMITTED TO THE COURT"*

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
<u>STAPLE GREEN CARD IN THIS AREA</u>

<u>**CLEMMONS' ESTATE**</u>
<u>c/o SAMUEL CLEMMONS</u>
<u>2137 SOFT PINE LN</u>
<u>ACWORTH, GA 30132</u>

**PHONE: 866-409-7758**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE )  CIVIL ACTION NO: 1:06CV01657(RCL)
C/O SAMUEL CLEMMONS, )
 )
    PLAINTIFF )
 )
vs. )
 )
STATE OF GEORGIA , et al )
 )
    DEFENDANTS )

## AFFIDAVIT OF SERVICE

    I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the **6th of October 2006**, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to **The Atlanta Police Department, City of Atlanta Law Department, Attn: Marissa Key located at 68 Mitchell Street, Suite 4100, Atlanta, GA 30303** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of **EQ 951 328 280 US**.

"ON FILE IN THE COURT SYSTEM"

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
STAPLE GREEN CARD IN THIS AREA

**CLEMMONS' ESTATE**
**c/o SAMUEL CLEMMONS**
**2137 SOFT PINE LN**
**ACWORTH, GA 30132**

**PHONE: 866-409-7758**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE ) CIVIL ACTION NO: 1:06CV01657(RCL)
C/O SAMUEL CLEMMONS, )
)
    PLAINTIFF )
)
vs. )
)
STATE OF GEORGIA , et al )
)
    DEFENDANTS )

## AFFIDAVIT OF SERVICE

    I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the **16th of October 2006**, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to Attorney Venice Daley **located at 137 Peachtree Street, SW, Atlanta, GA 30303-3621** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of **EQ 951 328 302 US**

*" ON FEW WITHIN THE COURT "*

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
STAPLE GREEN CARD IN THIS AREA

**CLEMMONS' ESTATE**
**c/o SAMUEL CLEMMONS**
**2137 SOFT PINE LN**
**ACWORTH, GA 30132**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) | CIVIL ACTION NO: 1:06CV01657(RCL) |
| C/O SAMUEL CLEMMONS, ) | |
| ) | |
|    PLAINTIFF ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF GEORGIA , et al ) | |
| ) | |
|    DEFENDANTS ) | |

## AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the 6th of October 2006, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>The Atlanta Fulton County Sheriff Department, Attn: Legal Department located at 901 Rice Street, Atlanta, GA 30318</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of <u>EQ 951 328 293 US</u>.

" *ON FILE WITH THE COURT* "

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
<u>STAPLE GREEN CARD IN THIS AREA</u>

*[signature]*

<u>**CLEMMONS' ESTATE**</u>
<u>**c/o SAMUEL CLEMMONS**</u>
<u>**2137 SOFT PINE LN**</u>
<u>**ACWORTH, GA 30132**</u>

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Plaintiff )
)
**CLEMMONS' ESTATE** )
**PLAINTIFF** )
**Vs.** )
**STATE OF GEORGIA, et al** )
**DEFENDANTS** )
)
)
Defendant

**CASE NUMBER:**

**1:06CV01657(RCL)**

## <u>DEFAULT</u>

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action

though duly served with summons and copy of complaint on the _____ day of

_____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this

_____ day of _____, _____ declared that

_____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE PLAINTIFF** Vs. **STATE OF GEORGIA, et al DEFENDANTS** ) ) ) ) ) ) | **CASE NUMBER:** **1:06CV01657(RCL)** |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _10TH_ day of _JANUARY , 2007_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
_STATE OF GEORGIA, ET AL AND THE GEORGIA STATE CAPITOL, ATTN. OFFICE OF PAROLES ATLANTA, GA_
was [were]:    [personally served with process on _JANUARY 12, 2007_ ].  30334
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JANUARY 12, 2007_ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
_CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS_
_2137 SOFT PINE LN, ACWORTH, GA 30132_
_816-409-9758_

_____          _____
Bar Id. Number                             Address and Telephone Number

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE**<br>**PLAINTIFF**<br>Vs.<br>**STATE OF GEORGIA, et al**<br>**DEFENDANTS** | )<br>)<br>)<br>)<br>)<br>) |
| Defendant(s) | ) |

Civil Action No. _06 1657 RCL_

## CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          _2/5/2007_
Attorney for the Plaintiff(s)                     Date


_____          _____
Attorney for the Defendant(s)                     Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge                     Date

NOTE:    RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED
TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February 2007, a true copy of the **PLAINTIFF FILE COMPLAINT AGAINST STATE OF GEORGIA FOR VIOLATIONS OF PERSON OR PERSONS RIGHTS UNDER THE STATE OF GEORGIA'S CONSTITUTION AND THE UNITED STATES OF AMERICA'S CONSTITUTION AGAINST CONTINIOUS CHARGES OF HARRASSMENT AND OTHERS CRIMES REPORTED, COMMITTED, AND FILED WRONGFUL AGAINST SUCH PERSON UNDER 111 ALR, FED.295 AND 18 U.S.C.A. § 1001. THE PLAINTIFF FILES THIS COMPLAINT FOR FULL CIVIL DAMAGES RECOVERY AGAINST SUCH STATE'S ACTIONS AS STATED IN COMPLAINT**

**And**

**PLAINTIFF'S MOTION REQUEST TO ENTER NOTICE OF SERVICE BEFORE THE OFFICE OF THE CLERK TO ENTER CONFIRMATION AND LATER AFFIDAVIT OF SERVICE SHOWING PROOF OF DELIVERY TO "ATTORNEY GENERAL" REGARDING THE STATE OF GEORGIA'S DEFAULT AND DEFENDANT REQUEST IN THE COMPLAINT ON PAGE # 27** was served by means of United State Postal Service Urgent Express Mail Service with tracking number **EQ 236 240 621 US** concerning case # 1:06CV01657(RCL):

To: Defendant or Defendant's Counsel

**OFFC OF THE ATTY GENERAL**
**Attn: Attorney Thurbert E. Baker**
**40 Capitol Square, SW Atlanta, GA 30334**

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Clemmons' Estate
c/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132