UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS<br>2137 SOFT PINE LN<br>ACWORTH, GA 30132<br><br>    PLAINTIFF<br>vs.<br><br>STATE OF GEORGIA, et al<br>  ➤ **OFFICE OF SOLICITOR**<br>     **ATTORNEY RUPAL VAISHNAV**<br>120 N. Trinity Place, Decatur, Georgia 30032<br>  ➤ **ATLANTA FULTON COUNTY**<br>     **SHERIFF DEPT.**<br>901 Rice Street, Atlanta, Georgia 30318<br>  ➤ **DEKALB COUNTY SHERIFF**<br>     **DEPT.**<br>4425 Memorial Drive, Decatur, Georgia 30032<br>  ➤ **ATLANTA POLICE DEPT.**<br>Atlanta's Hartsfield International Airport at<br>4341 International Parkway, Atlanta, GA<br>30354<br>  ➤ **ATTORNEY VENICE R. DALEY**<br>41 Marietta Street, Suite 1005, Atlanta, GA<br>30303<br>  ➤ **OFFICE OF THE GOVERNOR**<br>Georgia State Capitol, Attn: Office of Pardons<br>Atlanta, GA 30334<br>  ➤ **OFFC OF THE ATTY GENERAL**<br>Attn: Attorney Thurbert E. Baker<br>40 Capitol Square, SW Atlanta, GA 30334<br>    DEFENDANTS | CIVIL ACTION NO: 1:06CV01657(RCL)<br><br><br><br><br><br><br><br><br><br><br>**RECEIVED**<br><br>FEB 2 8 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>**PLAINTIFF FILE MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER CERTIFIED PROOF OF PROPER SERVICE UPON THE DEFENDANTS AS SO STATED AND EXPRESSED IN THE INITIAL COMPLAINT AND THE SUMMONS IN A CIVIL CASE FILED BEFORE THIS HONORABLE COURT. THE DEFENDANTS SHOULD NOW BE IN COMPLETE DEFAULT.**</u>

Come now the Plaintiff files his certified proof of proper service upon each Defendant expressed and as stated in the Plaintiff's initial complaint. In addition to the proper of service documentation, the Plaintiff also enters all but complete Affidavit of Service in support of default. The Plaintiff requests that these documents be file accordingly in case one or any of the Defendants has not responded to this honorable court according the days expressed in the Summons in a Civil Case.

The Plaintiff also places such request before the clerk to receive confirmation of Default if necessary. After receipt of Default paperwork the Plaintiff will later submit his Motion to Enter Discovery to support such Default entry upon each Defendant if needed.

Respectfully Submitted,

Samuel Clemmons
C/o of Clemmons' Estate
Plaintiff, *Pro Se*

**See Attachments:**

1. **Summons In A Civil Case**
2. **Return of Service**
3. **Affidavit of Service**
4. **U.S. Express Mail Notification / w receipt**
5. **Affidavit in Support of Default**
6. **Clerk's Default Form**

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>PLAINTIFF<br>Vs.<br>STATE OF GEORGIA, et al<br>DEFENDANTS | CASE NUMBER:<br><br>1:06CV01657(RCL) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _27TH_ day of _FEB_, _2007_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _STATE OF GEORGIA, ET AL_

was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_2/6/2007 @ 10:23 A.M._ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
C/o SAMUEL CLEMMONS
2137 SOFT PINE LN, KENNESAW, GA 30152
616-409-7758

_____                    _____
Bar Id. Number                              Address and Telephone Number

## GENERAL INFORMATION

- Affidavits, default and default/judgment forms must be typed and submitted to the Civil In-Take Desk (original and one), together with the case jacket.

- If service was effected <u>outside</u> <u>the</u> <u>District</u> <u>of Columbia</u>, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case, must be cited along with the cite for the Long-Arm Statute.

- If service is made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service <u>must</u> <u>show</u> in <u>which</u> <u>capacity</u> <u>the</u> <u>individual served</u> <u>accepted</u> <u>service</u>. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is <u>not</u> <u>signed</u> <u>by</u> <u>the</u> <u>party</u> <u>named</u> in <u>the</u> <u>summons</u>, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the <u>original note</u> must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/ judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment <u>cannot</u> exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contained enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's forms.

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | |
|---|---|
| CLEMMONS' ESTATE PLAINTIFF | ) ) ) |
| Vs. | ) |
| STATE OF GEORGIA, et al DEFENDANTS | ) ) ) |
| Defendant | ) |

CASE NUMBER:

1:06CV01657(RCL)

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

V.

STATE OF GEORGIA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1657 (RCL)

TO: (Name and address of Defendant)

OFFICE OF ATTORNEY GENERAL
ATTN: ATTY. THURBERT E. BAKER
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK                                                    DATE

# AFFIDAVIT OF SERVICE
# /
# PROOF OF CERTIFICATION OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 2/5/2007 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) SAMUEL CLEMMONS | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: OFFICE OF ATTORNEY GENERAL, ATTN: ATTORNEY THURBERT E. BAKER, 40 CAPITOL SQ. SW, ATLANTA, GA 30334

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): OFFICE OF THE ATTORNEY GENERAL, ATTN: ATTORNEY THURBERT E. BAKER 40 CAPITOL SQ SW ATLANTA GA 30334 AND STATE COURT OF DEKALB COUNTY ATTN: JUDGE [?] CARLISLE, JR. 120 N. TRINITY PL, DECATUR, GA 30031

## STATEMENT OF SERVICE FEES

| TRAVEL U.S. POSTAL SERVICE | SERVICES U.S.P.S EXPRESS MAIL SERVICE | TOTAL $16.25 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/5/2007
Date

Signature of Server

CLEMMONS' ESTATE
% SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN, LITHONIA GA 30058
Address of Server

RECEIVED

OFFICE OF ATTORNEY GENERAL
ATTN: ATTY. THURBERT E. BAKER
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
           CRENSHAW IMPERIAL STATION
              INGLEWOOD, California
                   903039998
                 0544850530 -0097
02/05/2007      (323)755-8643      03:44:02 PM

                  Sales Receipt
Product            Sale   Unit          Final
Description        Qty    Price         Price

ATLANTA GA 30334 EM                    $14.40
PO-Add Flat Rate
 1 lb.  7.60 oz.
  Label #:           EQ236240621US
  Next Day Noon  / Normal
  Delivery
Return Rcpt (Green Card)                $1.85
                                      ========
Issue PVI:                             $16.25


Total:                                 $16.25
Paid by:
 Amex                                  $16.25
  Account #:       XXXXXXXXXXXX3000
  Approval #:           571594
  Transaction #:           667
 23 903181105 5044445757

Bill#: 1000301305719
Clerk: 12

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
                 Customer Copy
```

Addressed to:

OFFICE OF ATTORNEY GENERAL
ATTN: ATTY. THURBERT E. BAKER
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ23 6240 621U S**
Status: **Delivered**

Your item was delivered at 10:23 AM on February 6, 2007 in ATLANTA, GA 30334 to GA DEPT OF LAW. The item was signed for by P LOWTEN.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

*Additional Details >*    *Return to USPS.com Home >*

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES POSTAL SERVICE.**

Date: 02/09/2007

SAM CLEMONS:

The following is in response to your 02/06/2007 request for delivery information on your Express Mail item number EQ23 6240 621U S. The delivery record shows that this item was delivered on 02/06/2007 at 10:23 AM in ATLANTA, GA 30334 to P LOWTEN. The scanned image of the recipient information is provided below.

Signature of Recipient: *P. Lowten* (Delivery Section)

Address of Recipient: *40 Capitol Square*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) <br> C/O SAMUEL CLEMMONS, ) <br> ) <br> PLAINTIFF ) <br> ) <br> vs. ) <br> ) <br> STATE OF GEORGIA , et al ) <br> ) <br> DEFENDANTS ) | CIVIL ACTION NO: 1:06CV01657(RCL) |

### AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the **5th of February 2007**, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to **Office of Attorney General, Attn: Attorney Thurbert E. Baker, 40 Capitol Square SW, Atlanta, GA 30334** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of **EQ 236 240 621 US** given the Defendants **20 days** to response to complaint and summons and justify default against the State of Georgia.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

*[signature]*

**CLEMMONS' ESTATE**
**c/o SAMUEL CLEMMONS**
**2137 SOFT PINE LN**
**ACWORTH, GA 30132**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS,<br><br>PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA, et al<br><br>DEFENDANTS | CIVIL ACTION NO: 1:06CV01657(RCL) |

## AFFIDAVIT OF SERVICE

I, <u>CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS</u>, hereby declare that on the <u>5th of February 2007</u>, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to <u>Office of Attorney General, Attn: Attorney Thurbert E. Baker, 40 Capitol Square SW, Atlanta, GA 30334</u> (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of <u>EQ 236 240 621 US</u> given the Defendants <u>20 days</u> to response to complaint and summons and justify default against the State of Georgia.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE COURT OF DEKALB COUNTY
ATTN: JUDGE EDWARD CARRIKER, TR
120 N. TRINITY PL
DECATUR, GA 30032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Walter E Schaefer_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
JAN 1 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)    7006 0100 0003 2066 6933

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540