**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CLEMMONS' ESTATE | * | |
| c/o SAMUEL CLEMONS | * | |
| 2137 Soft Pine Lane | * | |
| Acworth, Georgia 30132, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 1:06-CV-01657 (RCL) |
| | * | |
| STATE OF GEORGIA, et al., | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT STATE OF GEORGIA'S MOTION, BY SPECIAL APPEARANCE,**
**TO DISMISS FOR FAILURE TO PROESCUTE**

COMES NOW the Defendants State of Georgia (including the named Defendants

and served entities Office of the Governor of the State of Georgia and the State Board of

Pardons and Paroles, hereinafter collectively referred to as the "State Defendants"), by

and through the Attorney General of the State of Georgia, and pursuant to LCvR 7(a)

respectfully submits this Motion to Dismiss for Failure to Prosecute.

On February 8, 2007, the State Defendants filed their Motion to Dismiss

Plaintiff's Complaint on multiple grounds, including failure to state a claim against the

State Defendants under 42 U.S.C. § 1983 as the State Defendants are not "persons" under

the statute, Eleventh Amendment immunity, application of the Rooker–Feldman Doctrine

and Heck v. Humphrey, the applicable statute of limitations, failure to state a cause of

action 18 U.S.C. § 1001 *et seq.*, lack of personal jurisdiction over the State Defendants,

improper venue, and *forum non conveniens.*  Pursuant to LCvR 7(b), Plaintiff was

required to file any response in opposition to the State Defendants' Motion to dismiss

#431530                                                    1

within 11 days of service as calculated under the Federal Rules of Civil Procedure. To

date, no response to the State Defendants' Motion has been filed by the Plaintiff.

Pursuant to LCvR 7(b), if a memorandum in opposition to a motion is not filed

within the time prescribed, "the Court may treat the motion as conceded." Plaintiff's

failure to respond to the State Defendants' Motion to Dismiss should therefore be treated

as his concession to the State Defendants' Motion. Further, the Court may order the

involuntary dismissal of Plaintiff's Complaint should Plaintiff fail to prosecute or comply

with the Rules and Orders of the Court. Fed.R.Civ.P. 41(b) (2006). Plaintiff's failure to

respond to the State Defendants' Motion to Dismiss within the time required by the Local

Rules is grounds for dismissal under Rule 41(b) of the Federal Rules of Civil Procedure.

The State Defendants have attached a proposed Order for the Court pursuant to

LCvR 7(c).

WHEREFORE, Defendant State of Georgia respectfully prays this Court:

a)          enter an Order dismissing all claims raised by Plaintiff,;

b)          tax all costs, including attorneys fees, against Plaintiff;

c)          require nothing further of these Defendant; and,

d)          grant such other relief as this Court deems appropriate.

Respectfully submitted this 14th day of March, 2007.

THURBERT E. BAKER
Georgia State Bar No. 033887
Attorney General


(Signatures continue on next page)

KATHLEEN M. PACIOUS
Georgia State Bar No. 558555
Deputy Attorney General

/s/ Devon Orland_____
DEVON ORLAND
Georgia State Bar No. 554301
Senior Assistant Attorney General

/s/ Holly Michele Loy_____
HOLLY MICHELE LOY
Georgia Bar No. 036299
Assistant Attorney General

Please direct all communications to:

HOLLY MICHELE LOY
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone:   (404) 463-8850
Facsimile:   (404) 651-5304
E-mail: hloy@law.ga.gov

#431530                                    3

## CERTIFICATE OF SERVICE

I hereby certify that on March 14th, 2007, I electronically filed a **DEFENDANTS'**

**MOTION TO DISMISS FOR FALURE TO PROSECUTE AND PROPOSED**

**ORDER** with the Clerk of Court using the CM/ECF system which will automatically

send email notification of such filing to all attorneys of record.

I further certify that I have on this same date mailed by United States Postal

Service the document to the following non-CM/ECF participants:

> Clemmons' Estate
> c/o Samuel Clemmons
> 2137 Soft Pine Lane
> Acworth, Georgia 30132

This 14th day of March, 2007.

> /s/ Holly Michele Loy_____
> HOLLY MICHELE LOY
> Georgia Bar No. 036299
> Assistant Attorney General

State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone:  (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: hloy@law.ga.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLEMMONS' ESTATE      * <br> c/o SAMUEL CLEMONS      * <br> 2137 Soft Pine Lane      * <br> Acworth, Georgia 30132,      * <br>                  * <br>      **Plaintiff,**      * <br>                  * <br>                  * <br> **STATE OF GEORGIA, et al.,**      * <br>                  * <br>      **Defendants.**      * | Civil Action No. 1:06-CV-01657 (RCL) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Defendants State of Georgia, Office of the Governor of the State of Georgia and the State Board of Pardons and Paroles (hereinafter collectively referred to as the "State Defendants"), by and through the Attorney General of the State of Georgia, having moved this Court on February 8, 2007, to dismiss the Complaint in the above-styled action on multiple grounds, including failure to state a claim against the State Defendants under 42 U.S.C. § 1983 as the State Defendants are not "persons" under the statute, Eleventh Amendment immunity, application of the Rooker–Feldman Doctrine and Heck v. Humphrey, the applicable statute of limitations, failure to state a cause of action 18 U.S.C. § 1001 *et seq.*, lack of personal jurisdiction over the State Defendants, improper venue, and *forum non conveniens*, Plaintiff Clemmons' Estate having failed to oppose the State Defendants' Motion, and it appearing to this Court that sufficient grounds exist for granting Defendant's Motion to Dismiss, it is

ORDERED that the Complaint is dismissed against the State of Georgia, the Office of the Governor of the State of Georgia, and the State Board of Pardons and

#431591                      1

Paroles, that Plaintiff shall take nothing from these Defendants, and all costs of this

action, including attorneys fees, are taxed against Plaintiff.

ENTERED this _____ day of _____, 2007.


_____
ROYCE C. LAMBERT, Judge
United States District Court for the
District of Columbia

SUBMITTED FOR ENTRY
this 14th day of March, 2007:

THURBERT E. BAKER
Georgia State Bar No. 033887
Attorney General

KATHLEEN M. PACIOUS
Georgia State Bar No. 558555
Deputy Attorney General

/s/ Devon Orland_____
DEVON ORLAND
Georgia State Bar No. 554301
Senior Assistant Attorney General

/s/ Holly Michele Loy_____
HOLLY MICHELE LOY
Georgia Bar No. 036299
Assistant Attorney General

State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone:  (404) 463-8850
Facsimile:   (404) 651-5304
E-mail: hloy@law.ga.gov

#431591                                              2