UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE )<br>c/o SAMUEL CLEMMONS )<br>2137 SOFT PINE LN )<br>ACWORTH, GA 30132 )<br>  )<br>  PLAINTIFF )<br>vs. )<br>  )<br>STATE OF GEORGIA, et al )<br>  ➢ **OFFICE OF SOLICITOR** )<br>     **ATTORNEY RUPAL VAISHNAV** )<br>120 N. Trinity Place, Decatur, Georgia 30032 )<br>  ➢ **ATLANTA FULTON COUNTY** )<br>     **SHERIFF DEPT.** )<br>901 Rice Street, Atlanta, Georgia 30318 )<br>  ➢ **DEKALB COUNTY SHERIFF** )<br>     **DEPT.** )<br>4425 Memorial Drive, Decatur, Georgia 30032 )<br>  ➢ **ATLANTA POLICE DEPT.** )<br>Atlanta's Hartsfield International Airport at )<br>4341 International Parkway, Atlanta, GA )<br>30354 )<br>  ➢ **ATTORNEY VENICE R. DALEY** )<br>41 Marietta Street, Suite 1005, Atlanta, GA )<br>30303 )<br>  ➢ **OFFICE OF THE GOVERNOR** )<br>Georgia State Capitol, Attn: Office of Pardons )<br>Atlanta, GA 30334 )<br>  ➢ **OFFC OF THE ATTY GENERAL** )<br>Attn: Attorney Thurbert E. Baker )<br>40 Capitol Square, SW Atlanta, GA 30334 )<br>  DEFENDANTS ) | CIVIL ACTION NO: 1:06CV01657(RCL)<br><br>**RECEIVED**<br><br>APR 9 – 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**PLAINTIFF'S MOTION REQUEST TO ENTER RESPONSE, OBJECTION AND OPPOSITIONS AGAINST THE OFFICE OF ATTORNEY GENERAL' MOTION REQUEST FOR DISMISSAL FOR FAILURE TO PROESCUTE AND ORDER DISMISSAL WITH PREJUDICE**

Plaintiff files this Motion Request after Plaintiff's pervious Motion Requests for default entry and after showing proper service of service upon the Office of the Governor and the Office of Attorney General's Office in reporting professional criminal activities within the State of Georgia, demanding a pardon and reporting a debt that is now due in accordance with the Federal Debt Collection Practice Act.

On April 5th, 2007 is the date that the Plaintiff received his first response from the Attorney General's Office by means of U.S. Postal Service showing a date stamped of March 14, 2007 with a forwarding date of March 29, 2007 (See attached Exhibit for confirmed proof to support statement)

As of this date, the Plaintiff had not received anything by certified mail with a return receipt showing confirmed proof of delivery to justify proof by means of an Affidavit of Service.

Upon the date of serving the Office of the Governor Office, Attn: Pardon Division the Plaintiff left the State of Georgia according to the Plaintiff's complaint filed. After serving the Office of the Governor's Office, Attn: Pardon Division and after such 20 days had exhausted itself the Plaintiff then served the Office of the Attorney General's Office as accordingly to the Plaintiff's complaint to advise and inform the Attorney General's Office of a State's Debt that should now be due in the Office of the Clerk of this Court.

As I mention before and as I am still mentioning now, the Attorney General's Office had nothing to do with the criminal activities but the Office should have been well and fully advised of this lawsuit by those who were served and works in key and elected positions. It is not the Plaintiff's duty and responsibility to serve the Attorney General's

Office nor is it the Plaintiff's duty to say it's the Attorney General's Office fault for these crimes committed against the Plaintiff.

The Office of the Clerk sealed the summons upon my reporting after the default entry had been made against the State of Georgia, et al and after informing the Office of the Clerk that a summons is needed to be served upon the Office of the Attorney General's Office to legally advise such office of a debt that is due. The Office of the Clerk satisfied such request by approving the seal to be served by summons.

The Attorney General's Office was provided with the same copy of the complaint served upon others as well as his or her separate complaint informing him of the debt.

After entering my responses, oppositions and objections to all the Attorney General's statements or remarks in consistent with his or her requests for dismissal, etc. I too now enter and provided the State of Georgia, et al and the Attorney General's Office this Motion Request into the Record to enter this partial or portion of Discovery to support my stance (the Plaintiff), my feeling, my expressions and so forth against the State of Georgia, et al. With this entry into the record it should now be the Attorney General's job to investigate, apprehend anyone and everyone who is responsible for such crimes and to see that they too served time for their wrongdoing just as everyone else who has been found guilty in a truthful court of law according to the United States Constitution.

The Attorney General's jobs are to make sure citizens are protected as anyone can see and tell by and through my means and passing through the State of Georgia it will be proven that I was not or never a citizen of this State and such protection rule or laws does not or did not apply to me. I should also be the Attorney General's job to make sure any

and all debts that are now due in any Court of Law is paid in a timely manner and through other Discoveries the Attorney General now seek should be sought on his or her time, funds and not the Plaintiff. The Attorney General's supporters and witnesses within the State of Georgia have all their evidence to support the Attorney General's claims according to the Due Process of Law and the United State Constitution of the United States of America. The Attorney General Office should have used those means to collect all the information he or she needs to prove why such requests should be honored.

The Plaintiff does not seek Discovery. The Plaintiff has Discovery. It should now be the task and responsibility of the Attorney General's Office to produce and provide all their Discoveries to support any and all their requests in this Court of Law.

It should now be the Attorney General's Office stance and claim to validate any and all their statements and requests through Admission, Interrogatories, and Subpoena Duce Tecum's requests or demands to justify their actions according to the law, the Due Process of Law and the United States Constitution and show that the Plaintiff is a criminal and the Plaintiff is a criminal of the State of Georgia.

Every man or human being is suppose to be innocent until proven guilty now it is the duty of the State of Georgia, et al to prove their innocent and not the Plaintiff's duty to prove it for the State of Georgia; therefore, the Plaintiff will withhold everything until other Orders are handed down by the Court, if the Attorney General's Office continues to push the issues of no wrongdoing. It incidents such as these that ends up in Court shows true character on both sides. Now it's time for the State of Georgia and the Attorney General's Office to show their character.

The 5th Amendment according to the United States Constitution does not hold ground in civil proceeding it only hold weight in criminal court. Therefore, withholding information in a civil matter can be an admission of guilt.

## MOTION REQUEST TO ENTER DISCOVERY:

The Plaintiff files this Motion Request within this Motion before the Court to Enter seventeen pages of Discovery for the record to justify behavior, claims or complaints to set the stage for a Jury Trial or Summary Judgment in favor of the Plaintiff if the Office of the Attorney General's Office still wishes not to accept such entry of default caused by the State of Georgia, et al.

Some information has been redacted by the Department of Justice and me. For a true certified copy such office should contact such office and forward me a copy as well.

Once again on the record, the Plaintiff has fully briefed such case according to _Lewis v. Faulkner_, 689 F.2d 100, 102 (7th Cir.1982) _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933) this case should now be brought to a complete close.

6

As expressed in the very beginning of this Motion Request, this communication is **only an attempt to collect a debt and any information obtained from this communication will be used for that purpose only**.

Respectfully Submitted,

*[signature]*

CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132
Phone # 866-409-7758

**See Attachments:**

- Affidavit of Service / Proof of Certification
- Final and Additional Exhibit / Affidavit for the Record for a just but fair Summary Judgment in favor of the Plaintiff
- Proposed Orders

CC:
Janice Williams-Jones
Law Office of Janice Williams-Jones
5405 Twin Knolls Road, Suite 4
Columbia, MD 21045

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**OFFICE OF THE GOVERNOR**
Georgia State Capitol
Attn: Office of Pardons
Atlanta, GA 30334

**OFFC OF THE ATTY GENERAL**
Attn: Attorney Thurbert E. Baker
40 Capitol Square, SW
Atlanta, GA 30334

**U.S. ATTORNEY GENERAL**
950 Pennsylvania Ave, NW
Washington, DC 20530

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

I pursuant to the Court laws and laws under the Civil Rules and Procedures and the 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence, statements and submissions before this court and submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such complaint, summons and statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath and making all submissions and any others statements, responses or submissions are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of documents is the same as pervious before without going before a notary again. In return upon the Defendants answering to such summons and complaint, etc. the Defendants should enter such statements under a sworn statement before a notary.

Respectfully submitted,

*Samuel* Clemmons
Plaintiff, *Pro Se*
2137 Soft Pine Ln
Acworth, GA 30132

_Teresa B. Spru___      3/26/07
Notary Signature        Notary Date and Seal

Notary Public, _____ County, Georgia
My Commission _____ 17, 2007

**Attachments:**
   Copies of ~~Subpoenas Served in a Civil Case Request~~
   Four Proposed Orders

State of GA, et al

FROM
STATE OF GEORGIA
**DEPARTMENT OF LAW**
40 CAPITOL SQUARE, S.W.
ATLANTA, GEORGIA 30334-1300

TO:
CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
2137 SOFT PINE LANE
ACWORTH, GEORGIA 30132

CLEM558   T303582003 1C06 15 03/29/07

CLEMMONS
PO BOX 347
█████████-0347

First Class Mail
First Class Mail

