# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE )
c/o SAMUEL CLEMMONS )
2137 SOFT PINE LN )
ACWORTH, GA 30132 )
)
    PLAINTIFF )
vs. )
)
STATE OF GEORGIA, et al )
    ➤ **OFFICE OF SOLICITOR** )
      **ATTORNEY RUPAL VAISHNAV** )
120 N. Trinity Place, Decatur, Georgia 30032 )
    ➤ **ATLANTA FULTON COUNTY** )
      **SHERIFF DEPT.** )
901 Rice Street, Atlanta, Georgia 30318 )
    ➤ **DEKALB COUNTY SHERIFF** )
      **DEPT.** )
4425 Memorial Drive, Decatur, Georgia 30032 )
    ➤ **ATLANTA POLICE DEPT.** )
Atlanta's Hartsfield International Airport at )
4341 International Parkway, Atlanta, GA )
30354 )
    ➤ **ATTORNEY VENICE R. DALEY** )
41 Marietta Street, Suite 1005, Atlanta, GA )
30303 )
    ➤ **OFFICE OF THE GOVERNOR** )
Georgia State Capitol, Attn: Office of Pardons )
Atlanta, GA 30334 )
    ➤ **OFFC OF THE ATTY GENERAL** )
Attn: Attorney Thurbert E. Baker )
40 Capitol Square, SW Atlanta, GA 30334 )
    DEFENDANTS )

**CIVIL ACTION NO: 1:06CV01657(RCL)**

RECEIVED

APR 9 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF FILE MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER FINAL AFFIDAVIT OF SERVICE AND CERTIFIED PROOF OF PROPER SERVICE UPON THE DEFENDANTS AS SO STATED AND EXPRESSED IN THE INITIAL COMPLAINT AND THE SUMMONS IN A CIVIL CASE FILED BEFORE THIS HONORABLE COURT. THE DEFENDANTS SHOULD NOW BE IN COMPLETE DEFAULT.

Come now the Plaintiff files his final Affidavit of Service and Certified proof of proper service upon each Defendants as expressed and as stated in the Plaintiff's initial complaint. In addition to the proper of service documentation, the Plaintiff also enters all but complete Affidavit of Service in support of default. The Plaintiff requests that these documents be filed accordingly in case one or any of the Defendants has not responded to this honorable court according the days expressed in the Summons in a Civil Case.

The Plaintiff also places such request before the clerk to receive confirmation of Default if necessary. After receipt of Default paperwork the Plaintiff will later submit his Motion to Enter Discovery to support such Default entry upon each Defendant if needed.

Respectfully Submitted,

Samuel Clemmons
C/o of Clemmons' Estate
Plaintiff, *Pro Se*

**See Attachments:**

1. **Summons In A Civil Case**
2. **Return of Service**
3. **Affidavit of Service**
4. **U.S. Express Mail Notification / w receipt**
5. **Affidavit in Support of Default**
6. **Clerk's Default Form**

CLEMMONS' ESTATE v. STATE OF GEORGIA, et al (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

# AFFIDAVIT OF SERVICE
# /
# PROOF OF
# CERTIFICATION OF
# SERVICE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS

    Plaintiff

                           CIVIL ACTION NO: **1:06CV01657 (RCL)**

    V

STATE OF GEORGIA, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE C/O SAMUEL CLEMMONS,** hereby declare that on the **6TH Date of February 2007,** the Defendant (Attorney General Office of Attorney General Thurbert E. Baker) received by certified mail with return receipt the Court's Summons and the Plaintiff's complaint in nature to fully advising such office of the State of Georgia being in Default in the above lawsuit submitted and accepted in the United States District Court in regards to all the crimes committed against the Plaintiff in the State of Georgia. The Attorney General role in this lawsuit as stated and expressed in the Plaintiff's complaint is to see full recovery for the judgment that is now in default. The Plaintiff has departed from the State of Georgia as expressed and agreed in the Plaintiff's complaint and proper service upon the Office of the Governor Office Pardon Division. As of this filing and submission into the record nothing else is need except for payment in full from the Default Judgment.

    The Plaintiff has submitted everything in accordance with the Federal Rules of Civil Procedures.

              Attached hereto is the green card acknowledging service showing tracking #
**EO 236 240 621 US**

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CLEMMONS' ESTATE** ) | **CASE NUMBER:** |
| **PLAINTIFF** ) | |
| **Vs.** ) | **1:06CV01657(RCL)** |
| **STATE OF GEORGIA, et al** ) | |
| **DEFENDANTS** ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _2 7 th_ day of _FEB_ , _2007_ , that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _STATE OF GEORGIA ET AL_

was [were]:   [personally served with process on _____ ].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_2/6 / 2007 @ 10:23 A.A._ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____
Bar Id. Number

Address and Telephone Number

## GENERAL INFORMATION

- Affidavits, default and default judgment forms must be typed and submitted to the Civil In-Take Desk (original and one), together with the case jacket.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case, must be cited along with the cite for the Long-Arm Statute.

- If service is made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/ judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contained enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's forms.

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | ) | |
|---|---|---|
| **CLEMMONS' ESTATE** | ) | **CASE NUMBER:** |
| **PLAINTIFF** | ) | |
| **Vs.** | ) | **1:06CV01657(RCL)** |
| **STATE OF GEORGIA, et al** | ) | |
| **DEFENDANTS** | ) | |
| | ) | |
| Defendant | | |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action

though duly served with summons and copy of complaint on the _____ day of

_____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this

_____ day of _____, _____ declared that

_____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

AO 440 (Rev 501) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE c o SAMUEL CLEMMONS

V.

STATE OF GEORGIA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 -1617 (RCL)

TO: (Name and address of Defendant)

OFFICE OF ATTORNEY GENERAL
ATTN: ATTY. THURBERT E.  BAKER
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH. GA 30132

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AO 440  Rev. (10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  2/5/2007 |
| NAME OF SERVER (PRINT)  SAMUEL CLEMENS | TITLE  PLAIN TIFF |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: OFFICE OF ATTORNEY GENERAL ATTN
ATTORNEY THURBERT E BAKER 40 CAPITOL SQ SW ATLANTA GA 30334

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): OFFICE OF THE ATTORNEY GENERAL ATTN ATTORNEY THURBERT E BAKER
40 CAPITOL SQ SW ATLANTA GA 30334 AND STATE CHIEF IF DEKALB COUNTY
ATTN JUDGE LEONARD GANGER JR 83 N TREDEY ST DECATUR GA 30030

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  U.S. POSTAL SERVICE | SERVICES  U. SPS EXPRESS MAIL SERVICE | TOTAL  $ 11.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/5/2007          _____
                    Date              Signature of Server

CLEMENS ESTATE
% SAMUEL CLEMENS
ATTN C OWENS
2137 SOFT PINE LN ALPHARETTA CA 30132
Address of Server

OFFICE OF ATTORNEY GENERAL
ATTN: ATTY. THURBERT E.  BAKER
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



```
            CRENSHAW IMPERIAL STATION
              INGLEWOOD, California
                    903039998
                 0544850530 -0097
02/05/2007      (323)755-8643      03:44:02 PM

                  Sales Receipt
Product                Sale  Unit        Final
Description             Qty  Price        Price

ATLANTA GA 30334 EM                      $14.40
PO-Add Flat Rate
1 lb.  7.60 oz.
 Label #:        EQ236240621US
 Next Day Noon  / Normal
 Delivery
 Return Rcpt (Green Card)                 $1.85
                                      ---------
 Issue PVI:                              $16.25


Total:                                   $16.25

Paid by:
Amex                                     $16.25
  Account #:         XXXXXXXXXXXX3000
  Approval #:             571594
  Transaction #:          667
  23 903181105 5044445757

Bill#: 1000301305719
Clerk: 12

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.
            Customer Copy
```

USPS - Track & Confirm

 **UNITED STATES POSTAL SERVICE**

Home : Help : Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **EQ23 6240 621U S**
Status: **Delivered**

Your item was delivered at 10:23 AM on February 6, 2007 in ATLANTA, GA 30334 to GA DEPT OF LAW. The item was signed for by P LOWTEN.

Track & Confirm

Enter Label/Receipt Number.

Go >

Additional Details >     Return to USPS.com Home >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. Go >

   


**UNITED STATES POSTAL SERVICE.**

Date: 02/09/2007

SAM CLEMONS:

The following is in response to your 02/06/2007 request for delivery information on your Express Mail item number EQ23 6240 621U S. The delivery record shows that this item was delivered on 02/06/2007 at 10:23 AM in ATLANTA, GA 30334 to P LOWTEN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Delivery Section

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CLEMMONS' ESTATE    ) **CIVIL ACTION NO: 1:06CV01657(RCL)**
C/O SAMUEL CLEMMONS,  )
          )
  PLAINTIFF     )
          )
vs.          )
          )
STATE OF GEORGIA , et al  )
          )
  DEFENDANTS    )

## AFFIDAVIT OF SERVICE

I, **CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS**, hereby declare that on the **5th of February 2007**, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to **Office of Attorney General, Attn: Attorney Thurbert E. Baker, 40 Capitol Square SW, Atlanta, GA 30334** (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of **EQ 236 240 621 US** given the Defendants **20 days** to response to complaint and summons and justify default   against the State of Georgia.

---

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
STAPLE GREEN CARD IN THIS AREA

**CLEMMONS' ESTATE**
**c/o SAMUEL CLEMMONS**
**2137 SOFT PINE LN**
**ACWORTH, GA 30132**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE                )    CIVIL ACTION NO: 1:06CV01657(RCL)
C O SAMUEL CLEMMONS,            )
                                )
    PLAINTIFF               )
                                )
  vs.                           )
                                )
STATE OF GEORGIA , et al        )
                                )
    DEFENDANTS              )

## AFFIDAVIT OF SERVICE

    I, CLEMMONS' ESTATE, C/O SAMUEL CLEMMONS, hereby declare that on the 5th of February 2007, I mailed a copy of the summons and complaint, Express Urgency Certified Mail with a return receipt requested, to Office of Attorney General, Attn: Attorney Thurbert E. Baker, 40 Capitol Square SW, Atlanta, GA 30334 (the defendant & defendant's attorney). Attached hereto is the green card acknowledging service with a tracking number of EQ 236 240 621 US given the Defendants 20 days to response to complaint and summons and justify default against the State of Georgia.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

STATE COURT OF DEKALB COUNTY
TTN: JUDGE EDWARD CARRIKER, TA
20 N. TRENITY PL
DECATUR, GA 30032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x  Walter E Schaefer  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JAN 1 6 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 0100 0003 2066 6933

PS Form 3811, February 2004    Domestic Return Receipt

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

I pursuant to the Court laws and laws under the Civil Rules and Procedures and the 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence, statements and submissions before this court and submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such complaint, summons and statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath and making all submissions and any others statements, responses or submissions are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of documents is the same as pervious before without going before a notary again. In return upon the Defendants answering to such summons and complaint, etc. the Defendants should enter such statements under a sworn statement before a notary.

Respectfully submitted,

*Samuel* Clemmons
Plaintiff, *Pro Se*
2137 SOFT PINE LN
ACWORTH, GA 30132

Notary Signature

3/26/07

Notary Date and Seal

Notary Public, ___ County, Georgia
My Comm. ___ Nov. 17, 2007

**Attachments:**
   Copies of ~~Subpoena Served in a Civil Case Request~~
   Four Proposed Orders

STATE OF GA. ET AL



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Clarksburg, WV 26306

January 22, 2007

Mr. SamClemmons

Dear Mr. Clemmons:

        Reference is made to your letter dated December 12, 2006, with enclosures including a subpoena, concerning your request for a complete copy of your records.  Your subpoena is being returned without being processed.

        To obtain FBI criminal history record information by subpoena, an original court order/subpoena, duly signed by a judge, should be forwarded to our office with accompanying information pertinent to the subject of said subpoena.  This information must include complete name and date of birth of the subject, as well as any other identifying information that may be available, such as aliases, social security number, FBI number, or state identification number.  The subpoena must also include the complete name and address of the court ordering the subpoena and an Originating Agency Identifier number for said court, if known.  Upon receipt of the court order, any record located pertaining to the subject of the subpoena will be forwarded to the court at no cost, for release to the appropriate party as the court deems necessary.

        However, a subpoena is not necessary for an individual to obtain information about himself.  Pursuant to U.S. Department of Justice Order 556-73, the FBI is empowered to release to subjects of identification record copies of such records upon submission of a written request, together with a fingerprint card containing the subject's name, date and place of birth, and an $18 fee in the form of a money order or certified check.  As indicated in your letter, you have submitted your request for a

Mr. Samuel Clemmons

FBI record check. However, current processing time for a request
without a deadline indicated on the envelope is approximately 14-
16 weeks from receipt. If your request was submitted via a
prepaid courier, you may wish to provide the tracking number to
my staff at ███████.gov so the submission may be located.

As a matter of record, criminal history records
maintained by the FBI's CJIS Division are supported by
fingerprints. This ensures that all of the information on the
record pertains to one individual and not to another individual
who may have the same/similar name, date of birth, etc. In
addition, the FBI's CJIS Division serves as the focal point and
central repository for fingerprints and criminal justice
information services in the FBI. The FBI CJIS Division is
responsible for the maintenance of FBI identification records,
commonly referred to as "rap sheets." All of the information
appearing on an FBI identification record is transcribed directly
from the fingerprint cards and related documents submitted by
authorized agencies at or near the time of the individual's
arrest or confinement.

Your enclosures are returned.

Sincerely yours,

*Kimberly J. Del Greco, mls*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
Services Section
Criminal Justice Information
Services Division

Enclosures (4)

# *Freedom of Information and Privacy Acts*



# *Federal Bureau of Investigation*



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 30, 2005

Mr Samuel● Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Request No.: -GR 04-1394
Subject: Samuel●. Clemmons

Dear Mr. Clemmons:

Reference is made to your Freedom of Information-Privacy Acts request to the ████████████
Administration (████). Contained in their files was a document which originated with the Federal Bureau
of Investigation. This document was forwarded to us for review and release determination.

We have completed our review and the document is being released to you in its entirety.

If you have not already requested a current search of our Criminal Justice Information Services
Division records for any record that might pertain to you and wish to do so, please comply with the
enclosed instructions set forth in the FBI File Fact Sheet. Fingerprint impressions are needed for
comparison with records in the Identification Division to insure that an individual's records are not
disseminated to an unauthorized person.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

XX PAGE 01 OF 01        NCIC RESPONSE NO. 067.. (    )        /DCDEA021
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CLEMMONS,SAMUEL ████████.DOB/████████.SEX/M.RAC/W.PUR/C.
END

2-10-00

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement
  **The FBI does not keep a file on every citizen of the United States**

- **FBI files generally contain written reports** of FBI investigations of a wide range of matters, including counter-terrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to Clarksburg, West Virginia 26306. Each request must have proof on identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for application or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States

- **If you believe that files exist in one of the FBI field offices, it is incumbent upon you to direct a request to the appropriate office**

**FOR GENERAL INFORMATION ABOUT THE FBI
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

# U.S. DEPARTMENT OF JUSTICE



## WASHINGTON, D.C.

Samuel ██████ Clemmons, ██.                    ROI#

**INVESTIGATOR**

S/A Eldred C. Earls                            **DATE OF REPORT**
                                               11/27/01

## LAW ENFORCEMENT CHECKS

*Record checks through the listed law enforcement agencies showed:*

No Record_____                    **Positive Checks  X**
                                   **(See Attached)**

---

**DETAILS**

| **Agency Contacted** | **Records Clerk** | **Date** |
|---|---|---|
| GA Dept. of Public Safety | N/A | 11/27/01 |

The _____'s Driver's License History revealed two (2) citations. There was a conviction for a charge of making an improper turn in 1996. There was a conviction for a charge in 1994 for speeding (83 in 65). The NCIC inquiry also revealed that someone has in the past or is currently using the _____'s social security number.

BI-LAW

▆▆▆-3955 - RDLI        11/27/01 15:20:43 - 11/27/01 15:20:43 CSN8M9YJD47H

KR.GAGBIO051.GADEA01S0.TXT

NAM/CLEMMONS, SAMUEL ▆.DOB/▆▆▆▆▆.SEX/M

NAME:CLEMMONS, SAMUEL ▆

ADDR:▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

     ATLANTA        GA ▆▆▆▆▆▆▆

LIC NUM:

                        ADAP:N

SEX:M       DOB:▆▆▆▆▆▆      HGT:▆▆▆  WGT:▆▆▆  EYE:BRO


CLASS: CM        ISSUE DT:2001-03-24 EXPIRE DT:2005-▆▆▆▆

TYPE:REGULAR                SURR DT:

RESTRICTION:B/CORRECTIVE LENSES

COMMERCIAL STATUS:UNLICENSED

NON-COMMERCIAL STATUS:VALID


ACTIVE SUSPENSIONS:NONE


*CITATION:DISREGARD SIGNS/CONTROL D VIOL DT:1996-11-09 COMM OFF:UNK

  DEKALB COUNTY RECORDER'S COURT    DISP DT:1997-01-09 HAZD OFF:UNK

POINTS: 03    ACC-INVOLVED:N    DISP:BOND FORFEITURE ST JURIS:GA

CONVICTION OFFENSE REFERENCE:40620

*CITATION:IMPROPER TURNING          VIOL DT:1996-06-04 COMM OFF:NO

CITY COURT OF ATLANTA # 2           DISP DT:1996-06-27 HAZD OFF:NO

POINTS: 03    ACC-INVOLVED:Y    DISP:CONVICTED          ST JURIS:GA

CONVICTION OFFENSE REFERENCE:406120

*CITATION:SPEEDING (83 IN 65)       VIOL DT:1994-12-27 COMM OFF:UNK

DOUGLAS COUNTY PROBATE COURT        DISP DT:1995-02-13 HAZD OFF:UNK

POINTS: 02    ACC-INVOLVED:N    DISP:BOND FORFEITURE ST JURIS:GA

CONVICTION OFFENSE REFERENCE:406181

THIS RECORD IS FROM THE GEORGIA DEPARTMENT OF PUBLIC SAFETY COMPUTER
FILES AND IS TO BE USED FOR OFFICAL COURT OR LAW ENFORCEMENT USE   ONLY.
GA.LAW 24-3-17 AND 40-5-2 AS AMENDED, PROVIDES FOR ANY COURT OR CLERK
OF COURT ELECTRONICALLY CONNECTED BY A TERMINAL DEVICE TO THE DEPARTMENT
OF PUBLIC SAFETY COMPUTER CENTER TO RECEIVE AND USE INFORMATION OBTAINED
BY THE TERMINAL WITHOUT THE NEED FOR ADDITIONAL CERTIFICATION.

END OF NAM/DOB/SEX/ INQUIRY

*is aware.*

IDENTIFICATION DATA UPDATED 1984/04/26

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  FBI          - FBI/███████████

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

⬤▬▬-1837 - NCCH          10/24/01 17:13:44 - 10/24/01 17:13:44 BQN8M9XGFS58

7L01BQN8M9XGFS582EF

GADEA0100

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR

INQUIRY ON NAM/CLEMMONS,SAMUEL ▬▬▬▬ SEX/M RAC/U DOB/▬▬▬▬

(SOC/◀▬▬▬▬ PUR/C

NAME                                    FBI NO.          INQUIRY DATE

▬▬▬▬▬▬▬▬▬            ▬▬▬▬▬           2001/10/24


SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE           PHOTO

██████████████████████████████████████████████████            N


FINGERPRINT CLASS        PATTERN CLASS

11 10 14 14 09           RS RS RS RS RS LS WU LS LS LS

11 CO 14 17 10


*Someone is using Samuels ssn #*


ALIAS NAMES

██████████████████████████████████████████


SOCIAL SECURITY                      15

**■■■-1911    PERSONS      10/25/01 18:11:07 - 10/25/01 18:11:07 CSN8M9XHGLG1**

**RE:   NAM/CLEMMONS, SAMUEL ■■■■■ SEX/M DOB/■■■■■■**

**NO WANT ON THE GCIC FILE**

‌-1912 - RDLI        10/25/01 18:11:08 - 10/25/01 18:11:07 CSN8M9XHGLG1

.KR.GAGBIO051.GADEA0100.TXT

NAM/CLEMMONS, SAMUEL ████████.DOB/████████.SEX/M

NOT ON FILE

()

-1914  DOC     10/25/01 18:11:16 - 10/25/01 18:11:16 CSN8M9XHGLG1

*** NO CURRENT PROBATION OR PAROLE INFORMATION FOR:

RE: NAME/CLEMMONS,SAMUEL          SEX/M  RACE/    DOB/          SSN/

13

# PROPOSE ORDER (S) REQUEST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS<br>2137 SOFT PINE LN<br>ACWORTH, GA 30132<br><br>    PLAINTIFF<br>vs.<br><br>STATE OF GEORGIA, et al<br>    ➢ **OFFICE OF SOLICITOR**<br>      **ATTORNEY RUPAL VAISHNAV**<br>    <u>120 N. Trinity Place, Decatur, Georgia 30032</u><br>    ➢ **ATLANTA FULTON COUNTY**<br>      **SHERIFF DEPT.**<br>    <u>901 Rice Street, Atlanta, Georgia 30318</u><br>    ➢ **DEKALB COUNTY SHERIFF**<br>      **DEPT.**<br>    <u>4425 Memorial Drive, Decatur, Georgia 30032</u><br>    ➢ **ATLANTA POLICE DEPT.**<br>    <u>Atlanta's Hartsfield International Airport at</u><br>    <u>4341 International Parkway, Atlanta, GA</u><br>    <u>30354</u><br>    ➢ **ATTORNEY VENICE R. DALEY**<br>    <u>41 Marietta Street, Suite 1005, Atlanta, GA</u><br>    <u>30303</u><br>    ➢ **OFFICE OF THE GOVERNOR**<br>    <u>Georgia State Capitol, Attn: Office of Pardons</u><br>    <u>Atlanta, GA 30334</u><br>    ➢ **OFFC OF THE ATTY GENERAL**<br>    <u>Attn: Attorney Thurbert E. Baker</u><br>    <u>40 Capitol Square, SW Atlanta, GA 30334</u><br>    DEFENDANTS | **CIVIL ACTION NO: 1:06CV01657(RCL)** |

## <u>MASTER ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests is hereby granted including the Plaintiff's Motion Requests for Admissions, Interrogatories, Subpoena Duces Tecum from the Defendants' witnesses to support their statements for the record and other documents under *de novo* as withheld by the Defendants by means of refusal to submit supportive evidence to bring this case matter before the Court to a close. It is now and shall be ORDERED to **"COMPEL"** the Defendants to produce all their evidence "without redacting" within **0 days** before this order in accordance with Rule 37(a) or it shall be in the best interests of the Defendants to settled this case before going forth for a Jury Trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

The Plaintiff's Protective Orders  and Restraining Orders are HEREBY GRANTED against the unknown wrongfully employees of LabCorp and in conjunction with the State of Georgia, et al, Sharolyn Y. Evans, AKA Allision S. Johnson, Ms. Patricia M. Riep-Dice, Catrina M. Pavlix, Carl Scott, ChoicePoint, Dekalb County Sheriff Department, Fulton County Sheriff Department, Atlanta Police Department, Attorney Venice R. Daley, Special Agent Gary Hartman, Special Agent Eldred C. Earls, Tonya R. Powell,  Allan T. Dowen, Larry Pearson, Nancy A. Lane, Katherine L. Myrick, Ms. Wynette Alexander, Ms. Anna Bowden, Ms. June Bowden, Counsel Mark A. Robbins, Kendall J. Brown, Kathy McPhail, Paul A. Gordon, and LabCorp, Laboratory Corporation of America Holding all are found to be in violation of the United States Section Code 111 ALR, Fed. 295 and 18 U.S.C.A § 1001. Other State of Georgia residents that are still pending of wrongdoing in the State of Georgia are Thris Ellen Owens, Kitty Bundy, Jason Wallace, Lois Thigpen and Rodney Harris. IT IS HEREBY ORDERED that the Attorney General Office will represent and defend this lawsuit and other lawsuits pending in Courts in nature to all the Individuals listed in this ORDER.

OR, IT IS NOW ORDERED since the Defendants have failed to produce genuine documents to support their action or play into this illegal search and seizures in violating the Plaintiff's Constitutional Rights under the 4th and 14 Amendment of the United States Constitution. It is now ORDERED that the Defendant will delete **the entire** Plaintiff's personal, private but confidential information from **all** their databases and files and report

3

back to the court under a sworn declaration before the Court that all information has been deleted.

     IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss IS HEREBY DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by Default is GRANTED.

     SO ORDERED this _____ day of _____ 200_

                             _____
                             Honorable Royce C. Lamberth
                             United States District Court Judge

**Copies to:**

CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

Janice Williams-Jones
Law Office of Janice Williams-Jones
5405 Twin Knolls Road, Suite 4
Columbia, MD 21045

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**OFFICE OF THE GOVERNOR**
Georgia State Capitol
Attn: Office of Pardons
Atlanta, GA 30334

**OFFC OF THE ATTY GENERAL**
Attn: Attorney Thurbert E. Baker
40 Capitol Square, SW
Atlanta, GA 30334

**U.S. ATTORNEY GENERAL**
950 Pennsylvania Ave, NW
Washington, DC 20530

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS<br><br>    PLAINTIFF<br><br>vs.<br><br>STATE OF GEORGIA, et al<br><br>    DEFENDANTS | **CIVIL ACTION NO: 1:06CV01657(RCL)** |

### <u>ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of valid Summary of case laws to support the case and by truthful Exhibits entered in a timely manner before the Court.

The Plaintiff's Motions requests are hereby GRANTED to bring this case matter before the Court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to enter a response IS HEREBY DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by default is GRANTED against all except the Atlanta Police Department who has responded to the Court's Summons and the Plaintiff's complaint in a timely manner as set forth and explained in the Plaintiff's complaint.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **9th day of April 2007**, a true copy of the PLAINTIFF'S MOTION REQUEST TO ENTER DAMANDS UNDER THE FEDERAL DEBT COLLECTION PRACTICE ACT AND FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD ATTACHED WITH PLAINTIFF'S SET OF PROPOSED ORDER(S) were all served by regular mail concerning case # **1:06CV01657(RCL)** and **1:06CV001286 (RCL)**:


To: Defendant or Defendant's Counsel

Janice Williams-Jones
Law Office of Janice Williams-Jones
5405 Twin Knolls Road, Suite 4
Columbia, MD 21045

Karen L. Melnik
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

**OFFICE OF THE GOVERNOR**
Georgia State Capitol
Attn: Office of Pardons
Atlanta, GA 30334

**OFFC OF THE ATTY GENERAL**
Attn: Attorney Thurbert E. Baker
40 Capitol Square, SW
Atlanta, GA 30334

**U.S. ATTORNEY GENERAL**
950 Pennsylvania Ave, NW
Washington, DC 20530

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Clemmons' Estate
C/o Samuel Clemmons, *Pro Se*
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132