# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **CIVIL ACTION FILE** |
| vs. ) | **NO. 1:06-CV-01657(RCL)** |
| ) | *(pro hac vice)* |
| **STATE OF GEORGIA, et al.** ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF WITHDRAWAL OF SEAN LAMAR GILL
## AS COUNSEL FOR ATLANTA POLICE DEPARTMENT

COME(S) NOW the CITY OF ATLANTA POLICE DEPARTMENT, and hereby gives notice of the withdrawal of Sean Lamar Gill as counsel in the above-styled matter. Sean Lamar Gill further requests that his name and email address be removed from the mailing list maintained by the Clerk of this case and that the parties to this action change their certificate of service accordingly. Mr. Dennis M. Young, Senior Assistant City Attorney, (*pro hac vice)* will continue to serve as lead counsel for the Atlanta Police Department.

Respectfully submitted, this 3rd day of April, 2007.

s/ Sean L. Gill
SEAN L. GILL
Associate City Attorney
Ga. Bar No. 153075
(*pro hac vice*)

302169-1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION FILE** |
| vs. ) | **NO. 1:06-CV-01657(RCL)** |
| ) | |
| **STATE OF GEORGIA, et al.** ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed a copy of the Atlanta Police Department's: <u>NOTICE OF WITHDRAWAL OF SEAN LAMAR GILL AS COUNSEL FOR CITY DEFENDANTS</u> with the Clerk of Court by emailing the same to the Clerk's office at dcd_cmecf_cr@dcd.uscourts.gov. I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>    CLEMMONS' ESTATE, *Pro Se*
>    c/o SAMUEL CLEMMONS
>    2137 SOFT PINE LN
>    ACWORTH, GA 30132

302169-1

Respectfully submitted the 3rd day of April, 2007.

                                               /s/ Sean L. Gill
                                               Sean L. Gill
                                               Associate City Attorney
                                               Georgia Bar No. 153075
                                               *Pro hac vice*

City of Atlanta Law Department
68 Mitchell Street, Suite 4100
Atlanta, Georgia  30303-3520
(404) 330-6400
(404) 658-6894 (Facsimile)
Email:  sgill@atlantaga.gov

302169-1