UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS<br>ATTN: C. OWENS<br>2137 SOFT PINE LN<br>ACWORTH, GA 30132<br><br>PLAINTIFF<br>vs.<br><br>1) STATE OF GEORGIA, et al<br><br>DEFENDANTS | ) CIVIL ACTION NO:<br>)<br>)<br>) 1) 1:06CV01657(RCL)<br>) |

RECEIVED

MAY 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF FILE MOTION BEFORE THE OFFICE OF THE CLERK TO ENTER MOTION FOR LEAVE TO FILE APPEAL UNTIMELY DUE TO THE FOLLOWING REASONS AS STATED AND EXPRESSED BELOW IN THIS COMPLAINT REQUSETING SUCH CASES TO BE HONORED AND TO GO FORTH BEFORE THE U.S. COURT OF APPEALS

1  Plaintiff files this Motion Request to the Appeal Court's in pursuant to the United States
2  Court of Appeal laws and laws under the Civil Rules and Procedures and the 28 U.S.C. Sec.
3  1746, that I (the Plaintiff) is hereby declaring under penalty of perjury, under the laws of the
4  United States, that all the evidence, statements and submission before this Court and any other
5  Court submitted into the record under the Plaintiff's Motion Request to enter Affidavit of Service
6  showing solid proof but proper service are all truthful. The Plaintiff's objections and oppositions
7  against any of the Defendant's responses or actions by both the Defendant and the Court in
8  trying to protect the Defendants are proper. The Plaintiff's Motion Requests to Enter Discovery
9  without any denial of the Plaintiff's Motion Requests are proper. The Plaintiff's Motion Request
10 to enter Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing
11 sworn statements made by the Plaintiff and placed into the record as exhibits that will serve as
12 evidence in any case if this case was to be brought to trial. In this case before the Court this case
13 is a default case and should remain in default regardless of the Court of Judge's actions due to
14 the Defendant failed to response after being served timely and properly. In the end I will sign
15 these statements as I have signed other statements before a certified legal notary that have
16 witnessed me signing to make any and all entries into the Court's record as legal and binding
17 under oath and making all the Plaintiff's submission and any other statements, responses or
18 submission are sworn Affidavit under oath during those dates for the record. Making any and all
19 entries by the Plaintiff solid and justified that the Defendants must do the same if the Defendant
20 should response to any entry by the Plaintiff and the Court should do so if the Court now wishes
21 to protect and defend the Defendant after entering an order or judgment without serving the
22 Plaintiff of any documentation giving and granting the Plaintiff enough time to response against
23 such entry
24
25

Come now the Plaintiff files sworn Affidavit in the Court stating and expressing that the Plaintiff was denied his appeal rights under the United States Constitution by the Court's failures and continue not to proper service the Plaintiff anything regarding the status of the Plaintiff's claims or cases within the United States District Court for the District of Columbia.

1. The Plaintiff filed each and every complaint listed in this communication properly and timely to eliminate any Statue of Limitation issues or concerns.

2. The Court accepts jurisdiction or request for change of venue and assigned a case number to the Plaintiff's complaint. Jurisdiction or change of venue should not be an issue or concern when such was accepted and addressed in the initial stages of the filing, complaint, responses or rebuttals.

3. The Plaintiff served each Defendant properly accordingly to the Federal Rules of Civil Procedures, Rule 4 or Rule 4 (c).

4. The Plaintiff continued to entertain some of the Defendants who were clearly in default according to the Federal Rules of Procedures. The Defendant's still refused to cooperate.

5. The Plaintiff filed all the necessary objections to any of the Defendants' response on the record.

6. The Plaintiff moved to file such appropriate motions to enter discovery setting the stage for such complaint to move forth for a Jury Trial if the Court refused to accept the facts that the Defendants are now in Default according to the Federal Rules of Civil Procedures.

7. The Plaintiff could not continues to move according to the Federal Rules of Civil Procedures in filing his appropriate but necessary motions for Admissions, Interrogatories and Subpoena Decum Tecum Requests according to the Federal Rules of Civil Procedures due to the Defendants' failure to appear or cooperate with the process.

8. The Plaintiff gave each Defendant a fair but equal opportunity to response to such Admission, Interrogatories and Subpoena Decum Tecum Request each Defendant refused to cooperate with the Discovery Process and the Federal Rules of Civil Procedures.

9. The Plaintiff filed his final Affidavit of Service showing proper service upon the Defendants according to the Federal Rules of Civil Procedures and demands due to the facts that are now part of the record of the Defendant's actions in failing to cooperate with the Due Process of Law and the laws and instructions of the Freedom of Information Act and Privacy Act.

10. The Judge failed to exercise his judiciary powers to compel the Defendants and the Defendant's Counsel to comply with the Federal Rules of Civil Procedures and the Discovery process in an attempt to aid and protect the Defendants from the awards of this lawsuit. This is not fair and is not proper justice. This is why the Plaintiff is demanding a complete change of Judge but many different Judges to hear the facts as presented on each case separately.

It should now show that due to the Plaintiff's proactive activity in managing his caseload and keeping them in accordance with the Federal Rules of Civil Procedures setting the such cases up for a full Jury Trial as the Plaintiff so initiated stated in the very beginning of the Plaintiff initial filing of such complaint in this jurisdiction or court of law.

The Court has now reneged on the facts and the proper procedures of the Federal Rules of Civil Procedures and has completely stopped communicating with the Plaintiff by not sending out any notices or summary judgments according to the Federal Rules of Civil Procedures. The Plaintiff's family member is a party to a communication received of an order but not a full written summary judgment giving the losing party the rights to file an appeal if such party did not agree with the summary judgment. This communication was received by regular U.S. Mail with a postmark date of May 2nd over 60 days after filing an additional motion against other

Clemmons' complaint to U.S. COURT OF APPEAL

numbers of 06-0304 (RCL) and 06-1286 (RCL). It was written in big bold face letter in means to intermediate stating such cases are closed and you cannot defend or argue any appeal rights to the cases. This complaint is an example of patterns of wrongdoing and an attempt from preventing justice to be performed.

Immediately after receiving this communication I (the Plaintiff) immediately called the Clerk filing office to check the status of other pending cases. The Clerk as well informed me that some cases were closed without any communication being sent to me (the Plaintiff) at all on any of the closed cases. This is now a true sign of PREJUDICE and an attempt to dismantle all my case to avoid giving me any justice under the laws of the United States Constitution. If I was allowed such rights I would have been given a notice by phone or by proper service by either certified mail with a return receipt giving me a set amount of days to rebuttal or appeal such order or summary judgment. I was denied this right.

The Plaintiff discussed case number **1:06CV01285 (RCL)** with the Clerk and was too stun as to how can such a case be in default be dismissed with prejudice or without prejudice when the court documentation shows that the Defendants were served properly and according to the laws and rules of the Court. This once again shows Prejudice and an unethical tactic being performed on not only this case but others that the Plaintiff has spent a great deal of time, energy and fund in presenting true facts into the Court and the Defendant refuses or fail to honor one thing about this Court or Court Procedures but can still win against someone who have presented such case well and has argued the points though valid Affidavit of Service and facts.

Most of these cases are Freedom of Information Act / Privacy Act lawsuit and the Defendants have **20 days** to release all the information sought according to the law. Even with the Plaintiff filing a civil lawsuit seeking such information the Plaintiff still did not get such and the Defendant still did not answer or respond in a timely manner which should have automatic been in favor in the hands of the Plaintiff.

Clemmons' complaint to U.S. COURT OF APPEAL

**The Record will show that the Defendant was either late in responding or the Defendant did not respond at all after being proper served or the Defendant just did not cooperate at all with the judiciary system or the Due Process of Law.**

The Record will show that the Defendant failed to enter an appearance and failed to ask or request for an enlargement of time.

The Record will show that the Plaintiff filed such paperwork of Affidavit in support of Default and entered evidence to support such Default. This was too denied.

The Record will show that the Defendants failed to cooperate with the Rules of Civil of Procedures and this was accepted in an element to assist, coach and aid the Defendants over the Plaintiff.

If you carefully review all the records or case flow in this Court you will see that the Plaintiff has been taken advantage of due to the point of fact that the Plaintiff is either in the status of a Pro Se and has professionally set up each one of the case for Jury Trial purposes. The Judge is clearly denying the Plaintiff every right under the Due Process of Law for some strange reason and this alone is not fair Justice but prejudice justice.

I have studied pervious Freedom of Information Act / Privacy Act lawsuit and have found that the court in other cases has honored the Plaintiff the rights to prevail when the Defendants have violated the Rules of the Court and has failed to response and provide such information the Plaintiff has sought in the Plaintiff's initial complaint.

Therefore, with the following statement now presented on the record the Plaintiff is seeking full relief and full review of the facts of each case as listed and stated below to be review and honored according to the Rules, Regulations and the Procedures of this Court.

The Plaintiff is also seeking full relief after negligence is found to remove all the cases from this Judge's Chambers to be placed in different Judge's Chambers so that merit of each case will not contradict with each case.

Clemmons' complaint to U.S. COURT OF APPEAL

I strongly feel that due to all the Plaintiff's case rest in one Judge's chamber the Judge is able to see so much but draws an negative opinion due to seeing too much information that draws in the most favor of the Plaintiff and the Judge seek or have set himself out to prevent complete victory over the proof the Plaintiff has provided against the Defendants and the Defendants cannot provide anything to counterattack the Plaintiff's claims or complaint and this is not fair nor is it Justice in the Due Process of Law. Therefore, the Plaintiff is fully requesting to be fully released from this Judge's chambers due to Prejudice is founded and revealed throughout the activities and actions coming from this Judge's Chambers.

I rest now that the United States Court of Appeals will review this complaint and action request and correct the record or judgment and contact all counsels for the Defendants to further advised that such actions on this cases has been amended for further consideration according to the Rules and Laws of Justice.

Respectfully Submitted,

CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132
Phone # 866-409-7758

See Attachments:
    APPEAL REQUEST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Plaintiff: _CLEMMONS' ESTATE_

**DEFAULT / FAILURE TO COOPERATE**

vs.    Civil Action No. _1:06CV01657(RCL)_

Defendant: _STATE OF GEORGIA, ET AL_

## NOTICE OF APPEAL

Notice is hereby given this _14TH_ day of _MAY_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _14TH_ day of _MAY_, 20_07_ in favor of _DEFENDANTS (STATE OF GEORGIA, ET AL)_ against said _PLAINTIFF_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

MAY 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT