UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_CLEMMONS' ESTATE_
Plaintiff

vs.  Civil Action No. _06-01657_

_STATE OF GEORGIA, ET AL_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _24TH_ day of _JULY_, 20_07_, that

_CLEMMONS' ESTATE_

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _13TH_ day of _JULY_, 20_07_

in favor of _STATE OF GEORGIA, ET AL_

against said _CLEMMONS' ESTATE_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

# RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT